**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

2002 MAR 20   A 11: 27

CLERK, U.S. DIST. COURT
FLORIDA

```
-----------------------------x
                             :
BESCO, INC., a Florida       :
corporation,                 :
                             :
            Plaintiff,       :
                             :
vs.                          :      Case No.: 3:02-CV-269-J-16 HTS
                             :      Division:
THE DOMINICAN REPUBLIC,      :
and CORPORATION              :
DOMINICANA DE ELECTRICIDAD,  :
an instrumentality of the    :
Dominican Republic, and THE  :
STATE/FINANCE SECRETARY'S    :
OFFICE OF THE DOMINICAN      :
REPUBLIC,                    :
                             :
            Defendants.      :
                             :
-----------------------------x
```

## COMPLAINT

Plaintiff, Besco, Inc. ("Besco") sues the Dominican Republic, the Corporation Dominicana de Electricidad (the "CDE"), and the State/Finance Secretary's Office of the Dominican Republic (collectively the "Defendants") and states:

## JURISDICTION AND VENUE

1.   This is an action for breach of contract, breach of an affirmation of debt and for money due. This Court has jurisdiction pursuant to 28 U.S.C. §1330. Venue is proper in this district as the acts and conduct of the defendants damaged Plaintiff in this district.

*1*

## PARTIES

2.   Plaintiff, Besco is a Florida corporation with its principal place of business in Duval County, Florida.  Besco was founded in 1978 and is in the business of repairing and refurbishing industrial electric generating equipment, including steam and gas turbines.

3.   Defendant, Corporation Dominicana de Electricidad ("CDE"), is a corporation incorporated under the laws of the Dominican Republic.  The CDE is the national power utility for the Dominican Republic and, on information and belief, is wholly owned by the Dominican Republic.  The CDE acts as a political subdivision, agent or instrumentality of the Dominican Republic and is a foreign state, as that term is defined in 28 U.S.C. §1603.

4.   Defendant, Dominican Republic, is a foreign state, as that term is defined in 28 U.S.C. §1603.

5.   Defendant, the State/Finance Secretary's Office of the Dominican Republic ("Finance Office") is a political subdivision of the executive branch of the Dominican Republic government and thus, is a foreign state as that term is defined in 28 U.S.C. §1603.

6.   Non-party Aalborg-CISERV ("Aalborg") is a Danish corporation with its principal place of business in Aalborg, Denmark.  Aalborg is in the business of manufacturing and repairing boilers.  Pursuant to separate agreement, Aalborg has assigned all of its rights and interest in the sums due from Defendants related to the Haina II Project as defined herein to Besco (the Assignment is attached as Exhibit "A").

2

## GENERAL ALLEGATIONS

7.   In 1991, the Dominican Republic and its national power company, the CDE, undertook a repair and refurbishment of the Haina II power plant located on the southern coast of the Dominican Republic. (the "Haina II Project")  In connection with that repair and refurbishment, the CDE and the Dominican Republic solicited bids from companies all over the world for the work.

8.   Besco together with Aalborg formed a partnership known to the parties as the "Besco-Aalborg Consortium" and submitted a bid (the "Besco Bid") for the work of repairing and refurbishing the Haina II power plant.

9.   On or about September 27, 1991, the CDE accepted the Besco Bid.

10.   On January 28, 1992, the CDE and the Besco-Aalborg Consortium executed a contract (the "Contract"), number HN2-01-90-001-Haina II-BIRF 2949DO consistent with the Besco Bid.  A true and correct copy of the Contract is attached hereto as Exhibit "B".

11.   Pursuant to the Contract, the Besco-Aalborg Consortium agreed to repair the Equipment and the CDE agreed to pay $9,102,417.04 in U.S. dollars and $8,497,500 in local Dominican Republic currency (RD).  Thus, the price for the renovation was to be paid in both U.S. dollars and local currency, thus mitigating currency risk.

3

12.  In or about March of 1993, the CDE delivered certain equipment to the Besco-Aalborg Consortium pursuant to the Contract.

13.  On or about July 16, 1993, the CDE and the Besco-Aalborg Consortium executed an amendment to the Contract.  (A true and correct copy of the First Amendment is attached as Exhibit "C").  Pursuant to the First Amendment, the CDE agreed to pay the Besco-Aalborg Consortium a total of $10,524,933.16 U.S. dollars and $4,191,602.16 (RD).

14.  In or about February 1994, the CDE and the Besco-Aalborg Consortium again amended the Contract.  (A copy of the Second Amendment is attached as Exhibit "D".)  Pursuant to the Second Amendment, the CDE agreed to pay the Besco-Aalborg Consortium an additional $824,660.60 in U.S. dollars and $3,410,799.59 (RD).

15.  On May 11, 1994, pursuant to the Contract the CDE performed potency and efficiency tests on the Equipment.  Following these tests, the CDE accepted the Besco-Aalborg Consortium's performance under the Contract and First and Second Amendment.

16.  Thereafter, the Besco-Aalborg Consortium submitted to the CDE final invoices for payment in the amount of $1,956,858.78 (U.S. dollars) and $8,878,485.93 (RD). (the "Besco Invoices").

17.  Neither the CDE nor the Dominican Republic have objected to Besco's Invoices.

18.  On or about July 10, 1997, the CDE affirmed its debt to the Besco-Aalborg Consortium related to the Haina II Project.  Specifically, the CDE published a document titled  "Agreements in

4

Connection with Contract HN2-01-90-0001, Haina II-BIRF-2949 DO Debt" (the "July 10, 1997 Reaffirmation") (a copy of the July 10, 1997 Reaffirmation is attached as Exhibit "E").

19.  The July 10, 1997 Reaffirmation was prepared and executed by the managing agents of the CDE.  It reaffirmed and acknowledged that the CDE owed the Besco-Aalborg Consortium $1,956,856.78 payable in U.S. dollars and $8,878,485.93 payable in local Dominican Republic currency (RD).

20.  On or about June 1, 1999, the CDE Board of Directors (the "CDE Board") again held a meeting and again reaffirmed and acknowledged its debt to the Besco-Aalborg Consortium related to the Haina II Project.  At the meeting, the CDE Board adopted, a number of resolutions.  The Eleventh Resolution, relevant here, and attached as Exhibit "F" provides, in relevant part (translated):

> The following are the conclusions of this committee after studying the enclosed reports sent by our delegates, regarding the claims of the contractors:
>
> ***
>
> To recognize as a debt to Besco Aalborg for the supply of goods and services for the rehabilitation and start up of Haina II, the amounts of US $1,956,856,78 [sic]; RD $8,380,624.27 as interest for delayed payment.

21.  On or about July 1, 1999, the CDE Board again held a meeting and adopted a number of resolutions.  The Fourteenth Resolution, attached hereto as Exhibit "G" provides, in relevant

part (translated):

> **Fourteenth     Resolution:**     Having     seen
> communication number 1585/99, dated June 21,
> 1999, from our legal advisor, which contains
> the results of the analysis carrier out to the
> closing of the contracts of Elecnor, S.A.;
> Besco, Inc.; Iemserca; Union Fenosa, S.A.; and
> Fiat Avio Servinca, we decided to follow its'
> recommendations   and   to   authorize   the
> following:

***

> II.  To recognize as a debt to Besco Aalborg
>      for the supply of goods and services for
>      the rehabilitation and start up of Haina
>      II, the amounts of US  $1,956,856.78 and
>      RD $8,380,624.27.

***

22.  At all times relevant the CDE engaged in commercial activity both inside and outside the United States which caused a direct effect in the United States, by virtue of the following:

a.  The Haina II Project was financed, in part by the World Bank which is headquartered in Washington, D.C. and funded in large part by the United States;

b.  The CDE retained a United States firm to prepare the bid documents for the Haina II Project;

c.  The CDE solicited bids for the Haina II Project from United States companies, including Besco;

d.  The CDE delivered the turbine section of the equipment to Besco's facilities located in Jacksonville Florida to be refurbished and repaired;

6

e. Besco refurbished and repaired the turbine in Duval County, Florida;

f. The CDE made partial payments to Besco in Florida;

g. the payments sought in this Complaint, are due Besco in Duval County, Florida; and

h. Besco has suffered a financial loss as a result of not being paid for the work it did on the Haina II Project.

23. The CDE and Dominican Republic have carried on commercial activity in the United States or, in the alternative, have carried on commercial activity outside of the United States which caused a direct effect in the United States, because the Dominican Republic, and the State/Finance Secretary's Office have accepted an assignment of the CDE's debt to the Besco-Aalborg Consortium. The Defendants have failed to pay the Besco-Aalborg Consortium, causing a financial loss to Besco, a corporation located in the United States.

## COUNT I

### BREACH OF AFFIRMATION

24. Besco sues the CDE and the Dominican Republic and realleges paragraphs 1 through 23 as if fully set forth herein.

25. The CDE is an agency or instrumentality of the Dominican Republic.

26. In 1997 and 1999 the CDE acknowledge and confirmed its debt (and that of the Dominican Republic) to the Besco-Aalborg

Consortium in the amount of $1,956,856.78 payable in U.S. dollars and $8,878,485.93 payable in local Dominican Republic currency (RD). (the "Debt")

27.  Besco and Aalborg have demanded payment of the Debt.

28.  Defendants have failed to pay the Besco-Aalborg Consortium the Debt, and Plaintiff has been damaged as a result.

29.  All conditions precedent to recovery have been performed or waived.

**WHEREFORE**, Plaintiff demands judgment against the CDE and the Dominican Republic for compensatory damages, pre-judgment interest, costs and such other relief as the court deems appropriate.

### COUNT II

### BREACH OF CONTRACT

30.  Besco sues the CDE and Dominican Republic and realleges paragraphs 1 through 23 as if fully set forth herein.

31.  On or about January 28, 1992, the Besco-Aalborg Consortium and the CDE executed the Contract.

32.  Defendants breached the Contract by failing to pay $1,956,856.78 and $8,380,624.27 (RD) due on the Contract.

33.  Besco and Aalborg have demanded payment from the CDE.

34.  All conditions precedent to recovery have been performed or waived.

35.  Defendant owes the Besco-Aalborg Consortium the sum of $1,956,856.78 and $8,380,624.27 (RD).

36.   As a direct and proximate result of the CDE's breach, Besco has been damaged.

**WHEREFORE,** Plaintiff demands judgment against the CDE and the Dominican Republic for compensatory damages, pre-judgment interest, costs and such other relief as the court deems appropriate.

**COUNT III**

**ACCOUNT STATED**

37.   Besco sues the CDE, the Dominican Republic and the State/Finance Secretary's Office of the Dominican Republic and realleges paragraphs 1 through 23 as if fully set forth herein.

38.   On or about October 25, 2001, the CDE acknowledged its debt to the Besco-Aalborg Consortium and identified an agency of the Dominican Republic Government responsible for payment--the State/Finance Secretary's Office of the Dominican Republic. (the "October 25, 2001 Acknowledgment" is attached as Exhibit "H"). The October 25, 2001 Acknowledgment provides, in part (translated):

> By means of this letter, we wish to inform you that in accordance with the Article 19 of the Law 141-97 [of] the Executive Power authorized to transfer the indebted amount to the State/Finance Secretary's Office at the moment of capitalization resulting from the rehabilitation works performed to Haina #II Unit.
>
> The sum sent to the State/Finance Secretary's Office amounts to RD $41.479.719,68 according to the detailed attached report. This amount is duly documented and in order to collect it, please get in contact with the Public Debt Department of the above-mentioned Secretary's Office.

9

39.   Plaintiff has made demands on the Public Debt Department of the State/Finance Secretary's Office of the Dominican Republic for payment.

40.   The Defendants have refused Besco's requests for payment.

41.   The Defendants owe Plaintiff $1,956,858.78 (U.S. dollars) and $8,878,485.93 (RD) that is due and owing.

42.   As a result of the Defendants' failure to pay the Besco-Aalborg Consortium, Plaintiff has been damaged.

43.   All conditions precedent to recovery have been performed or waived.

**WHEREFORE,** Plaintiff request judgment against the CDE, the Dominican Republic and the State/Finance Secretary's Office of the Dominican Republic for compensatory damages, pre-judgment interest and costs,  and such other relief as the court deems appropriate.

Dated: March 20, 2002                 COOPER, RIDGE & LANTINBERG, P.A.

George E. Ridge, Esq.
Florida Bar No.: 226701
N. Mark New, II, Esq.
Florida Bar No.: 476773
200 West Forsyth Street
Suite 1200
Jacksonville, Florida 32202
(904)353-6555
(904)353-7550(facsimile)

Attorneys for Plaintiff

## ASSIGNMENT OF HAINA II RECEIVABLE
## AND AGREEMENT TO PAY $600,000

This Assignment and Agreement is entered into this ___ day of March, 2002, between Aalberg Industries A/S ("Aalberg") located at P.O. Box 661 9100, Aalberg, Denmark and Besco, Inc. ("Besco") located at Besco, Inc., 6555 Trade Center Drive, Jacksonville, Florida 32205.

    1.    Aalberg hereby assigns to Besco all of its right title and interest in the contract between the Corporacion Dominican De Electricidad (including those dated October 1991, July 1993, and January 1994) and the Consorcio Besco-Aalberg Ciserv International A/S regarding the Rehabilitacion Mayor Unidad II Central Termica Haina (the "Haina II Contract" and also known to the parties as the "Haina II Receivable"), and its interest in the Consorcio Besco-Aalberg Ciserv International A/S (the "Consortium"), including all monies and property due and to become due related to the Haina II Receivable, Haina II Contract, or the Consortium.

    2.    Besco agrees that Aalberg shall receive the first $600,000 payable to Besco as its share of any recovery. Prior to payment to Aalberg or Besco, the Firm of Cooper, Ridge & Lantinberg, P.A., shall be paid 40% of the gross recovery as a contingency fee to the Firm, together with payment of any costs and expenses advanced by the Firm. Thereafter, Besco shall receive all amounts over $600,000 payable to Besco as its share of any recovery. (Reference is made to the attached engagement letter between Besco and Cooper, Ridge & Lantinberg, P.A., attorneys at law, located at 200 W. Forsyth Street, Suite 1200, Jacksonville, FL, 32202 (USA)).

    3.    Aalberg hereby grants Besco a special power of attorney irrevocably making, constituting, and appointing Besco as Aalberg's attorney in fact, with all power and authority to act in Aalberg's name and on Aalberg's behalf to demand, sue for, collect, and receive any and all moneys due or to become due upon related to the Haina II Receivable, Haina II Contract or the Consortium.

Aalberg Industries A/S    19/3-02          Besco, Inc.

By: _FREDDY FRANDSEN / SVEND OLE_    By: _J. Bryan Dowling_
              _ANDREW_

Its: _CEO / CFO_          Its: _C.F.O._

Besco agrees that Aalberg shall not be a party to, or otherwise ~~directly~~ involved in, any litigation between Besco and the debtors herein, and that Aalberg's position in this regard is a material term of this Agreement

# CORPORACION DOMINICANA
# DE ELECTRICIDAD



## PROGRAMA DE REHABILITACION DE PLANTAS TERMICAS

## CONTRATO CORRESPONDIENTE AL

## SUMINISTRO DE BIENES Y SERVICIOS PARA LA REHABILITACION Y PUESTA EN SERVICIO DE LA UNIDAD II DE HAINA

## CONSORCIO BESCO–AALBORG CISERV INTERNACIONAL A/S

### PRESTAMO BM–2949–DO

### VOLUMEN 1/4

Santo Domingo, República Dominicana
Octubre, 1991



## INDICE GENERAL

SECCION I.        FORMULARIO DE CONTRATO

SECCION II.       ACUERDOS DE NEGOCIACION

SECCION III.      CONDICIONES ESPECIALES DE CONTRATO

SECCION IV.       TABLA RESUMEN DE PRECIOS

SECCION V.        CALENDARIO DE EJECUCION DE LOS TRABAJOS

SECCION VI.       LISTADO DE ORDENES DE TRABAJO Y PIEZAS
                  CONTRACTUALES

SECCION VII.      DOCUMENTOS DE LICITACION

SECCION VIII.     OFERTA DEL CONSORCIO



# SECTION I
# CONTRACT FORM

# CONSORCIO
# BESCO - AALBORG

# SECCION I
# FORMULARIO DE CONTRATO

# SECTION I.  CONTRACT FORM

## CONTRACT FOR THE SUPPLY OF PARTS, GOODS AND SERVICES FOR THE REHABILITATION AND COMMISSIONING OF HAINA II  UNIT

**BETWEEN:**

**LA CORPORACION DOMINICANA DE ELECTRICIDAD,** an autonomous  agency of the Government  of the Dominican Republic, existing under its Organic Act No.4115 of April 21, 1955, as amended, having its domicile and main offices at the corner of Avenida Independencia  and Fray Cipriano de Utrera, duly represented  by its General  Manager,  **ING. MARCOS SUBERO S.,** Dominican citizen,  of legal age, married, holder of the Personal Identification  Card No.9922, Serial 13, domiciled and residing in this City, acting pursuant to Resolution No. __2DA. -__ (Act No. __1093__, dated __10-30-1991__ ) of the Board of Directors of the  CORPORACION  DOMINICANA  DE  ELECTRICIDAD,  hereinafter  **"THE CORPORATION";** and the **CONSORTIUM BESCO AALBORG,** a company legally existing under the laws of Dominican Republic, having its domicile and main offices at Benigno Filomeno  Rojas No.6, Torre San Francisco, herein  represented  by **ING. ALBERTO CAMPAGNA,** Dominican citizen, of legal age, married, holder of the Personal Identification Card  No.64678  Serial  31,  domiciled  and  residing  in  this  City,  hereinafter  **"THE CONSORTIUM".**

## SECCION I.  FORMULARIO DE CONTRATO

### CONTRATO PARA EL SUMINISTRO DE PIEZAS, MATERIALES Y SERVICIOS PARA LA REHABILITACION Y PUESTA EN SERVICIO DE LA UNIDAD II DE HAINA

**ENTRE:**

**LA CORPORACION DOMINICANA DE ELECTRICIDAD,** entidad autónoma del Estado Dominicano, organizada y existente de conformidad con su Ley Orgánica No. 4115, de fecha 21 de Abril del 1955, modificada, con su domicilio y asiento social en la Avenida Independencia esquina Fray Cipriano de Utrera, de esta ciudad, debidamente representada por su Administrador General, **ING. MARCOS SUBERO S.,** dominicano, mayor de edad casado, portador de la Cédula Personal de Identidad No. 9922, Serie 13, de este domicilio y residencia, quien actúa conforme a la <u>2DA.</u> Resolución (Acta No. <u>1093</u> de fecha <u>30---OCTUBRE--1991-</u> ) del Consejo Directivo de la CORPORACION DOMINICANA DE ELECTRICIDAD, quien en lo adelante se denominará "LA CORPORACION", de una parte; y de la otra, el **CONSORCIO BESCO-AALBORG,** legalmente constituido bajo las leyes de la República Dominicana, conforme al Acuerdo de Consorcio de fecha 14 de junio de 1991, anexo, con su domicilio y asiento legal en la calle Benigno Filomena Rojas No.6, Torre San Francisco, Apto. 3N, Santo Domingo, D.N. debidamente representado por el **ING. ALBERTO CAMPAGNA,** de nacionalidad dominicana, mayor de edad, casado, portador de la cédula de identidad No.64678, Serie 31, con su domicilio y residencia en esta Ciudad, que en lo que sigue de este Contrato se denominará "EL CONSORCIO",




---

*Formulario de Contrato/HN2*          *1-1*                          *Sección 1*

**WHEREAS:** The CORPORATION, has received a loan from the International Reconstruction & Development Bank, herein the **Financial Institution** , under loan No.2949-DO, herein **the Loan,** to help defray the cost of the Rehabilitation Program of the Generation System of the Corporation, and intends to utilize a portion of such loan to make the payments called for by this Contract, understanding that:

a)   **The Financial Institution** will issue the payments upon requirement and approval of THE CORPORATION.

b)   These payments will be effected in adherence to the terms and conditions of the present Contract and the loan agreement signed between **THE CORPORATION** and **The Financial Institution,**

c)   Any entity different from **THE CORPORATION** neither will have authority over the Loan Agreement nor will be entitled to obtain the amount of the loan.

**WHEREAS:** The Corporation, called for the Public Licitation No.HN2-00-01, for the "Supply of Goods and Services for the Rehabilitation and Commissioning of the Haina II Unit", after the evaluation of the different proposals, The Corporation awarded the Bid to **THE CONSORTIUM.**

**WHEREAS:** The Corporation wishes that The Consortium provide the services for the "Provision of Goods and Services for Rehabilitation and Commissioning of the Haina II Unit" consigned in the Phase I of **The Contract,** likewise the execution of Major Maintenance, tests, and start up of the Haina II Unit, which are established in the Phase II of this Contract, and to that effect it has accepted the proposal of The Consortium for the provision of such services.

**THEREFORE,** and with the understanding that the above recitals form a part of this Contract, the Parties:

*Contract Form/HN2*                         *.1-2*                                   **Section I**

**POR CUANTO: LA CORPORACION** ha recibido un financiamiento del Banco Internacional de Reconstrucción y Fomento, en lo adelante la **Institución Financiera**, al amparo del Préstamo No. 2949-DO, en lo que sigue **El Préstamo**, para sufragar los costos del Programa de Rehabilitación del Sistema de Generación de la Corporación, y proyecta utilizar una parte del importe de dicho préstamo para realizar los pagos que sean procedentes en virtud del convenio de préstamo, entendiéndose que:

a)   La **Institución Financiera** sólo efectuará pagos únicamente a solicitud de LA CORPORACION después de ésta haberlos aprobados.

b)   Dichos pagos se ajustarán a los plazos y condiciones del presente Contrato y al convenio de préstamo firmado entre **LA CORPORACION** y la **Institución Financiera,**

c)   Ninguna entidad distinta a **LA CORPORACION** obtendrá derecho alguno del Convenio de Préstamo ni tendrá título alguno sobre el importe del préstamo.

**POR CUANTO:** La Corporación, hizo el llamado a Licitación Pública Internacional No. HN2-00-01, correspondiente a "Suministro de Bienes y Servicios para la Rehabilitación y Puesta en Servicio de la Unidad II de Haina" y luego de evaluar las ofertas presentadas adjudicó la Licitación a **EL CONSORCIO.**

**POR CUANTO:** La Corporación desea que **El Consorcio** le proporcione los servicios de ""Suministro de Bienes y Servicios para la Rehabilitación y Puesta en Servicio de la Unidad II de Haina" consignados en la Fase I de **El Contrato,** así como todos los servicios para la ejecución de los trabajos de Mantenimiento Mayor, pruebas y puesta en operación de la Unidad II de Haina, los cuales se estipulan en la Fase II de este mismo Contrato, y ha aceptado una oferta de **El Consorcio** para el suministro de dichos servicios.

**POR CUANTO** y en el entendido de que este preámbulo es parte integral del presente **Contrato:**




---

*Formulario de Contrato/HN2*                    *1-2*                         *Sección I*

## AGREE AS FOLLOWS:

1. **CONTRACT PRICE**

The base amount of the Contract for Provision of the Goods and Services for the Rehabilitation and Commissioning of Haina Unit No.II in the amount of **Nine Millions One Hundred and Two Thousands Four Hundred Seventeen and Two Cents in US Dollars (US$9,102,417.02),** and **Eight Million Four Hundred Thirty Seven Thousand Five Hundred in Dominican Pesos (RD$8,437,500.00)**

2. **PERIOD FOR WORK COMPLETION**

The period for the complete termination of the works corresponding to the Provision of Services for the Rehabilitation and Commissioning of the Haina II Unit of the Haina Station, have been divided as follows:

Phase I:            Provision of Goods; and

Phase II:           Execution of the Rehabilitation Works and Unit Commissioning,

will be no longer than <u>thirty four (34) weeks,</u> starting to count on the Date of Initiation of the Contract. The period for Phase II performance will be no longer than **fourteen (14) weeks,** starting to count on the Date of Initiation of the work corresponding to this Phase.

2.1 <u>Date of Initiation of the Contract</u>

The in effect date of the present Contract, hereinafter the <u>Initiation Date, is conditioned</u> to the fulfillment of the following requirements:



---

**SE HA CONVENIDO Y PACTADO LO SIGUIENTE**

## 1.   MONTO DEL CONTRATO

El Precio del Contrato correspondiente al Suministro de los Bienes y Servicios para la Rehabilitación y Puesta en Servicio de la Unidad II de la Central Térmica de Haina, asciende a la suma de **Nueve Millones Ciento dos Mil Cuatrocientos Diez y Siete con dos centavos en dólares de los Estados Unidos(US$9,102,417.02), y Ocho Millones Cuatrocientos Treinta y Siete Mil Quinientos pesos de la moneda nacional (RD$8,437,500.00).**

## 2.   PERIODO DE TERMINACION DE LOS TRABAJOS

El período para la terminación completa de los trabajos correspondientes al Suministro de Bienes y Servicios para la Rehabilitación y Puesta en Servicio de la Unidad II de la Central Térmica de Haina, y que han sido divididos en:

Fase I:      Suministro de Bienes; y

Fase II:     Ejecución de los trabajos de Rehabilitación y Puesta en Servicio de la Unidad,

no será mayor de <u>treinta y cuatro (34) semanas</u> contadas a partir de la Fecha de Inicio del Contrato.  El período para la realización de la Fase II no será mayor de **catorce (14) semanas** contadas a partir de la Fecha de Inicio de los trabajos correspondientes a esa Fase.

## 2.1   <u>Fecha de Inicio del Contrato</u>

La fecha de entrada en vigencia del presente Contrato, en lo adelante la <u>Fecha de Inicio</u>, ha sido estipulada a partir la fecha en de que se cumplan todos los siguientes requisitos:

---

*Formulario de Contrato/HN2*               *1-3*                              *Sección I*

- Signature and legalization of the Contract

- Effect the advance payment consigned in Phase I

- Stablishing a Guarantee of Fulfillment by the Consortium

## 3. GENERAL CONSIDERATIONS

### 3.1 Contract Interpretation

The meaning and interpretation of the terms and conditions of the present Contract will be under the laws of the Dominican Republic.

### 3.2 Prevailing Language

This contract has been written in the Spanish language, and the Scope of Work in English language. Spanish will be the governing language for all matters related to the meaning and interpretation of the contractual terms and conditions.

### 3.3 Notices

All notices, requests or official approvals under this Contract shall be given in writing and shall be presumed to have been received when they have been delivered to any competent officer of the other Party to whom they are addressed, or when they have been sent by certificate mail, telex or facsimile to the Party at the following addresses:

**CORPORACION DOMINICANA DE ELECTRICIDAD**
Ave. Independencia Esq. Fray Cipriano de Utrera
Centro de los Héroes
Santo Domingo, República Dominicana

Attention:          **Project Executing Unit**

---

*Contract Form/HN2*                                    *Section I*

- Firma y legalización del Contrato

- Pago del anticipo consignado en la Fase I

- Establecimiento de la Garantía de Cumplimiento por parte del Consorcio

## 3.  CONSIDERACIONES GENERALES

### 3.1  Interpretación del Contrato

El significado e interpretación de los términos y condiciones del presente Contrato se hará al amparo de las leyes de la República Dominicana.

### 3.2  Idioma Predominante

El presente Contrato ha sido redactado en el idioma Español y las especificaciones técnicas y alcance de los trabajos en el idioma Inglés. El Español será el idioma predominante para todos los asuntos relacionados con el significado e interpretación de los términos y condiciones contractuales.

### 3.3  Notificaciones

Todas las notificaciones, requerimientos o aprobación oficial convenidos bajo este Contrato deberán hacerse por escrito y se entenderá que han sido recibidas cuando hayan sido entregadas a cualquier funcionario competente de la otra Parte, a la que haya sido dirigida, o cuando hayan sido enviadas por correo certificado, por cable o por facsimil a la otra Parte en las direcciones siguientes:

**CORPORACION DOMINICANA DE ELECTRICIDAD**
Avenida Independencia Esquina Fray Cipriano de Utrera,
Centro de los Héroes,
Santo Domingo, República Dominicana
Atención: **Unidad Ejecutora del Proyecto**



Telephone      (809) 535-7552

Facsimile      (809) 532-0123

**THE CONSORTIUM BESCO-AALBORG**

Benigno Filomeno Rojas No.6
Torre San Francisco, Apartment 3N
Santo Domingo, D. R.

Telephone      (809) 682-4992
               (809) 687-6861

Facsimile      (809) 687-6405

3.4    <u>Authorized Officers</u>

Any action or legal execution under the present Contract must be approved or carried out, on behalf of the:

THE CORPORATION:     **THE GENERAL MANAGER**

THE CONSORTIUM:      **THE AUTHORIZED REPRESENTATIVE**

4.    **TERMS AND CONDITIONS OF THE CONTRACT**

4.1    The terms and conditions of the present Contract are defined in the following documents and their respective Attachments, which are integral and indivisible part of this Contract:

a)     Section I:    This document called "Contract Form"

b)     Section II:   Negotiation Agreements

---

Teléfono       (809) 535-7552

Telefax        (809) 532-0123

**EL CONSORCIO BESCO-AALBORG**
Calle Benigno Filomena Rojas No.6,
Torre San Francisco, Apartamento 3N,
Santo Domingo, D.N.

Teléfono:      (809) 682-4992
               (809) 687-6861

Fax:           (809) 687-6405

3.4   <u>Funcionarios Autorizados</u>

Toda acción o ejecución legal al amparo del presente Contrato deberá ser aprobada
o ejecutada por, en representación de:

LA CORPORACION:            **EL ADMINISTRADOR GENERAL**

EL CONSORCIO:              **REPRESENTANTE AUTORIZADO**

4.    **TERMINOS Y CONDICIONES DEL CONTRATO**

4.1   Los términos y condiciones del presente Contrato están definidos en los siguientes
      documentos y sus respectivos anexos, con el orden de predominancia indicado, que
      forman parte integrante e indivisible de este Contrato:

      a)     Sección I:   Este documento llamado "Formulario de Contrato"

      b)     Sección II:  Acuerdos de Negociación

---

*Formulario de Contrato/HN2*           *1-5*                          *Sección I*

c)      Section III:   Special Conditions of the Contract

d)      Section IV:   Contractual Price Summary Table

e)      Section V:    Work Execution Schedule

f)      Section VI:   Maintenance  Work  Order  List  and  Contractual  Parts  List
                      included  in  the  following  attachments:

        Attachment I:        MWO  Contractual  List  and  Parts  List  including  the
                                 detailed  and  total  prices  for  the  Boiler

        Attachment II:       MWO  Contractual  List  and  Parts  List  including  the
                                 detailed  and  total  prices  for  the  Turbogenerator

        Attachment III:      MWO  Contractual  List  and  Parts  List  including  the
                                 detailed  and  total  prices  for  the  Electrical  Systems

        Attachment IV:       MWO  Contractual  List  and  Parts  List  including  the
                                 detailed  and  total  prices  for  the  Instrumentation/Control

        Attachment V:        MWO  Contractual  List  and  Parts  List  including  the
                                 detailed  and  total  prices  for  the  Balance  of  Plant  (Book
                                 I)

        Attachment VI:       MWO  Contractual  List  and  Parts  List  including  the
                                 detailed  and  total  prices  for  the  Balance  of  Plant  (Book
                                 II)

g)      Section VII:  Bid  Documents  for  the  **"Provision of Goods and Services for
                      Rehabilitation and Commissioning of the Haina II Unit"**, which
                      include  the  following  sections:

        Attachment VII:      "Instructions to Bidders"





c)    Sección III:  Condiciones Especiales del Contrato

d)    Sección IV:  Tabla Resumen de Precios Contractuales.

e)    Sección V:  Programa de Ejecución de los Trabajos

f)    Sección VI:  Listado de Ordenes de Trabajo y Piezas Contractuales incluidos en los siguientes anexos:

Anexo I:    Lista Contractual de Ordenes de Trabajo y Piezas con sus precios unitarios y totales para la Caldera

Anexo II:   Lista Contractual de Ordenes de Trabajo y Piezas con sus precios unitarios y totales para el Turbogenerador

Anexo III:  Lista Contractual de Ordenes de Trabajo y Piezas con sus precios unitarios y totales para Sistemas Eléctricos

Anexo IV:   Lista Contractual de Ordenes de Trabajo y Piezas con sus precios unitarios y totales para Instrumentación/Control

Anexo V:    Lista Contractual de Ordenes de Trabajo y Piezas con sus precios unitarios y totales para Balance de Planta (Libro I)

Anexo VI:   Lista Contractual de Ordenes de Trabajo y Piezas con sus precios unitarios y totales para Balance de Planta (Libro II)

g)    Sección VII: Documentos de Licitación para el "Suministro de Bienes y Servicios para la Rehabilitación y Puesta en Servicio de la Unidad II de Haina", que incluyen las siguientes secciones:

Anexo VII:  Sección II, "Instrucciones a los Licitantes



Attachment VIII:   "Conditions of Contract"

Attachment IX:   "Technical   Specifications":   Turbine   and   Boiler
Specifications

h)   Section VII:  Consortium's proposal

4.2   The Parties accept the provisions contained in the present Contract and for matters
not contemplated herein, they shall refer to the provisions indicated in the Common
Law.

**SIGNED AND EXECUTED** in two (2) identical originals, one for each party, in the City of
Santo Domingo, National District, Dominican Republic, on _____ ( ) of
the year nineteen ninety one (1991).

**BY THE CORPORATION DOMINICANA DE ELECTRICIDAD**

ING. MARCOS SUBERO S.
General Administrator

**BY THE CONSORTIUM:**

ING. ALBERTO CAMPAGNA
**Authorized Representative**

Anexo VIII:   Sección III, "Condiciones del Contrato"

Anexo IX:    Sección V, "Especificaciones Técnicas": Especificaciones de la Turbina y Especificaciones de la Caldera

g)    Sección VIII:        Oferta del Consorcio

4.2    Las partes aceptan todas las disposiciones contenidas presente Contrato y para las no previstas se remiten a las previsiones señaladas en el Derecho Común.

**HECHO Y FIRMADO** en dos (2) originales de un mismo tenor y efecto, uno para cada una de las partes, en la ciudad de Santo Domingo, Distrito Nacional, Capital de la República Dominicana, a los <u>VENTIOCHO</u> (28) días del mes de <u>ENERO</u> del año mil novecientos noventa y Dos (1992).


POR LA CORPORACION DOMINICANA DE ELECTRICIDAD


**ING. MARCOS A. SUBERO**
Administrador General


POR EL CONSORCIO


**ING. ALBERTO CAMPAGNA**
Representante Autorizado


Legalización al Dorso...

_____

*Formulario de Contrato/HN2*          *1-7*                    *Sección I*

YO,DRA.GUILLERMINA SANCHEZ D.-  Abogado Notario Público de los del Número
del Distrito Nacional, **CERTIFICO Y DOY FE**: que por ante comparecieron los
señores **ING. MARCO A. SUBERO S.** y el **ING. ALBERTO CAMPAGNA.**---------------
de generales que constan, y en mi presencia estampáron sus firmas libres-
y voluntariamente, declarándome ser esas las mismas que utilizan en todos
los actos de sus vidas, tanto pública como privada, por lo que debe dárse
le entera fé y crédito.- En la ciudad de Santo Domingo, Distrito Nacional
Capital de la República Dominicana, a los ---VEINTIOCHO(28) días del mes-
de **ENERO.**----del año Mil Novecientos Noventa y Dos (1992).-

DRA.GUILLERMINA SANCHEZ D.)-
NOTARIO PUBLICO.

Exonerado de Sellos R.I.
Por Ley 208 del 2-4-64



# *Corporación Dominicana de Electricidad*

### REPUBLICA DOMINICANA

**"AÑO DEL V CENTENARIO DEL DESCUBRIMIENTO Y EVANGELIZACION DE AMERICA"**

CJ-0299-92                    Marzo 05 de 19912

Señor
Ing. Alberto Campagna
Representante del
Consorcio BESCO-AALBORG
CISERV INTERNACIONAL A/S
Ciudad

Distinguido Ing. Campagna:

Cortésmente, por este medio nos dirigimos a usted, a fin de informarle que en la página 1-7 del contrato suscrito con ese consorcio, por error involuntario la fecha de vigencia del mismo se lee 28/1/91, debiendo ésta leerse 28/1/92, por lo que le solicitamos incluir al contrato de referencia la página que le anexamos debidamente corregida.

Aprovechamos la ocasión para pedirle disculpas por las molestias que hayamos podido causarle con el citado error.

Sin otro particular al respecto, queda de usted,

Atentamente,

DR. MIGUEL ANGEL LONA IMBERT
CONSULTOR JURIDICO

MALI
LM
jm

Anexo VIII:  Sección III, "Condiciones del Contrato"

Anexo IX:  Sección V, "Especificaciones Técnicas": Especificaciones de la Turbina y Especificaciones de la Caldera

g)  Sección VIII:  Oferta del Consorcio

4.2  Las partes aceptan todas las disposiciones contenidas presente Contrato y para las no previstas se remiten a las previsiones señaladas en el Derecho Común.

**HECHO Y FIRMADO** en dos (2) originales de un mismo tenor y efecto, uno para cada una de las partes, en la ciudad de Santo Domingo, Distrito Nacional, Capital de la República Dominicana, a los VENTIOCHO (28) días del mes de ENERO. del año mil novecientos noventa y Dos (1992).

POR LA CORPORACION DOMINICANA DE ELECTRICIDAD

ING. MARCOS A. SUBERO
**Administrador General**

POR EL CONSORCIO

ING. ALBERTO CAMPAGNA
**Representante Autorizado**

Legalización al Dorso...

del Distrito Nacional, &#9679;RTIFICO Y DOY FE: que por &#9679;te comparecieron los
señores ING. MARCO A. SUBERO S. yel ING. ALBERTO CAMPAGNA.---------------
de generales que constan, y en mi presencia estampáron sus firmas libres-
y voluntariamente, declarándome ser esas las mismas que utilizan en todos
los actos de sus vidas, tanto pública como privada, por lo que debe dárse
le entera fé y crédito.- En la ciudad de Santo Domingo, Distrito Nacional
Capital de la República Dominicana, a los VEINTIOCHO --(28) días del mes-
de  ENERO.-- del año Mil Novecientos Noventa y Dos (1992).-

**Exonerado de Sellos R.I.**
**Por Ley 208 del 2-4-64**

# CONSORCIO
# BESCO - AALBORG

# SECTION II
# NEGOTIATED AGREEMENTS

# SECCION II
# ACUERDOS DE NEGOCIACION

# SECTION II. NEGOTIATION AGREEMENTS

## FOR CONTRACT HN2-01/90-001 CORRESPONDING TO

## "PROVISION OF GOODS AND SERVICES FOR THE REHABILITATION OF UNIT II, HAINA STATION

## BETWEEN

## CORPORACION DOMINICANA DE ELECTRICIDAD AND

## CONSORTIUM BESCO-AALBORG CISERV INTERNATIONAL

## AGREED AS FOLLOWS:

**ARTICLE 1:**      **CLARIFICATION ABOUT THE CONSORTIUM RESPONSIBILITY**

By the present Negotiation Agreements, it is clarified that the firms BESCO, Inc. and AALBORG CISERV INTERNATIONAL which constitute the BESCO-AALBORG, are individually and collectively responsible in front of the Corporation under the terms and conditions of the Contract.



## SECCION II.  ACUERDOS DE NEGOCIACION

## PARA EL CONTRATO HN2-01/90-001  CORRESPONDIENTE AL

## "SUMINISTRO DE BIENES Y SERVICIOS PARA LA REHABILITACION DE LA UNIDAD II, CENTRAL TERMICA DE HAINA

## ENTRE

## LA CORPORACION DOMINICANA DE ELECTRICIDAD Y

## EL CONSORCIO BESCO-AALBORG CISERV INTERNATIONAL

## SE HA CONVENIDO Y PACTADO LO SIGUIENTE

**ARTICULO 1:    ACLARACION    SOBRE    LA    RESPONSABILIDAD    DEL CONSORCIO**

Mediante los presentes Acuerdos de Negociación se aclara que las empresas BESCO, Inc. y AALBORG CISERV INTERNATIONAL que conforman el Consorcio BESCO-AALBORG serán individual y colectivamente responsables ante la Corporación al amparo de los términos y condiciones del presente Contrato.

**ARTICLE 2:**          **CLARIFICATION ABOUT THE INFORMATION AVAILABILITY**

By these Negotiation Agreements, it is clarified that in all the Clauses of the **Contract** where it is indicated that the engagement required of the **Corporation** to provide information of any type about the Unit (manuals, drawings, etc.), this is exclusively limited to the information available to the **Corporation**. By this article, the **Corporation** authorizes the **Contractor** to use this information exclusively for the work execution of the **Contract**. This information will remain as property of the **Corporation**.

**ARTICLE 3:**        **VALUATION OF MODIFICATION ORDERS**

By these Negotiation Agreements, it is established that the work performed by the **Contractor**, in accordance with Clause 14 of the Conditions of Contract, will be valued and based on the Cost of Goods and Services approved plus 20% for administration and overhead.

The cost of the goods will be based on the price proposed by the bidder on site, or in the proposal's original price. In the event that the additional goods offered are included in the original bid, the percentage indicated in the previous paragraph shall not be applied.

The Service cost will be based on the rates of the Service Cost Chart, as classified, which the Contractor undertakes to present within the thirty (30) days following the Contract signature, to be approved by the Corporation.

The payments included in the present Article shall be effected against presentation of satisfactory ship documents in the case of the Goods, and against presentation of the invoices in the case of the Services.



**ARTICULO 2:**       **ACLARACIONSOBRE LA DISPONIBILIDAD DE INFORMACION**

Por medio de estos **Acuerdos de Negociación** se aclara que en todas las cláusulas del **Contrato** donde se indique el compromiso de **La Corporación** de suministrar información sobre la Unidad (manuales, planos, esquemas, etc.), de cualquier tipo a **El Contratista**, ésta se limitará exclusivamente a aquella información que **La Corporación** tenga en su poder. Por este artículo, **La Corporación** autoriza a **El Contratista** obtener esta información exclusivamente para la ejecución de los trabajos de **El Contrato**. Esta información queda siempre como propiedad de **la Corporación**.

**ARTICULO 3:**       **VALUACION DE ORDENES DE MODIFICACION**

Por estos Acuerdos de Negociación se establece que los trabajos realizados por El Contratista de acuerdo a la Cláusula 14 de las Condiciones del Contrato serán valuadas en base al costo de los bienes y servicios aprobados más un 20% por concepto de adquisición, administración, gestión de compra y utilidad.

El costo de los Bienes se basará en el precio de las cotizaciones originales de los suplidores en fábrica. Los costos directos correspondientes a fletes, seguros y otros serán pagados por la Corporación al costo. En el caso que los bienes indicados en este Artículo aparezcan en la Oferta Original del Consorcio, se tomará el precio indicado en la Oferta y no se aplicará el mencionado porciento por concepto de administración, gestión y utilidad.

El costo de los servicios se basará en las tarifas del Cuadro de Costos de los Servicios, según clasificación, que el Contratista se compromete a presentar a más tardar treinta (30) días a partir de la firma de El Contrato, para la aprobación de La Corporación.

Los pagos incluidos en el presente Artículo se harán efectivos contra presentación de los documentos de embarque a satisfacción de la Corporación para el caso de los bienes y contra presentación de facturas para el caso de los servicios.

**ARTICLE 4:**       **CLARIFICATION ABOUT THE INITIATION OF THE PHASE II WORK**

By these Negotiation Agreements, it is established that the Contractor shall notify the Corporation the time of initiation of the Phase II work with thirty (30) days of anticipation. This notification shall occur when the Contractor has shipped at least 75% of the Goods consigned in the Phase I. The Corporation shall be provided with thirty (30) days to deliver the unit to the Consortium, starting to count on the date of receipt of the goods and/or the documents confirming the shipment which are indicated in Clause 16.1.1.1 of the Contract Conditions.

Upon receipt of satisfactory goods and/or shipment documents, the Corporation shall indicate its acceptance and will arrange the advance payment corresponding to the Phase II work, which is indicated in Clause 16.1.2 of the Contract Conditions.

The Parties agree that the commencement date of the Phase II work shall be after accomplishment of the following events:

- Satisfactory receipt, by the Corporation, of 75% of the Phase I amount.

- Receipt of the Phase II advance by the Consortium.

- Deliver of the unit to the Consortium

**ARTICLE 5:**       **PAYMENT TERMS:**

By these Negotiation Agreements, Subclause 16.1.1 Payment of Phase I of the Contract Conditions is modified as follows:



---

**ARTICULO 4:**     **ACLARACION SOBRE EL INICIO DE LA FASE II DE LOS TRABAJOS**

Mediante los presentes Acuerdos de Negociación se establece que el Contratista notificará a la Corporación, con por lo menos treinta (30) días de anticipación, la fecha en que estará listo para iniciar los trabajos de la Fase II. Esta notificación podrá ocurrir cuando el Contratista haya embarcado por lo menos el 75% del valor de los bienes consignados en la Fase I. La Corporación dispondrá de treinta (30) días para entregar la unidad al Consorcio, contados a partir de la fecha en que la Corporación reciba los bienes y/o los documentos probatorios del embarque que se indican en la Cláusula 16.1.1.1 de las Condiciones del Contrato.

Al recibir los bienes y/o documentos de embarque a satisfacción, la Corporación dará su aceptación y tramitará el pago del avance correspondiente a la Fase II de los trabajos, indicado en la Cláusula 16.1.2 de las Condiciones del Contrato.

Las partes acuerdan que la fecha de inicio de la Fase II se contará a partir de que se cumplan los siguientes eventos:

- Recibo a satisfacción, por parte de la Corporación, del 75% del valor de los bienes de la Fase I.

- Recibo del anticipo para la Fase II por parte del Consorcio

- Entrega de la unidad a el Consorcio

**ARTICULO 5:**     **TERMINOS DE PAGO**

Por medio de estos Acuerdos de Negociación se modifica la Subcláusula 16.1.1 Pago de la Fase I de las Condiciones del Contrato por el texto que sigue:

---

**16.1.1    Phase 1 Payment**

      a)

        i.     **Advance Payment:: 10 percent** of the total price shall be paid in advance, against submission to the Corporation of a bank guarantee in the same amount, valid unitl receipt of the goods by the Corporation, within the forty five (45) days following the receipt of this guarantee. This guarantee might be renewed in the same quantity that the goods are delivered. The guarantee shall be returned to the Contractor within 30 days from the date when Phase I is complete to the satisfaction of **The Corporation.**

        ii)    **Against Shipment: 80%** of the shipped goods price shall be paid through an irrevocable-confirmed letter of credit, opened on behalf of the Consortium, against presentation of the documents specified in Subclause 16.1.1,Section III of the Bid Documents. The Corporation undertakes to emit the Letter of Credit for the payment of 80% of the goods, as indicated in this section, within the thirty (30) days following the Contract Initiation. This Letter of Credit shall be valid for thirty (30) weeks; and

        iii)   **Against Receipt of Goods: 10%** of the received goods price shall be paid within the sixty (60) days following the goods receipt, against presentation of a Receipt Certificate provided by the Corporation and a bank guarantee of 5% of the amount of this payment, valid until the sixty (60) days following the emission of the last Receipt Certificate yissued by the Corporation. The Corporation shall execute the guarantee in the case that the Contractor fail to provide any of the Goods within the Contract period, or as it is agreed.

---

16.1.1          **Pago para la Fase I**

a)

    i)    <u>**Pago de Anticipo** 10%</u> del precio total de los bienes en el Contrato, será pagado como anticipo, contra entrega a la Corporación de una garantía bancaria por el mismo monto con validez hasta el recibo de los bienes por la Corporación, dentro de los cuarenta y cinco (45) días después de recibida esta garantía. La garantía puede ser renovada por montos menores a la medida que los bienes vayan siendo entregado. La garantía se será devuelta dentro de los primeros treinta (30) días a partir de la fecha en que se haya completado La Fase I a satisfacción de **La Corporación.**

    ii)    <u>**Contra Embarque:** el 80%</u> del precio de los bienes embarcados será pagado mediante una Carta de Crédito irrevocable y confirmada, abierta a favor del Consorcio, contra presentación de los documentos especificados en la Subcláusula 16.1.1; de la Sección III de los Documentos de Licitación. La Corporación se compromete a emitir la Carta de Crédito para el pago del 80% de los bienes, indicada en este Acápite, dentro de los primeros treinta (30) días contados a partir de la Fecha de Inicio del Contrato. La misma tendrá una validez de treinta (30) semanas; y

    iii)    <u>**Contra Recibo de los Bienes:**</u> el 10% del precio de los bienes recibidos será pagado dentro de los sesenta (60) días siguientes al recibo de los bienes, contra presentación de una solicitud acompañada de un Certificado de Recepción emitido por la Corporación, y una garantía bancaria por un 5% del valor de este pago, válida hasta sesenta (60) días posterior a la emisión del último Certificado de Recepción emitido por la Corporación. La Corporación podrá ejecutar la garantía en caso que el Contratista omita en entregar cualquiera de los bienes dentro del período del Contrato o como haya sido acordado.



## ARTICLE 6:        TEST PENALTIES

By these Negotiation Agreements, it is established that the penalty/bonus indicated in the number 9.2, Subsection 9 of Section V of the Bid Documents, the criterion about the application of the capacity quantities to be obtained during the Tests shall be as follows:

<u>Penalty</u>: The amount of the penalty indicate in the Number 9.2, shown above, will be applied when the quantity of the Thermal Net Regimen obtained during he Performance Test, at full capacity, is greater that **11,730 Btu/kWh.**

<u>Bonus</u>: The amount of the bonus indicated in the Number 9.2, shown above, will be applied when the quantity of the Thermal Net Regimen obtained during the Performance Test, at full capacity, is less that **11,270 Btu/kWh.**

## ARTICLE 7:        CLARIFICATION     ABOUT     THE     STORAGE     OF     PARTS RESPONSIBILITY

The Contractor shall be responsible of the receipt, storage and maintenance of all the parts, materials and equipment contained in the Contract scope, during Phases I and II of the work, until its submission to the Corporation, at the conclusion of the Termination Time of the work.

## ARTICLE 8:        CLARIFICATION     ABOUT     THE     PROJECT     SUPERVISOR RESPONSIBILITY

By these Negotiation Agreements it is established that the Project Supervisor designed by the Corporation will be responsible of authorizing the minor additional work, indicated in Article 3 of this document, likewise, he will be responsible to take the necessary actions and decisions in order to duly perform the work in site, in accordance with the Contract.



**ARTICULO 6:       PENALIDAD CON RESPECTO A LAS PRUEBAS.**

Por medio de los presentes Acuerdos de Negociación se establece que con respecto a la penalidad/bonificació n, indicadas en el Numeral 9.2, Subsección 9 de la Sección V de los Documentos de Licitación, los criterios de aplicación sobre los valores de Rendimiento que deberán obtenerse en la Unidad durante las Pruebas, serán los siguientes:

**Penalidad**: El monto de la penalidad indicada en el Numeral 9.2, arriba señalado, se comenzará a aplicar cuando el valor del Régimen Térmico Neto que se haya obtenido durante las Pruebas de Rendimiento a plena capacidad sea superior a **11,730 Btu/kWh.**

**Bonificación:** El monto de la bonificación indicada en el Numeral 9.2, arriba señalado, se comenzará a aplicar cuando el valor del Régimen Térmico Neto que se haya obtenido durante la Prueba de Rendimiento a plena capacidad sea inferior a **11,270 Btu/kWh.**

**ARTICULO 7:       ACLARACION SOBRE RESPONSABILIDAD ALMACENAMIENTO PIEZAS**

El Contratista será responsable del recibo, almacenamiento y mantenimiento de todas las piezas, materiales y equipos contenidos en el alcance del Contrato, durante la Fases I y II de los trabajos hasta que sean entregados a la Corporación al concluir el Tiempo de Terminación de los trabajos.

**ARTICULO 8:       ACLARACION   SOBRE   RESPONSABILIDAD   ENCARGADO PROYECTO**

Mediante los presente Acuerdos de Negociación se establece que el Encargado del Proyecto designado por la Corporación será la persona responsable de autorizar los trabajos adicionales menores a que se hace referencia en el Artículo 3 de este documento, así como de tomar las acciones y decisiones necesarias para que los trabajos en el sitio se desarrollen de conformidad con el Contrato.

**ARTICLE 9:**       **CLARIFICATION ABOUT THE CONSULTANT RESPONSIBILITY**

By the present Negotiation Agreements, it is established that the firm Stone & Webster Dominican Republic, Consultant of the Corporation, and the Executory Unit of the Project, will be technically responsible of the administrative management of the project.

**ARTICLE 10:**       **CLARIFICATION ABOUT THE WORK EXECUTION PROGRAM**

By the present Negotiation Agreements, it is established that the Consortium shall present a schedule of the Work Program indicated in Subclause 5.10 of Section III of the Bid Documents, detailing the requirements of Subclause 1.3, Subsection I of section V of the Bid Documents "SUMMARY OF WORK" within the first ninety (90) days following the Initiation Date of the Contract.

**ARTICLE 11:**       **CLARIFICATION ABOUT IMPORTATION OF EQUIPMENT OF THE CONSORTIUM**

By the present Negotiation Agreements, it is established that the Corporation shall effect the necessary arrangements in Customs Office, in order that the material and equipment indicated in the proposal from the Consortium of the present agreement shall be introduced to the country free of taxes. It is understood that the mentioned equipment shall be returned to the country of origin of the Consortium after the conclusion of the obligations of the Consortium under the present contract. In the opposite case, the Consortium undertakes to pay the corresponding taxes.



---

**ARTICULO 9:**      **ACLARACIONSOBRE RESPONSABILIDAD DEL CONSULTOR**

Por medio de los presentes Acuerdos de Negociación se establece que la firma Stone & Webster Dominican Republic, Inc., Consultora de la Corporación, tendrá, junto con la Unidad Ejecutora del Proyecto, la responsabilidad técnica y del manejo administrativo completo, del Proyecto.

**ARTICULO 10:**      **ACLARACIONSOBRE EL PROGRAMA DE EJECUCION DE LOS TRABAJOS**

Mediante los presentes Acuerdos de Negociación se establece que el Consorcio presentará el Programa de Trabajo indicado en la Subcláusula 5.10 de la Sección III de los Documentos de Licitación, en el grado de detalle estipulado en la Subcláusula 1.3, Subsección I de la Sección V de los Documentos de Licitación "SUMMARY OF WORK", dentro de los primeros noventa (90) días contados a partir de la Fecha de Inicio del Contrato.

**ARTICULO 11:**      **ACLARACION SOBRE IMPORTACION DE EQUIPOS DEL CONSORCIO**

Mediante los presente Acuerdos de Negociación se establece que la Corporación hará las gestiones necesarias ante las autoridades de aduana a los fines que los equipos y materiales indicados en la Oferta del Consorcio sean introducidos al país libres de impuestos. Se entiende que los mencionados equipos serán retornados al país de origen del Consorcio luego de la conclusión de las obligaciones del Consorcio al amparo del presente Contrato. En caso contrario, el Consorcio se compromete al pago de los impuestos correspondientes

**ARTICLE 12:        CLARIFICATION ABOUT THE RETURN OF PHASE I ADVANCE**

By the present Negotiation Agreements it is ratified that the payments corresponding
to Phase I work shall be performed in accordance to the established in Article 5 of
these Negotiations Agreement.    It is established that the Advance Guarantee
indicated in this Article shall be returned to the Consortium within the thirty (30)
days following the last discount of the fee corresponding to the advance received.

**ARTICLE 13:        CLARIFICATION ABOUT THE RETURN OF PHASE II ADVANCE**

By the present Negotiation Agreements it is ratified that the payments corresponding
to Phase II work shall be performed in accordance to the established in Subclause
16.1.2 of Section III of the Bid Documents. It is established that the Advance
Guarantee indicated in this Subclause shall be returned to the **Consortium** within the
thirty (30) days following the last discount of the fee corresponding to the received
advance.

**ARTICLE 14:        CLARIFICATION ABOUT THE   GOODS OMITTED IN THE
                     PROPOSAL**

Within these Negotiation Agreements, it is ratified that the cost of the Contract
includes all the unit prices for all the Goods listed in the Bid Documents.  The
Consortium agrees herewith to present a quotation for the Corporation's approval
of all the Goods that did not appear originally listed with the corresponding unit
prices, and will credit or debit the different these new quoted unit prices are lower
or higher than those included in the contract price list. The valuation for the new
quoted unit prices will be done accordingly to Article 3 of this Agreement.  The
Corporation will supply the Consortium a list of unquoted items within thirty (30)
days of commencement of Contract.



---

**ARTICULO 12:**   **ACLARACION SOBRE DEVOLUCION GARANTIA ANTICIPO FASE I**

Mediante los presentes Acuerdos de Negociación se ratifica que los pagos correspondientes a la Fase I de los Trabajos se harán de conformidad a lo estipulado en el Artículo 5 de estos Acuerdos de Negociación. Se establece que la Garantía de Anticipo indicada en dicha Subcláusula le será devuelta al **Consorcio** dentro de los treinta (30) días posteriores al último descuento de la alícuota correspondiente al Anticipo recibido.

**ARTICULO 13:**   **ACLARACION SOBRE DEVOLUCION GARANTIA ANTICIPO FASE II**

Mediante los presentes Acuerdos de Negociación se ratifica que los pagos correspondientes a la Fase II de los Trabajos se harán de conformidad a lo estipulado en la Subcláusula 16.1.2 de la Sección III de los Documentos de Licitación. Se establece que la Garantía de Anticipo indicada en dicha Subcláusula le será devuelta al **Consorcio** dentro de los treinta (30) días posteriores al último descuento de la alícuota correspondiente al Anticipo recibido.

**ARTICULO 14:**   **ACLARACION SOBRE BIENES NO COTIZADOS EN LA OFERTA**

Mediante estos Acuerdos de Negociación, se ratifica que en el Precio del Contrato han sido incluidas todas las cantidades de bienes indicados en la lista original de los Documentos de Licitación. El Consorcio se compromete a presentar a la aprobación de la Corporación las cotizaciones de aquellos artículos en la lista de bienes originales que no aparecieron con sus precios unitarios en la Oferta y otorgará el crédito o débido correspondiente en caso que su cotización sea menor o mayor que la indicada en el Precio del Contrato. La valuación de la cotización se hará conforme a las estipulaciones del Artículo 3 de estos Acuerdos. La Corporación suministrará al Consorcio una lista de las partes no cotizadas dentro de los treinta (30) días despues de la fecha del Inicio del Contrato.

**ARTICULO 15:**   **ACLARACION SOBRE MODIFICACIONES**

Mediante los presentes Acuerdos de Negociación se ratifica que aquellas cláusulas de los Documentos que constituyen el Contrato y que no han sido modificadas mediante estos Acuerdos, permanecen en vigor.

**ARTICULO 16:**   **ACLARACION SOBRE LA ASISTENCIA TECNICA DEL FABRICANTE ORIGINAL**

Mediante los presente Acuerdos de Negociación se establece que, en el caso de que el Consorcio tenga incovenientes en el reclutamiento de los técnicos del fabricante original, indicados en la Sección V de los Documentos de Licitación, el Consultor se compromete -previa autorización de la CDE- a iniciar el reclutamiento de los técnicos del fabricante original.

De no lograrse los servicios del fabricante original, el Consultor y el Consorcio discutirán las alternativas posibles para la sustitución de los técnicos del fabricante original, con la previa aprobación de la CDE.

Si el reclutamiento tuviera lugar por parte del Consultor, el Consorcio otorgará el crédito correspondiente a éstos técnicos, a la Corporación.

Las comunicaciones de SWDRI-UEP/0021/92 y la del Consorcio Besco-Aalborg ambas de fecha 23 de enero de 1992, remitidas por el Consultor a la Unidad Ejecutora del Proyecto y el Contratista, se adjuntan como Anexo I a estos Acuerdos de Negociación.

# STONE & WEBSTER DOMINICAN REPUBLIC, INCORPORATED



## 245 SUMMER STREET, BOSTON, MASSACHUSETTS, U.S.A.

W.U. TELEX: 94-0001, 94-0977          CABLE: STOWEBENG, BOSTON, MA USA

SWDRI-UEP-0021/91                                            23 de enero de 1992

Señor
Lic. Nelson López,
Coordinador,
Unidad Ejecutora del Proyecto.
Su Despacho.

Asunto:        Acuerdos respecto al suministro técnicos fabricantes originales para Rehabilitación Unidad II
               de Haina

Distinguido Lic. López:

Como resultado de la reunión sostenida durante el día de hoy, entre los representantes del Consorcio-Besco
Aalborg, el Sr. Sub-Administrador Técnico, Ing. J. Barett, el Consultor Jurídico, Dr. M.A. Luna Imbert, el Ing.
F. Maldonado, SWDRI, usted y quien sucribe, SWDRI ha acordado lo siguiente:

1.      En el caso de que el Consorcio Besco-Aalborg tenga incovenientes en el reclutamiento de los técnicos
        originales, SWDRI se compromete -previa autorización de la CDE- a iniciar el reclutamiento de los
        técnicos del fabricante original.

2.      De no lograrse los servicios del fabricante original, las partes interesadas (SWDRI y el Consorcio)
        discutirán las alternativas posibles para la sustitución de los técnicos del fabricante original, con la
        previa aprobación de la CDE.

3.      Si el reclutamiento tuviera lugar por parte de SWDRI el Consorcio otorgará el crédito correspondiente
        a éstos técnicos a la CDE.

Asímismo, recordamos que el contenido de esta comunicación forma parte integral de los acuerdos generales
del Contrato a suscribirse entre el Consorcio Besco-Aalborg y la Corporación para los trabajos de rehabilitación
de la Unidad No.2 de la Central Térmica de Haina.

Muy atentamente,

ING. JOSE E. PEREZ
Gerente del Proyecto

JEP
FM/aar
cc:     Ing. J. Barett, Sub-Administrador Técnico CDE
        Dr. M.A. Luna Imbert, Consultor Jurídico CDE
        Boston File
        Jobbook
        Crono

# CONSORCIO

## *Besco* AALBORG

23 de enero de 1992.-

Ing. Marco A. Subero
Administrador General
Corporación Dominicana de Electricidad.

Ref.: Contrato de Rehabilitación Unidad No. 2
Central Térmica de Haina.-

Estimado Ing. Subero:

El Consorcio BESCO-AALBORG desea confirmar su compromiso
de realizar todas las gestiones a su alcance para obtener los
servicios técnicos del fabricante original de la turbina para
la supervisión de las actividades más importantes de los traba-
jos estipulados en el CONTRATO.

En caso de resultar negativas dichas gestiones aceptamos
que SWDRI, previa autorización de la CDE inicie el reclutamien-
to de los técnicos del fabricante original.

En caso de resultar negativas dichas gestiones, las partes,
conjuntamente con SWDRI, discutirían las posibles alternativas
para la sustitución de los técnicos del fabricante original.

Si el reclutamiento tuviera lugar por parte de SWDRI el
Consorcio otorgará el crédito correspondiente de estos técnicos
a la CDE.

Asimismo, aceptamos que el contenido de esta comunicación
forma parte integral de los acuerdos generales del contrato a
suscribirse entre el Consorcio Besco-Aalborg y la Corporación
para la realización de los trabajos de rehabilitación de la Uni-
dad No. 2 de la Central Térmica de Haina.

Muy Atentamente,

ING. ALBERTO CAMPAGNA                    ING. PER SORRENSEN

ING. KNUD BACH

# CONSORCIO
# BESCO - AALBORG

# SECCION III
# CONDICIONES ESPECIALES

## SECCION III.  CONDICIONES ESPECIALES DEL CONTRATO

1. **GENERALIDADES.**

   Las **Condiciones Especiales de El Contrato** que figuran a continuación serán complementarias de las **Condiciones Generales de El Contrato**. En caso de conflicto, las disposiciones de este capítulo prevalecerán sobre las condiciones generales de **El Contrato**. El número de la cláusula correspondiente de las condiciones generales está indicado entre paréntesis en cada cláusula de las condiciones especiales.

2. **DEFINICIONES (Cláusula 1)**

   a)   **Entidad Ejecutora o La Corporación:**

   La Corporación es la **CORPORACIONDOMINICANA DE ELECTRICIDAD,** empresa estatal descentralizada de servicio público que goza de autonomía funcional, organizada de acuerdo a las leyes de la República Dominicana, personalidad jurídica, y plena capacidad de contraer obligaciones en materia de su competencia.

   b)   **Contratista o Proveedor:**

   Es el consorcio compuesto por las firmas **Besco, Inc. y Aalborg Ciserv International A/S**, en lo adelante **El Consorcio**, una empresa de fabricación y servicios, organizada conforme a las leyes de la República Dominicana, que suscribe todos o cualquiera de los contratos con **La Corporación** para el suministro de los Bienes y Servicios referidos en la Oferta.

   c)   **Banco o Entidad Financiera:**

   La entidad financiera es el **Banco Internacional de la Reconstrucción y Fomento (Banco Mundial).**

3.  **PERIODO DE RESPONSABILIDAD CONTRA VICIOS OCULTOS** (Subclausula 1.1.11)

El período de responsabilidad contra vicios ocultos es 365 días a partir de la emisión del Certificado de Aceptación Provisional.

4.  **GARANTIA DE FIEL CUMPLIMIENTO (Subcláusula 5.4)**

La garantía de fiel cumplimiento se extenderá por un monto igual a diez porciento (10%) del Precio del Contrato.

5.  **SUMINISTROS DE LA CORPORACION (Subcláusula 5.17 y 5.18)**

Sujeto a lo dispuesto en las Cláusulas 5.17 y 5.18 de las **Condiciones del Contrato**, la Corporación pondrá a disposición del Consorcio los siguientes servicios y equipos, en las fechas y por los períodos solicitados por el Consorcio, durante la ejecución de los trabajos de Rehabilitación de la Unidad II de Haina:

-   Puente grúa para el izaje de las piezas de turbina junto con el operador

-   Aire comprimido para uso general

6.  **MANUALES DE OPERACION Y MANTENIMIENTO (Subcláusula 6.6)**

Los manuales de operación y mantenimiento para cualquier equipo que deba ser reemplazado serán en el idioma Español o en Inglés.

7.  **INSPECCIONES Y PRUEBAS (Cláusula 8)**

La Corporación ha designado a la Stone and Webster Dominican Republic, Inc., en lo adelante El Consultor, para que la represente durante las pruebas e inspecciones a que se refiere la Cláusula 8 de las **Condiciones Generales.**.

8. **OBLIGACIONES GENERALES (Subcláusulas 5.17 y 5.18)**

Las facilidades siguientes serán provistas por la Corporación para uso del Consorcio durante la ejecución de la Fase II:

- Agua Potable:    Proveniente del Sistema de Agua de Servicio de la Unidad

- Electricidad:    480,220 y 120 Voltios, 60 Hertz

- Personal de Operación durante el período de arranque de la unidad

9. **EXTENSION DEL PERIODO CONTRA VICIOS OCULTOS (Subcláusula 13.4)**

En caso de suspensión, el período de responsabilidad contra vicios ocultos no será mayor de 365 días a partir de la fecha en que la planta hubiese sido entregada si no hubiese ocurrido la suspensión.

10. **NOTIFICACIONES (Cláusula 29).**

Para el propósito de todos los avisos, la dirección de **La Corporación** y **el Consorcio** serán las siguientes:

La Corporación:    C O R P O R A C I O N   D O M I N I C A N A   D E ELECTRICIDAD
Oficina Central,
Av. Independencia   No.604, Esq. Fray Cipriano de Utrera,  Centro de los Héroes,
Santo Domingo, D.N.
República Dominicana.
Apartado 1428
Télex 3460081 DOMELEC

---

# CONSORCIO
# BESCO - AALBORG

# SECCION IV
## TABLA RESUMEN DE PRECIOS

### SECCION IV: TABLA RESUMEN DE PRECIOS CONTRACTUALES
### SUMINISTRO DE PIEZAS Y SERVICIOS PARA LA REHABILITACION Y PUESTA EN SERVICIO DE LA UNIDAD II, CENTRAL TERMICA DE HAINA
### CONSORCIO BESCO–AALBORG CISERV INTERNACIONAL A/S

| DESCRIPCION | COSTOS DE BIENES US$ | COSTOS DE BIENES RD$ | COSTOS DE SERVICIOS US$ | COSTOS DE SERVICIOS RD$ | TOTAL BIENES Y SERVICIOS US$ | TOTAL BIENES Y SERVICIOS RD$ |
|---|---|---|---|---|---|---|
| 1. Turbogenerador | 932,455.76 | | 847,340.00 | 2,212,500.00 | 1,779,795.76 | 2,212,500.00 |
| 2. Caldera | 2,290,833.70 | | 602,500.00 | 1,375,000.00 | 2,893,333.70 | 1,375,000.00 |
| 3. Balance de Planta | 2,799,273.74 | | 473,700.00 | 2,275,000.00 | 3,272,973.74 | 2,275,000.00 |
| 4. Electricidad | 415,181.97 | 100,000.00 | 3,000.00 | 1,280,000.00 | 418,181.97 | 1,380,000.00 |
| 5. Instrumentacion | 548,131.85 | 40,000.00 | 3,500.00 | 825,000.00 | 551,631.85 | 865,000.00 |
| 6. Prueba de Rendimiento | | | 186,500.00 | 30,000.00 | 186,500.00 | 30,000.00 |
| 7. Miscelaneos* | | | | | | |
| 8. Transporte Local | | | | 300,000.00 | | 300,000.00 |
| T O T A L | 6,985,877.02 | 140,000.00 | 2,116,540.00 | 8,297,500.00 | 9,102,417.02 | 8,437,500.00 |

* El Licitante cotizará en este rubro todo aquello que considere indispensable para poner operativa la Unidad en las condiciones exigidas en los documentos de Licitación y no incluidos expresamente en ellos ni en ninguno de los otros rubros que se indican en la Tabla. Para este rubro el Licitante deberá incluir las Listas de Ordenes de Trabajo (MWO) y de las Piezas y Materiales propuestos, con sus precios unitarios y totales, para lo cual se servirá seguir las instrucciones y formatos que se anexan en esta misma Sección.

SECCION 5

# La Enmienda N° 1 al Contrato



# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

INMEL,S.A.

| ITEM | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO, US$ PESO, % RD$ % | SERVICIOS TOTAL US$ | TOTAL RD$ |
|------|------|-----|-------------|-------------|----------|----------|---------|---------|-----------|-----------|------|------|------|
| | | | **A – TURBINA** | | | | | | | | | | |
| A1 | 1 | TG 1006 | ROTOR DE LA TURBINA | | | | | | 674,429.16 | | 100.00% | 493,905.00 | |
| A2 | | TG 1023 | EMERGENCY (DC) LUBE OIL PUMP AUXILIARY LUBRICATING OIL CIRCULATING PUMP MODEL 2ERVH–29 CAPACITY 300 GPM MANUFACTURER INGERSOLL RAND Set | 010 | 1,620.00 | | 1,620.00 | | 1,620.00 | | | | |
| A3 | 1 | TG 1004 | LABYRINTH SHAFT AND NOZ DIAPHRAGM PACKING | | | | | | 15,134.08 | | | | |
| 1 | 16 | | Spila | 635892425 | 47.88 | | 766.08 | | | | | | |
| 2 | 16 | | Spila | 635892426 | 47.88 | | 766.08 | | | | | | |
| 3 | 16 | | Spila | 635892427 | 47.88 | | 766.08 | | | | | | |
| 4 | 16 | | Spila | 635892428 | 47.88 | | 766.08 | | | | | | |
| 5 | 16 | | Spila | 635892430 | 47.88 | | 766.08 | | | | | | |
| 6 | 18 | | Spila | 635892431 | 47.88 | | 861.84 | | | | | | |
| 7 | 18 | | Spila | 635892433 | 47.88 | | 861.84 | | | | | | |
| 8 | 20 | | Spila | 635892435 | 47.88 | | 957.60 | | | | | | |
| 9 | 20 | | Spila | 635892436 | 47.88 | | 957.60 | | | | | | |
| 10 | 20 | | Spila | 635892437 | 47.88 | | 957.60 | | | | | | |
| 11 | 24 | | Spila | 635892447 | 47.88 | | 1,149.12 | | | | | | |
| 12 | 24 | | Spila | 635892449 | 47.88 | | 1,149.12 | | | | | | |
| 13 | 28 | | Spila | 635803949 | 47.88 | | 1,340.64 | | | | | | |
| 14 | 30 | | Spila | 635803949 | 47.88 | | 1,340.40 | | | | | | |
| 15 | 34 | | Spila | 635803951 | 47.88 | | 1,627.92 | | | | | | |
| A4 | 1 | TG 1015 | TURBINE STEAM CONTROL VALVES (DL#74) DWG. #749ZE34 AND 200A251–G01 Can shdt assmbly DWG #815D532–G01 | 004 | 0.00 | | 0.00 | | 0.00 | | | | |

(1) Será aplicable a la Enmienda N° 1 agregada a la Enmienda N° 1 será empleada en el item A5

(1) Será aplicable a la Enmienda N° 2. El monto de US$4,500 agregado a la Enmienda N° 1 será empleado en el item A5

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

### BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM AS | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO, US$ % | PESO, RD$ % | RDI % | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BIENES FALTANTES NO COTIZADOS | | | | | | 93,171.34 | | | | | | |
| AS-1 | 1 | TG 1002 | TURBINE CASING AND INTERNALS Blade ring stationary | | 31,193.68 | | 31,193.68 | | | | | | | | |
| AS-2 | 1 | TG 1005 | ATMOSHER ICE RELIEF DIAPHRAGM (DL-454) Clamping ring & knife assembly dwg #A3972J84-001 | 02 | 7,112.60 | | 7,112.60 | | | | | | | | |
| AS-3 | | TG 1009 | TURNING GEAR DWG. 005 123B17-G02 | | | | | | | | | | | | |
| 1 | 1 | | Idler Shaft DWG #3233B962-001 | 010 | 879.80 | | 879.80 | | | | | | | | |
| 2 | 1 | | Idler gear DWG #3233B965 -002 | 012 | 1,365.28 | | 1,365.28 | | | | | | | | |
| 3 | 1 | | Clutch gear DWG #3233B964-002 | 015 | 2,279.00 | | 2,279.00 | | | | | | | | |
| 4 | 1 | | Clutch assy & shaft DWG #3233B963-001 | 017 | 664.62 | | 664.62 | | | | | | | | |
| 5 | 1 | | Piston 1 & Red. DWG #3223B999-001 | 028 | 1,563.50 | | 1,563.50 | | | | | | | | |
| 6 | 1 | | Piston & shaft 2 &n Red. DWG #3233B60-002 | 030 | 2,088.20 | | 2,088.20 | | | | | | | | |
| 7 | 1 | | Gear DWG #3233B967-001 | 033 | 1,366.00 | | 1,366.00 | | | | | | | | |
| 8 | 1 | | Idler gear & pinion DWG #3233B961-001 | 035 | 2,607.60 | | 2,607.60 | | | | | | | | |
| 9 | 1 | | Shaft DWG #764A186-001 | 055 | 415.52 | | 415.52 | | | | | | | | |
| 10 | 1 | | Sleeve DWG #764A113-002 | 099 | 498.20 | | 498.20 | | | | | | | | |
| 11 | 1 | | Clamping ring DWG #8234AA007-001 | 091 | 664.62 | | 664.62 | | | | | | | | |
| 12 | 1 | | Piston DWG #7318111-002 | 100 | 1,330.30 | | 1,330.30 | | | | | | | | |
| 13 | 2 | | Bushings dwg #764121-001 | 029 | 43.60 | | 43.60 | | | | | | | | |
| 14 | 2 | | Bushing dwg #764124-001 | 034 | 58.00 | | 58.00 | | | | | | | | |
| 15 | 2 | | Gear dwg .# 3233B966 -001 | 037 | 1,436.30 | | 1,436.30 | | | | | | | | |
| 16 | 2 | | Gasket dwg. # 764A166-001 | 068 | 109.18 | | 218.36 | | | | | | | | |
| 17 | 2 | | Pressure switch dwg. #4293299-001 | 077 | 1,045.16 | | 1,045.16 | | | | | | | | |
| 18 | 2 | | Gasket dwg. # 764A167-001 | 102 | 228.96 | | 457.92 | | | | | | | | |
| AS-2 | 1 | TG 1010 | GOBERNADOR Y VALVULA PILOTO PRIMARIA | | | | 5,201.28 | | | | | | | | |
| AS-3 | 1 | TG 1012 | TURBINE CONTROL INLET CONTROL VALVE OPERATING CYLINDER Complete pilot valve DWG #00133C935-001 | 071 | 6,066.90 | | 6,066.90 | | | | | | | | |
| AS-4 | 1 | TG 1027 | BEARING DRAIN ENLARGEMENT EXHAUSTER SERIAL627346901J9 CAT #P30 1 M-G.D. VACUUM 27 INCH H2O 1/2 HP AND CAPACITY 300cfm MANUFACTURER LAMSON CORP. BLOWER DIVISION SYRACUSE, N.Y. 13201 Soft | | 3,286.00 | | 3,286.00 | | | | | | | | |
| AS-5 | 1 | TG 1028 | TURBINE STEAM SEAL REGULATOR STEAM SEAL REGULATOR DWH# 9093966-013 | | | | | | | | | | | | |
| 1 | 1 | | AND #9062514-991 | 014 | 1,537.00 | | 1,537.00 | | | | | | | | |
| 2 | 1 | | Valve dwg #429J706 -004 | 022 | 2,047.92 | | 2,047.92 | | | | | | | | |
| 3 | 1 | | Valve dwg #634A471-001 | 023 | 38.16 | | 38.16 | | | | | | | | |
| 4 | 1 | | Nut dwg #V-944316 | 024 | 106.00 | | 106.00 | | | | | | | | |
| 5 | 1 | | Sce assembly dwg #2085V1964P1 | 034 | 68.90 | | 68.90 | | | | | | | | |
| 6 | 6 | | Lev dwg #2085V596 Pin dwg #651A568N | 036 | 38.16 | | 228.96 | | | | | | | | |

INMEL, S.A.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

### BIENES Y SERVICIOS DE LA ENMIENDA Nº 1

| ITEM | CANT | MWO | DESCRIPCION | Nº DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1 | | Lot dwg #M–666000497 | 035 | 116.20 | | 116.20 | | | |
| 8 | 0 | | Fan Motor dwg #000344438–001 | | 1,370.00 | | 0.00 | | | |
| 9 | 0 | | Needle valve dwg #000645149–002 | 040 | 593.60 | | 0.00 | | | |
| 10 | 0 | | Bellows assembly dwg #000605176 | 059 | 496.20 | | 0.00 | | | |
| 11 | 2 | | Bearing retainer dwg #004809994–001 | | 115.54 | | 231.08 | | | |
| 12 | 0 | | Valve body dwg #000610631–001 | 051 | 790.42 | | 0.00 | | | |
| 13 | 2 | | Bushing dwg # 205V108 | 002 | 344.50 | | 689.00 | | | |
| 14 | 2 | | Gasket dwg #K–5584551 P33 | | 13.78 | | 27.56 | | | |
| A5–6 | | TG 1006 | **TURBINE CASING BLOWERS** Fan Motor/General Electric model5K2IGN30 mfdHH5D, ½ H.P., 3ø 60Hz 1.0/1.0 Amp, FR-56 Service factor: 1.25, class A, design B Code 1, 40ºC, 1725 RPM Complete fan motor | | | | | | | |
| 1 | 2 | | Fan Motor/General Electric model5K2IGN30 mfdHH5D, ½ H.P., 3ø 60Hz 1.0/1.4 Amp, 460/230V, Service factor: 1.00, class A 460/230V, Service factor: 1.00, class A Code 34, 40ºC, FR 56, 1725 RPM cont. Amb. Complete fan motor | | 793.80 | | 1,587.60 | | | |
| 2 | 1 | | Fan Motor/General Electric model5K(A34MD633 ½ H.P., 1ø 60Hz 2.9/5.8 Amp, 230/115V, Service factor: 1.00, class A Code 34, 40ºC, FR 56, 1140 RPM cont Amb. Complete fan motor | | 768.60 | | 768.60 | | | |
| 3 | 1 | | 5k4xr3-x600 Volts 60 Hz type 1 author mounted wt. thermal protection General Electric cat. CR 1062–5–2B or similar | | 819.00 | | 819.00 | | | |
| 4 | 4 | | | | 283.50 | | 1,134.00 | | | |
| A7 | 1 | TG 1002 | **CABEZA Y PARTES INTERNAS DE LA TURBINA** Down comer bolts Front Std. turn key | | 1,292.76 | | 2,585.52 | | | |
| 1 | 2 | | | | 2,135.45 | | 4,270.90 | | | |
| A8 | 1 | TG 1028 | **REGULADOR SELLOS DE VAPOR** Pre coolador | | 4,347.50 | | 4,347.50 | | | 6,604.92 |
| 1 | | | | | | | | | | |
| A6 | 1 | TG 1031 | **MOTOR DRIVEN AIR BLOWER** GLAND EXHAUSTER SYSTEM (MR–551) MANUFACTURER LAMSON CORP. SERIAL #841296R CAT. 3105–0–5–AD, GEK–1410 | 1 | 4,347.50 | | 4,347.50 | | | |
| 1 | 1 | | Complete air blower | | 6,604.92 | | 6,604.92 | | 6,604.92 | |

INMELSA.

3 DE 17

BIENMIA

INMELSA.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM N7 | CANT | MWO TO M25 X | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ 3,344.86 | TOTAL RD$ | PESO, US$ % | PESO, RD$ % | SERVICIOS TOTAL US$ | SERVICIOS TOTAL RD$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EMERGENCY (AC) , LUBE OIL PUMP AUXILIARY LUBRICATING OIL | | | | | | | | | | | | 0.00 |
| 1 | 6 | | CIRCULATING PUMP MODEL 2ERVH-20 CAPACITY 300 GPM | 241B | 3.02 | 3.02 | 18.14 | | | | | | | | |
| 2 | 1 | | ITEM 22 L FORM 7745 –C | 6 | 128.52 | 128.52 | 128.52 | | | | | | | | |
| 3 | 1 | | Lockwasher set | 381 | 190.26 | 190.26 | 190.26 | | | | | | | | |
| 4 | 1 | | O-ring ring –inboard | 125A | 3.21 | 3.21 | 3.21 | | | | | | | | |
| 5 | 4 | | Water seal bearing, casing | 177L | | | 0.00 | | | | | | | | |
| 6 | 4 | | Gasket inner | 241F | 3.21 | 3.21 | 12.85 | | | | | | | | |
| 7 | 4 | | Bolt set (suction pipe to casing) | 290 | 3.02 | 3.02 | 12.10 | | | | | | | | |
| 8 | 1 | | Lockwasher set | 3 | 2,039.94 | 2,039.94 | 2,039.94 | | | | | | | | |
| 9 | 1 | | Gasket –casing to suction pipe | 6A | 86.94 | 86.94 | 86.94 | | | | | | | | |
| 10 | 1 | | Impeller | 135 | 632.52 | 316.26 | 632.52 | | | | | | | | |
| 11 | 2 | | Casing ring –outboard | 308 | 46.62 | 46.62 | 46.62 | | | | | | | | |
| 12 | 1 | | Bearing set | 157 | 5.54 | 5.54 | 5.54 | | | | | | | | |
| 13 | 1 | | Shaft seal bearing, housing | 204 | 50.40 | 50.40 | 50.40 | | | | | | | | |
| 14 | 1 | | Flinger | 240 | 5.67 | 5.67 | 5.67 | | | | | | | | |
| 15 | 1 | | Ball bearing –thrust | 306A | 23.31 | 23.31 | 23.31 | | | | | | | | |
| 16 | 1 | | Bearing locknut | 37 | | | 0.00 | | | | | | | | |
| 17 | 1 | | Shaft seal bearing end cover | 135A | | | 0.00 | | | | | | | | |
| 18 | 1 | | Bushing set rubber with brass insert | 389 | | | 0.00 | | | | | | | | |
| 19 | 1 | | Bearing liner | 177 | | | 0.00 | | | | | | | | |
| 20 | 1 | | Suction strainer | 126 | 71.82 | 71.82 | 71.82 | | | | | | | | |
| 21 | 1 | | BRH set | 241E | | | 0.00 | | | | | | | | |
| 22 | 1 | | Shaft nut | 179E | | | 0.00 | | | | | | | | |
| 23 | 1 | | Lockwasher set | 241A | 2.84 | 2.84 | 17.01 | | | | | | | | |
| 24 | 6 | | Locknut | 306A | | | 0.00 | | | | | | | | |
| 25 | 1 | | Shaft seal bearing end cover | 030 | | | 0.00 | | | | | | | | |
| | 1 | | Seal | | | | | | | | | | | | |
| A8 | | | AISLACION PARA LA TURBINA | | | | | | 35,600.00 | | | | | | |
| | | | SUB-TOTAL TURBINA | | | | | | 826,102.36 | | | | | 493,905.00 | |

4 DE 17

BIENMDA

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO US% | PESO RD% | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 | | BOL300JX | B – CALDERA | | | | | | | | | | | 1,800,847.00 |
| | | | FURNACE AND BOILER TUBES | | | | | | 330,148.00 | | | | 175,750.00 | |
| 1 | 825 | | Tubos bajos de generación de 2-1/2"ø | | 245.00 | | 202,125.00 | | | | | 48.16% | | |
| 2 | 19 | | Banco de tubos pared lateral izquierda 3"ø | | 1,041.00 | | 19,779.00 | | | | | 2.16% | | |
| 3 | 19 | | Banco de tubos pared lateral derecha 3"ø | | 1,041.00 | | 19,779.00 | | | | | 2.16% | | |
| 4 | 75 | | Tubos techo del hogar 3"ø | | 166.11 | | 12,458.00 | | | | | 15.43% | | |
| 5 | 18 | | Tubos pared trasera lado superior 3"ø | | 345.00 | | 6,210.00 | | | | | 6.19% | | |
| 6 | 75 | | Tubos pared trasera lado inferior 3"ø | | 125.00 | | 9,375.00 | | | | | 8.76% | | |
| 7 | 28 | | Tubos superiores | | 1,175.00 | | 32,900.00 | | | | | 8.05% | | |
| 8 | 1 | | Soporte de acero | | 16,710.00 | | 16,710.00 | | | | | 4.09% | | |
| 9 | 1 | | Chorral ref. pared lateral derecha R-5/8"ø | | 16,710.00 | | 16,710.00 | | | | | 0.00% | | |
| 10 | 1 | | Reparación de daños por corrosión en domo | | 14,412.00 | | 14,412.00 | | | | | 4.32% | | |
| 11 | 1 | | NDT para adicionales | | | | | | | | 36.13% | 13.37% | | |
| 12 | 1 | | Supervisión (16 semanas) | | | | | | | | 50.64% | 0.00% | | |
| B2 | | BOL300 1x | BOILER CASING (BOILER STRUCTURE PANT) | | | | | | 4,368.16 | | | | | 43,346.00 |
| 1 | 50 | | Caja Pintura Inorganic Zinc Rich | | 37.55 | | 1,877.29 | | | | | 25.25% | | |
| 2 | 100 | | Caja Pintura epóxica Polyamide | | 23.25 | | 2,324.56 | | | | | 24.92% | | |
| 3 | 10 | | Caja solvente para pintura epóxica | | 16.63 | | 166.31 | | | | | 49.85% | | |
| B3 | | BCA3053 | SOPORTE DE HORMIGÓN CALDERA Y ENFRIADORES | | | | | | | | | | | |
| 1 | | | Rejilla y Hormigón | | | | | | | | | | | |
| 2 | | | Mano de obra enfriadores | | | | | | | | | | | |
| 3 | | | Mano de obra pedestals | | | | | | | | | | | |
| B4 | | | BOILER COMBUSTION AIR FORCED DRAFT FAN | | | | | | 26,400.00 | | | | | |
| | | | HOWDEN–AFCO FAN HAP--102--01 | | | | | | | | | | | |
| | | | TYPE SIZE: Z6--4900 SERIAL 262 | | | | | | | | | | | |
| 1 | 1 | | Eje nuevo | | 6,994.25 | | 6,994.25 | | | | | | | |
| 2 | 1 | | Balanceo fan | | 2,019.68 | | 2,019.68 | | | | | | | |
| 3 | 2 | | Maquinado para lubricación | | 4,134.51 | | 8,269.02 | | | | | | | |
| 4 | 1 | | Partes misceláneas | | 4,648.54 | | 4,648.54 | | | | | | | |
| 5 | 1 | | Acoplamiento completo | | 4,528.51 | | 4,528.51 | | | | | | | |
| B5 | | N/A | REBOBINADO DEL MOTOR VENTILADOR TIRO FORZADO | | 23,184.00 | | 23,184.00 | | 23,184.00 | 0.00 | | | | |
| | | | SUB-TOTAL CALDERA | | | | | | 384,100.16 | | | | 175,750.00 | 1,844,193.00 |

INMEL,S.A.
BIENMIA

INMEL.S.A.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA Nº 1

| ITEM | CANT | MWO | DESCRIPCION C.- SISTEMA ELECTRICO | Nº DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C1 | | | BIENES NO COTIZADOS | | | | | 22,880.64 | 0.00 | 0.00 | 37,821.60 |
| C1-1 | | EL400 | SWITCHGEAR 480V TYPE AC-2A-15 -13 POLES 25 AMP/600V, 60 Hz No.27AA2352 -222 | | | | | | | | 15,811.20 |
| 1 | 6 | | Lower x-ul arlo-to shield | | 156.24 | | 937.44 | | | | |
| 2 | 6 | | Upper x-ul arlo-to shield | | 156.24 | | 937.44 | | | | |
| 3 | 90 | | Relay "X" coil 125 VDC | | 89.46 | | 8,946.00 | | | | |
| 4 | 50 | | Secondary disconnect contact tip | | 100.80 | | 5,040.00 | | | | |
| C1-2 | | EL406 | LIGHTING Pluorescent lamps transformers Universal rapid start ballast 40W 120V, 60Hz | | | | | | | | |
| 1 | 20 | | | | 45.68 | | 913.50 | | | | |
| C1-3 | | EL403 | RECTIFIER BREAKER CONTROL AND PANEL General Electric model 5 HP, 870 RPM, 230/460V, 3ø, 60Hz, model SZ214CN405 15.8/7.9A, 40°C, 1 amp, 254T frame Fn 1.0 | | | | | | | | |
| 1 | 1 | | | | 1,921.50 | | 1,921.50 | | | | |
| C1-4 | | EL402X | EXHAUST FAN Complete MASTER exhaust fan model 3 CH47 230/60V, 3ø, 60 Hz, 1.5 H.P, 15,700 SCFM Frame dimensions 40x40 inches MW 6kW ½° | | | | | | | | 22,010.40 |
| 1 | 3 | | | | 1,394.92 | | 4,184.76 | | | | |
| | | | SUB-TOTAL SIST. ELECTRICO | | | | | 22,880.64 | 0.00 | 0.00 | 37,821.60 |

BIENMIA

6 DE 17

INMEL,S.A.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM | CANT | MWO | DESCRIPCION D – BALANCE DE PLANTA | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | | FWS2/74 | BOILER FEED PUMP 2B PACIFIC MODEL BF1–6" SA 9 STAGES SERIAL 44216 | | | | | | | 63,622.77 | |
| 1 | 1 | | Pressure reducing sleeve | 065 | 13,417.96 | | 13,417.96 | 13,417.96 | | | |
| 2 | 1 | | Pressure reducing sleeve | 077 | 6,404.07 | | 6,404.07 | 6,404.07 | | | |
| 3 | 1 | | Radial impeller 6th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 4 | 1 | | Radial impeller 7th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 5 | 1 | | Radial impeller 8th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 6 | 1 | | Radial impeller 9th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 7 | 1 | | Inter mediate cover | 033 | 33,877.81 | | 33,877.81 | 33,877.81 | | | |
| 8 | 1 | | Pump gear | 100 | | | | 0.00 | | | |
| 9 | 1 | | Shaft sleeve compression nut | 215 | 997.70 | | 997.70 | 997.70 | | | |
| 10 | 1 | | Lube oil filters | 008 | 1,663.50 | | 1,663.50 | 1,663.50 | | | |
| 11 | 1 | | Lube oil hoses | | 291.91 | | 291.91 | 291.91 | | | |
| 12 | 1 | | Gear idler with shaft | 206 | | | | 0.00 | | | |
| 13 | 1 | | Pressure relief valve lube oil | 004 | 649.80 | | 649.80 | 649.80 | | | |
| 14 | 1 | | Complete coupling auxiliary for lube oil | 692 | 87.97 | | 87.97 | 87.97 | | | |
| 15 | 1 | | Complete coupling auxiliary for lube oil | 691 | 87.97 | | 87.97 | 87.97 | | | |
| | | FWS2/73 | BOILER FEED PUMP 2A PACIFIC MODEL BF1–6" SA 9 STAGES SERIAL 44216 | | | | | | | 87,529.59 | |
| 1 | 1 | | Pressure exhaust bushing | 065 | 13,417.96 | | 13,417.96 | 13,417.96 | | | |
| 2 | 1 | | Pressure reducing sleeve | 077 | 6,404.07 | | 6,404.07 | 6,404.07 | | | |
| 3 | 1 | | Radial impeller 2nd stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 4 | 1 | | Radial impeller 1st. stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 5 | 1 | | Radial impeller 4th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 6 | 1 | | Radial impeller 5th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 7 | 1 | | Radial impeller 6th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 8 | 1 | | Radial impeller 7th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 9 | 1 | | Radial impeller 8th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 10 | 1 | | Radial impeller 9th stage | 034 | 6,586.02 | | 6,586.02 | 6,586.02 | | | |
| 11 | 1 | | Pump gear | 100 | 2,317.30 | | 2,317.30 | 2,317.30 | | | |
| 12 | 1 | | Shaft sleeve compression nut | 215 | 997.70 | | 997.70 | 997.70 | | | |
| 13 | 1 | | Lube oil filters | 008 | 1,663.50 | | 1,663.50 | 1,663.50 | | | |
| 14 | 1 | | Lube oil hoses | | 291.91 | | 291.91 | 291.91 | | | |
| 15 | 1 | | Pressure relief valve lube oil | 004 | 649.80 | | 649.80 | 649.80 | | | |
| 16 | 1 | | Complete coupling auxiliary for lube oil | 692 | 87.97 | | 87.97 | 87.97 | | | |
| 17 | 1 | | Complete coupling auxiliary (fixed and loose) | 691 | 88 | | 87.91 | 87.91 | | | |
| 18 | 1 | | Complete coupling auxiliary (pump and motor) with bolts and nut (pump and motor) | | 6,606.01 | | 6,606.01 | 6,606.01 | | | |
| 19 | 24 | | 5/8" x 1–¾" bolts and nuts | | | | | 0.00 | | | |
| 20 | 4 | | Allen bolts 3/4" x 1–¼" | | | | | 0.00 | | | |
| 21 | 4 | | Allen bolts 3/4" x 1–¼" | | | | | 0.00 | | | |
| 22 | 1 | | Gear idler with shaft | 206 | 2,317.30 | | 2,317.30 | 2,317.30 | | | |

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

### BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO US$ % | RD$ % | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LOSA SUCCION BOMBA AGUA DE | | | | | | | | | | | 225,900.00 |
| 1 | | | CIRCULACION | | | | | | | | | 10.00% | | |
| 2 | | | Bombeo del agua | | | | | | | | | 50.00% | | |
| 3 | | | Reparación de la Estructura | | | | | | | | | 10.00% | | |
| 4 | | | Trabajo de buzo | | | | | | | | | 30.00% | | |
| | | | Limpieza en el fondo de la estructura | | | | | | | | | | | |
| D3 | | CWS2231 | TUBERIA AGUA CIRCULACION | | | | | | | | | | | 535,258.00 |
| 1 | | | TUBERIA DE 36"ø | | | | | | | | | 40.52% | | |
| 2 | | | Remover, instalar pizza tubos | | | | | | | | | 13.70% | | |
| 3 | | | Instalar 2 pizzas de 3/4" codo 90° | | | | | | | | | 14.26% | | |
| 4 | | | Instalar 2 pizza tapa final de 48"ø | | | | | | | | | 0.86% | | |
| | | | Cabeza final de 36"ø | | | | | | | | | | | |
| 5 | | CWS2233 | TUBERIAS DE 42 Y 48"s | | | | | | | | | 13.83% | | |
| 6 | | | Instalación de material adicional | | | | | | | | | 1.85% | | |
| 7 | | | Alquiler de soldador | | | | | | | | | 7.71% | | |
| 8 | | | Instalación de 2 pizzas de codode 90° | | | | | | | | | 0.71% | | |
| 9 | | | Instalación de 2 pizzas tapa final de 48"s | | | | | | | | | 10.54% | | |
| | | | Brida y escosa tubería | | | | | | | | | | | |
| D4 | 2500 | CWS2231 | PINTURA AGUA DE CIRCULACION 48"s | | 0.19 | | 476.90 | | 2,026.81 | | | | | |
| 1 | 26 | | Lin. cost Lac Enamel 70–B | | 59.61 | | 1,549.91 | | | | | | | |
| 2 | | | Rollos Core 10"x50' | | | | | | | | | | | |
| D5 | | FWS2465 | BFW CONTROL VALVE CV 101 | | | | | | 4,712.15 | | | | | |
| | | | FISHER CONTROL VALVE | | | | | | | | | | | |
| | | | SERIAL #759 199 | | | | | | | | | | | |
| 1 | 1 | | TYPE 667 SIZE 60 | | 51.03 | | 51.03 | | | | | | | |
| 2 | 1 | | STEM PLUG 3 3/4/42 SS | | 277.83 | | 277.83 | | | | | | | |
| 3 | 1 | | RATING CL 150/625 PSIG MIN | | 580.68 | | 580.68 | | | | | | | |
| 4 | 1 | | BODY EHD SIZE 6X4 | | 2,177.28 | | 2,177.28 | | | | | | | |
| 5 | 3 | | Repair kit | | 91.85 | | 275.56 | | | | | | | |
| 6 | 1 | | Pig & stem | | 107.73 | | 107.73 | | | | | | | |
| 7 | 2 | | set ring | | 232.47 | | 464.94 | | | | | | | |
| 8 | 1 | | cage | | 3.40 | | 3.40 | | | | | | | |
| 9 | 1 | | Piston ring | | 822.15 | | 822.15 | | | | | | | |
| 10 | 1 | | Gasket | | 1,735.02 | | 1,735.02 | | | | | | | |
| 11 | 1 | | Groove pin | | 9.07 | | 9.07 | | | | | | | |
| 12 | 1 | | Seat ring retainer | | 51.03 | | 51.03 | | | | | | | |
| 13 | 1 | | Plug | | 147.42 | | 147.42 | | | | | | | |
| | | | Actuator repair kit | | | | | | | | | | | |
| | | | Actuator seal bushing | | | | | | | | | | | |
| | | | actuator diaphragm | | | | | | | | | | | |

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO US$ % | PESO RD$ % | TOTAL US$ | TOTAL RD$ | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D6 | | CNS2787X | **CONDENSER** | | | | | | 32,146.00 | | | | | | | |
| 1 | 2 | | Complete partition butterfly motor | | 7,016.03 | | 14,032.06 | | | | | | | | | |
| 2 | | | operated valve 24" of KEYSTONE | | | | | | | | | | | | | |
| 3 | 2 | | Rubber seat | | | 636.22 | | 1,272.44 | | | | | | | | |
| 4 | 2 | | Set of replacement bushing | | | 112.13 | | 224.25 | | | | | | | | |
| 5 | 1 | | Complete water box connector motor | | | 93.23 | | 186.46 | | | | | | | | |
| | | | operated butterfly valve 36" o | | | 1201 | | 1201 | | | | | | | | |
| | | | ALLIS-CHALMERS | | | | | | | | | | | | | |
| 6 | 2 | | 36" EPDM Rubber seat | | | 1,858.26 | | 3,716.52 | | | | | | | | |
| 7 | 2 | | Bushing | | | 235.59 | | 471.18 | | | | | | | | |
| 8 | 2 | | Packing, set for electric motor operator | | | 105.83 | | 211.65 | | | | | | | | |
| D7 | * | CNS2770 | **PRUEBA CORRIENTE DE EDDY EN CONDENSADOR** | | | | | | | | | | | | | |
| 1 | | | Movilización de equipos y técnicos | | | | | | | | 20.00% | | 10,041.37 | | | |
| 2 | | | Inspección de 5,196 tubos del lado | | | | | | | | 60.00% | | | | | |
| 3 | | | Re—expansión equipos y personal | | | | | | | | 10.00% | | | | | |
| 4 | | | Informe con resultados y conclusiones | | | | | | | | 10.00% | | | | | |
| D8 | 1 | FWS2862 | **HP HEATER 2E** | | 53,298.00 | | 53,298.00 | | 53,298.00 | | | | | | | |
| | | | Supply of tube nest to assemble, combined | | | | | | | | | | | | | |
| | | | channel inlet outlet with one (1) type "A" | | | | | | | | | | | | | |
| | | | channel closure assembly, bolting for | | | | | | | | | | | | | |
| | | | closure and integral desuperheater | | | | | | | | | | | | | |
| D9 | | FWS2862 | **BIENES ADICIONALES** | | | | | | 44,790.78 | | | | | | | |
| D9—1 | | | **HP HEATER 2E** | | | | | | | | | | | | | |
| 1 | 21 | | Ft. of piping 6" of type seamless A106 | | 11.78 | | 247.40 | | | | | | | | | |
| D9—2 | | EX52123 | | | | | | | | | | | | | | |
| 1 | 42 | | 2" of Globe valves and less | | 71.00 | | 2,982.00 | | | | | | | | | |
| | | | 3/4" o Globe valves | | | | | | | | | | | | | |
| D9—3 | | BCA3055b | | | | | | | | | | | | | | |
| 1 | 350 | | Boiler Combustion Air & Flue Gas Ducts | | 1.23 | | 443.50 | | | | | | | | | |
| 2 | 460 | | FL Angle 2½"x2½"x3/16" | | 1.63 | | 751.74 | | | | | | | | | |
| 3 | 360 | | FL Profile 3"x1½"x3/16" | | 5.54 | | 1,995.76 | | | | | | | | | |
| | | | FL H shape 4"x4"x3/16" | | | | | | | | | | | | | | |
| D9—4 | | CWS2189 | | | | | | | | | | | | | | |
| 1 | 2 | | Closed Cooling Water Sight   Flow Indicators | | 278.34 | | 556.67 | | | | | | | | | |
| 2 | 3 | | Sght flow indicator of 1" | | 340.51 | | 1,021.54 | | | | | | | | | |
| | | | Sght flow indicator 1½" | | | | | | | | | | | | | | |
| D9—5 | | NAOA9006 | | | | | | | | | | | | | | |
| 1 | 2 | | Screen Wash Pump Pipes | | 71.07 | | 142.13 | | | | | | | | | |
| 2 | 2 | | Reducer 4"—2" sch 40  BW 316 SS | | 55.52 | | 111.03 | | | | | | | | | |
| 3 | 2 | | Reducer 4"—3" sch 40  BW 316 SS | | 54.06 | | 108.11 | | | | | | | | | |
| 4 | 2 | | Flange 2" 150# SD RF 316L | | 83.67 | | 167.33 | | | | | | | | | |
| 5 | 4 | | Flange 3" 150# SD RF 316L | | 30.56 | | 122.22 | | | | | | | | | |
| 6 | 2 | | Elbow 2"x LR ELL —90 S40   316 | | 152.15 | | 304.29 | | | | | | | | | |
| 7 | 8 | | Elbow 4"x LR ELL —90 S40   316 | | 2.90 | | 625.05 | | | | | | | | | |
| 8 | 225 | | Bite valve ½ FF x 3 1/16" SS | | 1,070.62 | | 1,070.62 | | | | | | | | | |
| 9 | 1 | | Gate valve SS150 Flange end 3/4" | | 2,031.12 | | 2,031.12 | | | | | | | | | |
| 10 | | | Duplex suction trainer | | | | | | | | | | | | | | |

INMEL.S.A.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

### BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | BIENES SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|
| D9–6 | | MMA0911 | Drainage Piping | | | | | | |
| 1 | 1400 | | P. pipe 3/4" φ Gr.A A06 | | 1.79 | 2,504.82 | | | |
| 2 | 900 | | P. pipe 11/4" φ Gr.A A106 | | 2.15 | 1,959.10 | | | |
| 3 | 200 | | P. pipe 1" φ Gr BA106 | | 1.34 | 267.11 | | | |
| 4 | 10 | | Globe valve x 1/4"φ socket weld | | 347.25 | 3,472.48 | | | |
| 5 | 20 | | Globe valve x3/4"φ socket weld | | 134.69 | 2,693.82 | | | |
| 6 | 30 | | elbow 90°, 3/4"φ socket weld 3000 psi | | 4.20 | 125.57 | | | |
| 7 | 6 | | elbow 90°, 11/4"φ socket weld 3000 psi | | 5.41 | 32.43 | | | |
| 8 | 20 | | Tee 3/4"φ. socket weld 3000 psi | | 5.87 | 117.43 | | | |
| 9 | 5 | | Tee 11/4 socket weld 3000 psi | | 8.06 | 40.32 | | | |
| 10 | 10 | | Union 3/4"φ socket weld 3000 psi | | 8.28 | 82.78 | | | |
| 11 | 6 | | Union 11/2"φ socket weld 3000 psi | | 7.28 | 43.70 | | | |
| 12 | 10 | | Coupling 3/4" φ socket weld. 3000 psi | | 2.62 | 26.21 | | | |
| D9–7 | | BVD2001 | SAMPLING COOLER | | | | | | |
| 1 | 20 | | Sala tubo del unión conection socket weld 1/2"φ | | 29.74 | 594.72 | | | |
| D9–8 | | FWS2469 | ED. AND BY PASS VALVE FOR CV–101 PRESSURE RATING: 1900 LB PER ASA B16.5 BODY MATERIAL:CARBON STEEL PER WELDING ENDS: BUTT WELD. A216 GR. WC3 CONSTRUCTION: OS & Y BONNET: PRESSURE SEAL STEM: 12 TO 13% CR. STEEL WEDGES: STEEL STELLITED SEATS: STEEL STELLITED DISC; STEEL SWIVEL PLUG STELLITED Complete valve | | 14,595.84 | 14,595.84 | | | |
| D9–9 | 1 | ASS2172 | AUXILIARY STEAM GATE VALVES 5" AND 7 φ GATE VALVE AS–106, AS–107 PRESSURE RATING: 1900 LB PER ASA B16.5 BODY MATERIAL:CARBON STEEL PER WELDING ENDS: BUTT WELD.A216 GR. WC3 CONSTRUCTION: OS & Y BONNET: PRESSURE SEAL STEM: 12 TO 13% CR. STEEL WEDGE; STEEL STELLITED SEAT: STEEL STELLITED SERIE: CA107A  N°35629SB—WE Complete 3°φ gate valve | | 5,252.94 | 5,252.94 | | | |
| D10 | | CWS2271 | CONDENSATE PUMPS | (10A) (1A) (227B) | | | | 19,709.67 | |
| 1 | 1 | | Shaft | | 5,400.57 | 5,400.57 | | | |
| 2 | 1 | | Casing | | 4,212.34 | 4,212.34 | | | |
| 3 | 14 | | Bearings | | 721.20 | 10,096.76 | | | |

BIENMIA

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

### BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM D11 | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO US$ % | PESO RD$ % | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **REPARACION DEL DESAIREADOR** | | | | | | | 65,007.35 | | | | 72,460.68 |
| | | | Materiales: | | | | | | | | | | | |
| 1 | 12 | | Gln pintura anticorrosiva | | | 181.44 | | 2,177.32 | | | | | | |
| 2 | 500 | | Pies de acero para soporte de 1"x1/8" | | | 1.94 | | 972.02 | | | | | | |
| 3 | 360 | | Pies platina de acero para soporte de aluminio | | | 4.86 | | 1,749.63 | | | | | | |
| 4 | 1000 | | Pies pase fijar aislamiento | | | 3.24 | | 3,240.06 | | | | | | |
| 5 | 1000 | | Clips para sujetar aislamiento | | | 1.30 | | 1,296.03 | | | | | | |
| 6 | 1000 | | Remaches de aluminio de 1/8"ø | | | 1.30 | | 1,296.03 | | | | | | |
| 7 | 150 | | Paneles de aislamiento 2"x3"x3" | | | 233.28 | | 34,991.40 | | | | | | |
| 8 | 1240 | | Pie²² de aluminio liso cal. 1.0/16") | | | 15.55 | | 19,284.06 | | | | | | |
| | | | Servicios: | | | | | | | | | | | |
| 9 | | | Quitar aislamiento | | | | | | | | | | | |
| 10 | | | Limpia y pintura | | | | | | | | | | | |
| 11 | | | Instalación de soldaduras | | | | | | | | | | | |
| 12 | | | Caza y soldadura del domo | | | | | | | | | | | |
| 13 | | | Inspección del domo | | | | | | | | | | | |
| 14 | | | Aislamiento y protector | | | | | | | | | | | |
| 15 | | | Inspección y reparación valvulas del domo | | | | | | | | | | | |
| 16 | | | Capacap del lippa | | | | | | | | | | | |
| D12 | | BCA3454 | **BOILER, COMBUSTION AIR IGNITION BLOWER** | | | | | | | | | | | |
| | 1 | | BUFFALO FORGE COMPANY | | | | | | | | 10.92 % | | | |
| | | | Reparación de ignición completo con | | | | | | | | 1.73% | | | |
| | | | garantía de bienes A  1/2E, Serie 1 047/6000001 | 1/2E, Serie 1 047/6000001 | 5,239.08 | | 5,239.08 | | 5,239.08 | | 3.44% | | | |
| | | | | | | | | | | | 22.60% | | | |
| D13 | | HVTD033 | **VALVULAS DE CONTROL** | | | | | | | | 0.87% | | | |
| 1 | 1 | ASSI75 | Hand Valve and Drain Control Valve | | 2,565.36 | | 2,565.36 | | 5,130.72 | | 23.66% | | | |
| 2 | 1 | | Aux. Steep Control valve | | 2,565.36 | | 2,565.36 | | | | 11.64% | | | |
| | | | | | | | | | | | 13.55 % | | | |
| D14 | | CNS2270 | **RETUBADO  DEL CONDENSADOR** | | | | | | | | | | | 625,000.1 |
| 1 | | | Remover 1000 tubos estáticos | | | | | | | | | 30.00% | | |
| 2 | | | Instalar 1000 tubos nuevos | | | | | | | | | 60.00% | | |
| 3 | | | Pruebas | | | | | | | | | 10.00% | | |



# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM DIS | CANT | N/NO NUMERO 90 X | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | BIENES SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ 13,271.89 | TOTAL RD$ | PESO, US$ % | PESO, US$ PESO, RD$ % | NOR VALOR TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PIPING INSULATION WR –1200 | | | | | | | | | | | |
| | | | Thermal insulation Spezial or similar for: | | | | | | | | | | | |
| 1 | 200 | | PL PIPES 1/2" ø | | 3.35 | | 670.32 | | | | | | | |
| 2 | 200 | | PL PIPES 3/4" ø | | 3.35 | | 670.32 | | | | | | | |
| 3 | 200 | | PL PIPES 1" ø | | 3.67 | | 733.32 | | | | | | | |
| 4 | 200 | | PL PIPES 1–1/4"ø | | 4.84 | | 967.68 | | | | | | | |
| 5 | 200 | | PL PIPES 2" ø | | 5.09 | | 1,018.08 | | | | | | | |
| 6 | 200 | | PL PIPES 3"ø | | 5.86 | | 1,171.80 | | | | | | | |
| 7 | 200 | | PL PIPES 4" ø | | 8.67 | | 1,733.76 | | | | | | | |
| 8 | 100 | | PL PIPES 6" ø | | 10.43 | | 1,043.28 | | | | | | | |
| 9 | 100 | | PL PIPES 8" ø | | 12.92 | | 1,291.50 | | | | | | | |
| 10 | 100 | | PL PIPES 10" ø | | 15.71 | | 1,571.22 | | | | | | | |
| 11 | 430 | | PL block insulation 2" thickness | | 3.41 | | 1,468.28 | | | | | | | |
| 12 | 6 | | Rolls aluminium 0.0 6" tck | | 156.56 | | 939.33 | | | | | | | |
| | | | SUB-TOTAL BALANCE DE PLANTA | | | | | | 353,649.45 | 65,007.35 | | | 18,041.37 | 1,457,658.88 |

INMEL, S.A.

BIENMIA

12 DE 17

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| ITEM | CANT | MWO | DESCRIPCION | N° DE PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL U/S$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO US$ % | FLETE US$ % | SEG. US$ % | TOTAL US$ | TOTAL RD$ |
|------|------|-----|-------------|-------------|----------|----------|----------------|---------------|-----------|-----------|------------|-------------|------------|-----------|-----------|
| | | | E.– INSTRUMENTACION | | | | | | | | | | | | |
| E1 | | | INSTRUMENTO DE REEMPLAZO BAILEY | | | | | | 37,792.10 | | | | | | |
| E2 | | | INDICADOR PUREZA DE HIDROGENO | | | | | | 8,917.01 | | | | | | |
| E3 | | | SUMINISTRO ITEMS 1–4  IN–9616 | | | | | | 2,817.00 | | | | | | |
| | | | SUB-TOTAL INSTRUMENTACION | | | | | | 49,526.11 | 0.00 | | | | 0.00 | 0.00 |

INMEL S.A.

13 DE 17

BIENM1A

INMEL, S.A.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA Nº 1

| ITEM | CANT | MWO | DESCRIPCION<br>F. BIENES Y SERVICIOS CUBIERTOS CON LAS CONTINGENCIAS | Nº DE PARTE | P.U. RD$ | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | | TG 1006 | AGITACION DEL ROTOR | | | | | | | 121,576.90 | |
| F2 | 2 | CWS2192 | CABEZALES ENFRIADORES DE AGUA<br>Fundición de bronce con aleación en hierro gris | | | | 43,969.94 | | 87,939.87 | | 87,939.87 |
| F3 | 1 | BVD2001 | SAMPLING COOLER<br>Sampling cooler cat. #3531059 | | | 892.08 | | 892.08 | | 892.08 | |
| F4 | 8 | BOL3001X | DESERVATION PORTS<br>Media de observacion completa 2"x4" | | | 1,145.34 | | 9,162.72 | | 9,162.72 | |
| F5 | | CFS2991 | CHEMICAL FEED INJECTION PUMP<br>AMMONIUM HYDROXIDE<br>Fixing relief | | | | | | | 147.85 | |
| 1 | | | | | | 37.85 | | 37.85 | | | |
| 2 | | | Plunger adapter | | | 110.00 | | 110.00 | | | |
| F6 | 1 | HVD2025 | HEATER DRAIN PUMP<br>Lower/top complete assembly | L—110 | | 55.44 | | 55.44 | | 55.44 | |
| F7 | 1 | CWS2190 | CLOSED COOLING WATER PUMP 2A<br>Electric motor 50HP, 1760 RPM<br>TEFC, FR326T | | | 1,694.70 | | 1,694.70 | | 1,694.70 | |
| F8 | | BPO3468x<br>AND<br>BPO3669z | BOILER, FUEL OIL PUMP 2A & 2B<br>DELAVAL MODEL A324AX-231<br>SCREW PUMP, INST.<br>BL L324-A-A (R+2) | | | 10,757.88 | | 21,515.76 | | 21,515.76 | |
| 2 | | | Bomba IMO cat. línea G324A/FFS-231 con ambas de aceto | | | | | 21,515.76 | | | |
| F9 | | HVD2026<br>AND<br>HVD2029 | HEATER DRAIN PUMP RELIEF VALVE<br>RV-397 & RV-396 | | | | | | | 3,264.66 | |
| 1 | | | Válvula de alivio | | | 1,632.33 | | 3,264.66 | | | |
| F10 | 1 | CWS2235 | 14" ø CIRCULATING WATER PIPING<br>Tubería de fundición | | | | | 25,792.68 | | 25,792.68 | |
| F12 | 1 | | NO HAY BIENES NI SERVICIOS EN ESTE RENGLON | | | | | | | | |

14 DE 17

BENMIA

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA Nº 1

| ITEM F13 | CANT | MWO | DESCRIPCION | Nº DE PARTE | P.U. US | P.U. RD$ | BIENES SUB-TOTAL US | SUB-TOTAL RD$ | TOTAL US 31,656.00 | TOTAL RD$ | PESO % | PESO RD$ % | TOTAL US | TOTAL RD$ 115,375.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F13 | | | SUMINISTRO PARTES MENORES DE LA CALDERA | | | | | | | | | | | |
| 1 | | | Entrada de hombre completo | | | | 3,420.00 | | | | | 21.13% | | |
| 2 | | | Soporte de acero para salida de gases en pisa cámara | | | | 2,028.00 | | | | | 24.55% | | |
| 3 | | | Entrada de hombre completa para la pared lateral de arriba del hogar | | | | 3,420.00 | | | | | 25.11% | | |
| 4 | | | Soporte para sopladores de hollín (60 psa) | | | | 1,584.00 | | | | | 12.54% | | |
| 5 | | | Varias placas de sello | | | | 12,984.00 | | | | | 0.00% | | |
| 6 | | | Set completo de placas de sello del sobrecalentador | | | | 8,520.00 | | | | | 16.67% | | |
| F14 | | TG1023 X | BOMBA DE LUBRICACION DE EMERGENCIA (AC) | | | | | | | | | | | 22,444.00 |
| F15 | | TG1023 X | BOMBA DE LUBRICACION DE EMERGENCIA (DC) | | | | | | | | | | | 22,444.00 |
| F16 | | TG1040 X | LIMPIEZA Y PINTURA DE MANPOSTERIA | | | | | | | | | | | 100,142.73 |
| F17 | | | PINTURA DE EQUIPOS | | | | | | | | | | | 72,697.00 |
| F18 | | CWS2236 | BOMBA AGUA DE CIRCULACION #3 | | | | | | | | | | | 162,777.60 |
| F19 | | MA0013 X | SOPORTES DE TUBERIAS | | | | | | 1,750.00 | | | | | 110,818.xx |
| F20 | 1 | EL1010 | STATION SERVICE TRANSFORMER Include phase bus duct 15 Kv cat. GEH—2028 Rubber joint duct section | | 1,512.00 | | 4,536.00 | | 4,536.00 | | | | |
| F21 | 3 | EL1011 | MAIN TRANSFORMER GENERAL ELECTRIC FOA-T-60-50000 KVA SERIAL M—101536 9000 #13.200 ROQ.F47—T01—82R070—002 DWG.3945C—340 | | | | | | | | | | |
| 1 | 3 | | Include phase bus duct 15 Kv cat. GEH—2028 Rubber joint duct section | | 1,512.00 | | 4,536.00 | | 4,536.00 | | | | |

INMEL, S.A.

BIENMA

INM.EL.S.A.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA 2

### BIENES Y SERVICIOS DE LA ENMIENDA Nº 1

| ITEM | CANT | MWO | DESCRIPCION | Nº DE PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | BIENES SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | PESO. US$ % | PESO. RD$ % | TOTAL US$ | TOTAL RD$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P22 1 | 1 | EL4020 | SOOTBLOWER CONTROL PANEL Control transformer General Electric 480/220/115 Volt. 1150VA. Fuse holder 1-1 amps Push-ion part 91 1-0-2 | | 98.91 | | 98.91 | | 139.23 | | | | | 14,581.17 |
| 2 | 1 | | | | 40.32 | | 40.32 | | | | | | | |
| P24 1 | 2 | EL4024X | TRAVELING SCREEN WASH  PUMP MOTOR Complete electrical motor General Electric 20 H.P. 3,500 rpm. 60 Hz. 230/460V 34 frame 284 TSTEFC | | 2,411.64 | | 4,823.28 | | 4,823.28 | | | | | 6,720.00 |
| P25 | | IN5044X | CONTROL TEMPERATURA ESCAPE DE LA TURBINA | | | | | | | | | | | 2,256.00 |
| P26 | | IN5049X | PREPARACION Y PINTURA PANEL DE CONTROL | | | | | | | | | | | |
| P27 1 | 6 | BOIL3004 | QUEMADORES 1" FLEX HOSE 4"-4" LONG | | 196.56 | | 1,179.36 | | 1,179.36 | | | | | |
| P28 6 | 1000 | IN5010X | BOILER FLAME DETECTOR ELECTRONIC CORPORATION OF AMERICA P. wiring for costume cate (1) shield line (3) mylar bg-4 #16 AWG 60 volt, 90°C | | 0.74 | | 742.49 | | 742.49 | | | | | |
| P29 4 | 4 | IN-5038X | INSTRUMENTATION AIR Bailey Air filters Spare part kit Filter screen Filter screen Pressure gage | 256140-2 535635-2 535637-1 595599-2 | 95.32 17.77 | | 381.28 71.06 0.00 0.00 | | 2,870.07 | | | | | |
| 5 | 4 | | | | | | | | | | | | | |
| 6 | 8 | | | | | | | | | | | | | |
| 7 | 2 | | | | | | | | | | | | | |
| 8 | 1 | | Redman Station Air Valve rebuilder Spare part kit | 595168-23/4 256018-2 | 533.33 376.88 | | 533.33 1,884.39 | | | | | | | |
| 9 | 5 | | | | | | | | | | | | | |
| | | | SUB-TOTAL CONTINGENCIAS | | | | | | 234,335.22 | 87,939.87 | | 0.00 | | 632,205.91 |

BIENMIA

16 DE 17

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA 2

## BIENES Y SERVICIOS DE LA ENMIENDA N° 1

| DESCRIPCION RESUMEN BIENES | P.U. US$ BIENES APROBADOS US$ | P.U. RD$ BIENES APROBADOS RD$ | SUB-TOTAL US$ VALOR EN ENMIENDA 1 US$ | VALOR EN ENMIENDA 1 RD$ SUB-TOTAL RD$ | TOTAL US$ DIF BIENES US$ | TOTAL RD$ DIF BIENES RD$ |
|---|---|---|---|---|---|---|
| A—TURBINA | 826,102.36 | 0.00 | 827,436.52 | 0.00 | 1,334.16 | 0.00 |
| B—CALDERA | 384,100.16 | 0.00 | 383,892.64 | 0.00 | (207.52) | 0.00 |
| C—SISTEMA ELECTRICO | 22,861.64 | 0.00 | 23,000.00 | 0.00 | 139.36 | 0.00 |
| D—BALANCE DE PLANTA | 353,684.45 | 65,007.35 | 359,114.86 | 65,007.36 | 5,430.41 | 0.01 |
| E—INSTRUMENTACION | 49,576.11 | 0.00 | 49,576.11 | 0.00 | 0.00 | 0.00 |
| F—CONTINGENCIAS | 236,335.22 | 87,939.87 | 164,297.01 | 13,001.47 | (72,038.21) | (74,938.40) |
| TOTAL | 1,872,628.94 | 152,947.22 | 1,807,267.14 | 78,008.83 | (65,361.80) | (74,938.39) |

| DESCRIPCION RESUMEN SERVICIOS | SERVICIOS APROBADOS US$ | SERVICIOS APROBADOS RD$ | VALOR EN ENMIENDA 1 US$ | VALOR EN ENMIENDA 1 RD$ | DIF. SERV. US$ | DIF. SERV. RD$ |
|---|---|---|---|---|---|---|
| A—TURBINA | 493,995.00 | 0.00 | 493,995.00 | 0.00 | 0.00 | 0.00 |
| B—CALDERA | 175,750.00 | 1,844,393.00 | 175,750.00 | 1,844,393.69 | 0.00 | 0.60 |
| C—SISTEMA ELECTRICO | 0.00 | 37,821.60 | 0.00 | 70,000.00 | 0.00 | 32,178.40 |
| D—BALANCE DE PLANTA | 10,604.37 | 1,457,658.88 | 10,604.37 | 1,513,801.44 | 0.00 | 56,142.56 |
| E—INSTRUMENTACION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F—CONTINGENCIAS | 0.00 | 632,205.91 | 67,969.64 | 685,599.01 | 67,969.64 | 53,393.10 |
| TOTAL | 679,496.37 | 3,971,879.39 | 747,646.01 | 4,113,594.05 | 67,969.64 | 141,714.66 (1) |

DISPONIBLE EN US$   2,607.84

DISPONIBLE EN RD$   66,776.27

NOTA (1):
Las diferencias sobrantes en US$ y RD$ por servicios son usados para la adquisición de bienes en la Enmienda N° 1

INMEL,S.A.

17 DE 17

BIENMIA

**SECCION 1**

# Enmienda Nº 2



## ENMIENDA NO.2 AL CONTRATO PARA EL
## SUMINISTRO DE PIEZAS, MATERIALES Y
## SERVICIOS PARA LA REHABILITACION Y PUESTA EN SERVICIO
## DE LA UNIDAD II DE HAINA

**ENTRE :**

**LA CORPORACION DOMINICANA DE ELECTRICIDAD,** entidad autónoma de Estado Dominicano, organizada y existente de conformidad con su Ley Orgánica N°4115, de fecha 21 de Abril de 1955, modificada, con su domicilio y asiento social en la Avenida Independencia esquina Fray Cipriano de Utrera, de ésta ciudad, debidamente representada por su Administrador General, **ING. MARCO A. SUBERO**, dominicano, mayor de edad, casado, portador de la Cédula de Identidad Personal N° 9922 Serie 13, de este domicilio y residencia, quien actúa conforme a la _13_ Resolución Acta N° _1133_ de fecha FEBRERO 7, 1994 del Consejo Directivo de la CORPORACION DOMINICANA DE ELECTRICIDAD, quien en lo adelante se denominará "LA CORPORACION", de una parte; y de la otra, el **CONSORCIO BESCO-AALBORG,** legalmente constituido bajo las leyes de la República Dominicana, conforme al Acuerdo de Consorcio de fecha 14 de junio del 1991, anexo, con su domicilio y asiento legal en la calle Benigno Filomeno Rojas N°6, Torre San Francisco, Apto. 3N, Santo Domingo, D.N., debidamente representado por el **ING. ALBERTO CAMPAGNA**, de nacionalidad dominicana, mayor de edad, casado, portador de la Cédula de Identidad Electoral N°001-0078045-1, con su domicilio y residencia en esta ciudad, que en lo adelante se denominará "**EL CONSORCIO**".

<u>**Considerando:**</u>    Que en fecha 28 de enero de 1992, se suscribió un Contrato entre el Consorcio y la Corporación para el Suministro de Piezas, Materiales y Servicios para la Rehabilitación Mayor y Puesta en Servicio de la Unidad II de Haina, en lo que sigue el Contrato, en el cual se establece el derecho de la Corporación a modificar o alterar el alcance, si fuese necesario, para completar los Trabajos del Contrato.

<u>**Considerando:**</u>    Que en fecha 16 de Julio del 1993, la Corporación suscribió la Enmienda No. 1 al Contrato, en la cual se extendió el Alcance del Contrato para tomar en cuenta, entre otros, ciertos suministros y servicios adicionales, necesarios para restaurar la turbina la caldera y otros equipos importantes a su condición cercana a las de diseño.

<u>**Considerando:**</u>    Que durante el desarrollo de los trabajos, en el período posterior a la suscripción de la Enmienda No. 1, se han detectado otros suministros y servicios adicionales importantes, tales como la reparación de daños detectados durante la rehabilitación de la turbina, en el sistema de agua de circulación, etc., asi como la reposición de equipos indispensables transferidos hacia la Unidad 1 que han sido aprobados por la Corporación, sin los cuales no puede completarse la Rehabilitación Mayor de la Unidad.

**Considerando:**     Que es necesario ampliar los alcances del contrato y de la Enmienda No.
1 para tomar en cuenta los bienes y servicios adicionales.

**Considerando**:     Que lo que antecede forma parte integrante de la presente Enmienda.


**HAN CONVENIDO Y PACTADO LO SIGUIENTE :**

**Articulo 1.- Definiciones**

La Unidad:     Significa la Unidad II de la Central Téermica de Haina

El Contrato:   Significa el contrato No. HN2-01-90-001, suscrito en fecha 28 de
Enero del 1992, entre la Corporación y el Consorcio,
correspondiente a la Rehabilitación Mayor de la Unidad II de
Haina.

Fase II:       Significa la etapa de ejecución de los Trabajos de
Rehabilitación Mayor de la Unidad, incluidos en el
Contrato.

Fecha de Inicio:   Significa la fecha en que se iniciaron los trabajos de la Fase
II del Contrato, que fué el 1ero. de Marzo del 1993.

Sitio de los Trabajos:   Significa el perímetro de la Central Téermica de
Haina, que es el lugar donde se realiza la
Rehabilitación Mayor de la Unidad.


**Artículo II: Documentos de la Enmienda**

Los documentos y condiciones de la presente Enmienda están definidos en los
siguientes documentos y sus respectivos anexos, con el orden de predominancia
indicado, que forman parte integrante de este documento.

**SECCION 1. Este documento llamado Enmienda No.2**
**SECCION 2. Cuadro Resumen de Precios de los Bienes y Servicios  de la
Enmienda No. 2;**
**SECCION 3. Programa de Suministro de los Bienes y  Servicios de la
Enmienda No. 2;**
**SECCION 4. Relación de Bienes y Servicios de la Enmienda No. 2 con sus
Precios Unitarios y Totales;**
**SECCION 5. La Enmienda No. 1 al Contrato;**
**SECCION 6. El Contrato; y,**
**SECCION 7. Propuesta del Consorcio para el suministro de los Bienes y
Servicios de la Enmienda.**

---

**Artículo III:  Entrega Bienes y Servicios de la Enmienda**

Mediante el presente documento el Consorcio se obliga al suministro de los Bienes y Servicios contenidos en la Relación de la Sección 4 de esta Enmienda, preparada conjuntamente por el Consorcio, la Corporación e INMEL, y a la terminación completa de los **Trabajos** del Contrato y de la Enmienda No. 1 en un período no mayor de <u>**Veinte (20) semanas contadas a partir de la entrada en vigencia de la presente Enmienda no. 2.**</u> Se establece que el suministro de los Bienes y Servicios de la presente Enmienda se hará de conformidad con las partidas y plazos de entrega indicados en el Programa de Suministro de los Bienes y Servicios de la Enmienda, de la Sección 3, y el Cuadro Resumen de Precios indicado en el Sección 2 de la presente Enmienda, respectivamente.

**Artículo IV: Entrada en Vigencia**

Se establece que la entrada en vigencia de la presente Enmienda, se contará a partir de la fecha en que las Partes cumplan las condiciones siguientes:

■    Firma y legalización de la presente Enmienda;
■    Pago del anticipo correspondiente al 10% del Monto a que ascienden los Bienes y Servicios de la presente Enmienda;
■    Establecimiento de las Carta de Crédito por el 90% del monto correspondiente a los Bienes de la presente Enmienda; y,
■    Entrega a la Corporación de la garantía estipulada en el Artículo VIII de esta Enmienda.

**Artículo V: Precio del Contrato**

Por intermedio de la presente Enmienda se modifica y sustituye el Artículo 1., Sección I del Contrato para que se lea:

" El Precio del Contrato correspondiente al <u>**Suministro de los Bienes y Servicios para la Rehabilitación Mayor y Puesta en Servicio de la Unidad II de la Central Térmica de Haina**</u>, asciende a la suma de **Doce Millones Cuatrocientos Ochenta y Dos mil Doscientos Treinta y Seis dólares con Setenta y Siete centavos en Moneda de los Estados Unidos de America (US$12,482,236.77)** y **Diez y Seis Millones Treinta y Nueve Mil Novecientos Dos con Cuarenta y Siete centavos de la moneda nacional (RD$16,039,902.47)** de los cuales:

**Nueve Millones Ciento Dos mil Cuatrocientos Diez y Siete dólares con Dos centavos de la Moneda de los Estados Unidos de América (US$9,102,417.02)** y **Ocho millones Cuatrocientos Treinta y Siete mil Quinientos pesos de la moneda nacional (RD$8,437,500.00)** se corresponden con el monto consignado para Bienes y Servicios del Contrato;

Dos Millones Quinientos Cincuenta y Cuatro Mil Novecientos Treinta y Tres dólares con Quince Centavos de la Moneda de los Estados Unidos de America (US$2,554,933.15)y Cuatro Millones Ciento Noventa y Un Mil Seiscientos Dos pesos con Ochenta y ocho Centavos de la Moneda Nacional (RD$4,191,602.88) se corresponden con el monto consignado para el suministro de Bienes y Servicios de la Enmienda No. 1; y,

Ochocientos Veinte y Cuatro Mil Ochocientos Ochenta y Seis dólares con Sesenta centavos en moneda de los Estados Unidos de America (US$824,886.60) y Tres Millones Cuatrocientos Diez Mil Setecientos Noventa y Nueve pesos con Cincuenta y Nueve centavos en moneda nacional (RD$3,410,799.59) se corresponden con el monto de la presente Enmienda No. 2.

**Artículo VI: Monto de la Enmienda**

Se Acuerda que el monto de la presente Enmienda será desglosado de la manera siguiente:

Seiscientos Sesenta y Cuatro Mil Seiscientos Cincuenta y Tres dólares con Noventa centavos en moneda de los Estados Unidos de America (US$664,653.90) y Novecientos Setenta y Siete Mil Ochocientos Dos pesos con Treinta y Siete centavos de la moneda nacional (RD$977,802.37) se corresponden con el monto a que ascienden los **Bienes** de la presente Enmienda;

Un Millón Ochocientos Sesenta y Cuatro Mil Quinientos Treinta pesos con Sesenta y Dos centavos de la moneda nacional (RD$1,864,530.62) se corresponde con el monto a que alcanzan los **Servicios** de la presente Enmienda;

Ciento Veinte y Siete Mil dólares de la moneda de los Estados Unidos (US$127,000.00) se corresponden con el monto pendiente de pago por concepto de **Bienes** aprobados y suministrados en fecha posterior a la apertura de la Carta de Crédito para la Fase I del Contrato; y,

Treinta y Tres Mil Doscientos Treinta y Dos dolares con Setenta centavos de la moneda de los Estados Unidos (US$33,232.70) y Quinientos Sesenta y Ocho Mil Cuatrocientos Sesenta y Seis pesos con Sesenta centavos de la moneda nacional (RD$568,466.60) se corresponden con el monto estimado para los **Imprevistos** que podrían presentarse hasta la terminación de los Trabajos y la puesta en Servicio de la Unidad."

**Artículo VII: Monto para Imprevistos**

Se establece que el monto consignado para contigencias será pagado de conformidad con las propuestas de bienes y/o servicios adicionales que la Corporación determine necesarios y que no hayan sido consignados en la presente Enmienda o en el Contrato. Cualquier propuesta que el Contratista haga con apego a lo indicado en el presente Artículo deberá presentarse y será evaluado de conformidad con las estipulaciones de la Cláusula 14.0 de las Condiciones del Contrato y el Artículo 5 de los Acuerdos de Negociación, respectivamente.

Se aclara que el Encargado del Proyecto designado por la Corporación será la persona responsable de autorizar los trabajos a que se refiere el presente artículo, de conformidad con el Artículo 8 de los Acuerdos de Negociación del Contrato.

**Artículo VIII: Garantía de Cumplimiento**

Mediante la presente Enmienda el Consorcio se compromete a obtener una garantía de Cumplimiento por la suma de diez porciento (10%) del monto de esta Enmienda, dentro de los primeros diez (10) días contados a partir de la firma de la presente Enmienda. La Garantía deberá se emitida pro una institución bancaria legalmente establecida en el país o en el extranjero, aceptable a la Corporación en forma de garantía bancaria o Carta de Crédito irrevocable. El Consorcio sufragará los gastos de los requerimientos de este artículo. El período de validez y las reclamaciones contra esta garantía serán como estipulado en el Contrato.

**Artículo IX: Recepción de los Trabajos**

Mediante la presente Enmienda se ratifica que la recepción, por parte de la Corporación, de los trabajos realizados por el Consorcio al amparo de la presente Enmienda, se regirán por los términos de la Cláusula 12.0, Sección II, Anexo VIII del Contrato.

**Artículo X: Cumplimiento del Contrato**

Se aclara que el suministro de los Bienes y Servicios Adicionales, a que está obligado el Consorcio por el Artículo II de la presente Enmienda, se efectuaran al amparo de los términos y condiciones del Contrato.

**Artículo XI: Forma de Pago**

a.1     <u>Pagos por los Bienes en Moneda Extranjera</u>

Para los fines de pago en moneda extranjera por concepto del suministro de los Bienes y Servicios indicados en la Sección 4, de este documento, la Corporación procederá de la manera siguiente:

Diez por ciento (10%) del monto correspondiente a los Bienes y Servicios de la presente enmienda, por concepto de Anticipo, contra entrega de una garantía bancaria en la condiciones que se establecen en el acápite (i) del

Artículo 5 de los Acuerdos de Negociación del Contrato. Este pago se hará dentro de los primeros veintiún (21) días después que la Corporación haya recibido la garantía;

■ Ochenta por ciento (80%) del monto correspondiente a los Bienes de la presente Enmienda será pagado mediante Carta de Crédito irrevocable emitida a favor del Contratista, contra la documentación probatoria del embarque de los Bienes, de conformidad con la Cláusula 16.1.1, Sección 3 del Contrato; y,

■ Diez porciento (10%) del monto correspondiente a los Bienes será pagado mediante Carta de Crédito irrevocable emitida a favor del Consorcio, contra la recepción de los Bienes en el Sitio de los trabajos, de conformidad con la Cláusula 16.1.1, Sección 3 del Contrato.

a.2 <u>Pago por los Bienes en Moneda Local</u>
Los pagos en moneda local por le suministro de los bienes de la presente Enmienda se harán de conformidad con lo estipulado en la Cláusula 16.1.2, Sección VIII "Condiciones del Contrato", del Contrato.

b. <u>Pagos por los servicios de la Enmienda</u>
Se aclara que los pagos atribuibles a los Servicios realizados en el Sitio de los Trabajos, indicados en la Sección 4 de esta Enmienda, serán sufragados por la Corporación de conformidad con las estipulaciones de la Cláusula 16.1.2, Sección III, Anexo VIII del Contrato.

Se establece que para los fines del pago por los Servicios de la Sección 4 de esta Enmienda, el Consorcio se obliga a someter a la aprobación de la Corporación, dentro de los primeros veintiún (21) días contados a partir de la entrada en vigencia de la presente Enmienda, lo siguiente:

■ Una (1) lista, en lo que sigue el Desglose Porcentual o "Milestone", que incluya el porciento del Monto de la Enmienda atribuible a cada Orden de Trabajo contenida en la Sección 4 de esta Enmienda.

■ El Programa de suministro de los Bienes y de Ejecución de los Servicios de la presente Enmienda No. 2., en la forma y detalle como estipulado en el Contrato, para la terminación de los Trabajos y Puesta en Servicio de la Unidad.

La presentación, el período y las condiciones para la aprobación de la documentación indicada en el presente artículo se hará como estipulado en la Enmienda No. 1.

**Artículo XII: Pagos Contra las Cartas de Créditos**

Los pagos se harán de conformidad con las estipulaciones del Acápite (ii) del Artículo 5 de los Acuerdos de Negociación del Contrato para aquellos bienes cuya entrega se haga en el sitio de los trabajos. Para aquellos Bienes y Servicios que deban ser realizados en los talleres del Consorcio, localizados en la Ciudad de Jacksonville, Florida, los pagos se harán de conformidad con lo estipulado en la Enmienda No. 1.

**Artículo XIII: Garantías de los Trabajos y Suministros**

Por intermedio de la presente Enmienda se ratifica que para las garantías contra vicios ocultos de los trabajos realizados de acuerdo a la Sección 4, del presente documento, se aplicarán las estipulaciones de la Cláusula 13.0 y sus acápites de la Sección III, Anexo VIII, "Condiciones del Contrato".

**Artículo XIV: Validez del Contrato**

Todas las estipulaciones del Contrato y de la Enmienda No. 1, salvo aquellas expresamente modificadas en esta Enmienda, permanecerán en vigencia.


**HECHO Y FIRMADO EN DOS (2) ORIGINALES** de un mismo tenor y efecto, uno para cada parte, en la Ciudad de Santo Domingo, Distrito Nacional, capital de la República Dominicana, a los ___OCHO___ días del mes de ___FEBRERO___ del año mil novecientos noventa y cuatro (1994).


**POR LA CORPORACION DOMINICANA DE ELECTRICIDAD:**

**ING. MARCO A. SUBERO**
**Administrador General**


**POR EL CONSORCIO:**

**ING. ALBERTO CAMPAGNA**

SECCION 2

# Cuadro Resumen de Precios de los
# Bienes y Servicios de la
# Enmienda N° 2

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION DE PLANTAS
### Préstamo BIRF—2949—DO

### REHABILITACION MAYOR HAINA II

### CUADRO RESUMEN DE PRECIOS ENMIENDA N° 2

| DESCRIPCION | BIENES (1),(2) | | SERVICIOS, (1) | | TOTALES | |
|---|---|---|---|---|---|---|
| | US$ | RD$ | US$ | RD$ | US$ | RD$ |
| TURBOGENERADOR | 219,931.18 | 0.00 | 0.00 | 44,928.00 | 219,931.18 | 44,928.00 |
| BALANCE DE PLANTA | 152,762.24 | 679,594.37 | 0.00 | 823,097.00 | 152,762.24 | 1,502,691.37 |
| CALDERA | 14,709.24 | 200,008.96 | 0.00 | 492,333.00 | 14,709.24 | 692,341.96 |
| SISTEMA ELECTRICO | 147,299.20 | 0.00 | 0.00 | 94,132.62 | 147,299.20 | 94,132.62 |
| INSTRUMENTACION | 129,952.04 | 98,199.04 | 0.00 | 410,040.00 | 129,952.04 | 508,239.04 |
| SUB—TOTALES | 664,653.90 | 977,802.37 | 0.00 | 1,864,530.62 | 664,653.90 | 2,842,332.99 |
| MAS: CONTINGENCIAS ENMIENDA N° 2 | | | | | | |
| CONTINGENCIAS, US$ (5%) | 33,232.70 | | 0.00 | | 33,232.70 | |
| CONTINGENCIAS, RD$ (20%) | | 195,560.47 | | 372,906.12 | | 568,466.60 |
| Bienes Aprobados Posterior a la apertura Carta de Crédito Fase I del Contrato | 127,000.00 | | | | | |
| TOTAL GENERAL | 824,886.60 | 1,173,362.84 | 0.00 | 2,237,436.74 | 824,886.60 | 3,410,799.59 |

(1) — Incluye el 20% por gestión y utilidades

(2) — Incluye el 6% por seguro y flete

**SECCION 3**

# Programa de Ejecución de los Bienes y Servicios de la Enmienda Nº 2

## (Por Separado)

SECCION 4

# Relación de los Bienes y Servicios de la Enmienda N° 2 con sus Precios Unitarios y Totales

INMEL, s.a.

13-Jan-94

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF-2949-DO

## REHABILITACION MAYOR HAINA II

### RESUMEN DE LOS BIENES Y SERVICIOS DE LA ENMIENDA Nº 2

| ITEM | DESCRIPCION | | | | | | OBS |
|---|---|---|---|---|---|---|---|
| | **TURBOGENERADOR** | 0.00 | 0.00 | 0.00 | 44,928.00 | 219,931.18 | 44,928.00 |
| - | AGILIZACION ENTREGA DEL ROTOR (COM. ADM. GRAL 2696 DEL 22/07/93) | | | | | | (1) |
| TG 1002 | CARCAZA Y PARTES INTERNAS DE LA TURBINA | | | | | | (2) |
| TG 1002 | CARCAZA Y PARTES INTERNAS DE LA TURBINA | | | | | | (2) |
| TG 1004 | CIERRES PERIMETRALES PASO DE VAPOR EN LA TURBINA | | | | | | (2) |
| TG 1005 | DIAFRAGMA DE ALIVIO ATMOSFERICO (DL-054) | | | | | | (2) |
| TG 1006 | ROTOR DE LA TURBINA | | | | | | (4) |
| TG 1006 X | ROTOR DE LA TURBINA (SUMINISTRO ALABES RUEDAS 10 Y 11) | | | 0.00 | 143,025.00 | 143,025.00 | (2) |
| TG 1009 | VIRADOR DE LA TURBINA | | | | | | (2) |
| TG 1010 | GOBERNADOR Y VALVULA PILOTO PRIMARIA | | | | | | (2) |
| TG 1012 | CILINDRO OPERACION VALVULA DE CONTROL ENTRADA A LA TURBINA | | | | | | (2) |
| TG 1013 | VALVULAS DE CONTROL DE VAPOR (DL-074) | | | | | | |
| TG 1013 | VALVULAS DE CONTROL DE VAPOR (DL-074) | | | | 0.00 | 35,737.90 | 35,737.90 |
| TG 1013 | VALVULAS DE CONTROL DE VAPOR (DL-074) | | | | 0.00 | 41,168.28 | 41,168.28 |
| TG 1022 | BOMBA DE LUBRICACION DE REFUERZO | | | | | | (5) |
| TG 1023 X | BOMBA DE LUBRICACION DE EMERGENCIA (AC) | | | 22,464.00 | 22,464.00 | 0.00 | (6) |
| TG 1023 | BOMBA DE LUBRICACION DE EMERGENCIA (DC) | | | 22,464.00 | 22,464.00 | 0.00 | (7) |
| TG 1027 | EXTRACTOR DE DRENAJE DE ACEITE DEL COJINETE | | | | 0.00 | 0.00 | (2) |
| TG 1028 | REGULADOR SELLO DE VAPOR | | | | 0.00 | 0.00 | (2) |
| TG 1028 | REGULADOR SELLO DE VAPOR | | | | 0.00 | 0.00 | (2) |
| TG 1034 | SOPLADORES DE LA CARCASA DE LA TURBINA | | | | 0.00 | 0.00 | (8) |
| TG 1038 | AISLACION TERMICA | | | | 0.00 | 0.00 | (8) |
| TG 1040 X | LIMPIEZA Y PINTURA DE MANPOSTERIA | | | | 0.00 | 0.00 | (9) |

(1) Ver Sección 4 Cubierto en Contigencias Enmienda 1
(2) Ver Sección 4 Cubierto en Item A5 Enmienda 1
(3) Ver Sección 4 Cubierto en Item A3 Enmienda 1
(4) Ver Sección 4 Cubierto en Enmienda 1
(5) Ver Sección 4 Cubierto en Item A4 Enmienda 1
(6) Ver Sección 4 Los Bienes están cubiertos en Item A6 y los Servicios en Item F16 de la Enmienda 1
(7) Ver Sección 4 Los Bienes están cubiertos en Item A13 y los Servicios en Item F15 de la Enmienda 1
(8) Ver Sección 4 Los Bienes están cubiertos en Item A8 Enmienda 1
(9) Ver Sección 4 Cubierto en (Gr) en la Enmienda 1

ADI-ENZ

1 de 7

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA II

## BIENES DE LA ENMIENDA N° 2

## II.– BALANCE DE PLANTA

REV 2

13–Jan–94

| IWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|
| –2052 | TURBINE VENT AND DRAIN | | | | | | | | |
| | Globe valves socket weld 3/4"ø | | 68.62 | | 1,029.29 | | 1,029.29 | | |
| 2078X | FEEDWATER PIPING | | | | | | | | |
| | CRANE gate valve 1500 psi, 4"ø, C907746 217Wcδ 39401 | | 6,615.00 | | 6,615.00 | | 6,615.00 | | |
| 2270X | CONDENSADOR – (TUBERIAS) | | | | | | | | |
| | Tubos de 1"ø x 18 BWG Aluminio–latón sin costura tipo SB111 aleación 687 | | 52.01 | | 52,008.50 | | 93,334.50 | | |
| | Tubos 1"øx18 BWG 70/30 Cu–Ni sin costura tipo SB111 aleación 715 | | 97.24 | | 41,326.00 | | | | |
| 2270X | CONDENSADOR – (TUBERIAS) | | | | | | | | |
| | Insertos para tubos y pegamento | | | | 13,923.00 | | 13,923.00 | | |
| 2295 | STEAM AIR EJECTOR | | | | | | | | |
| | Gate valves Crane 5"ø FS46829 200# flanges | | 1,595.16 | | 3,190.32 | | 3,190.32 | | |
| 2303 | MISCELLANEOUS DRAIN PUMP #2 WORTHINGTON TYPE 1½ CNB2 SERIAL Y034445 DIAM: 1 – ½"ø Complete pump with electric motor | | 4,670.82 | | 4,670.82 | | 4,670.82 | | |

3 de 19

INMEL, s.a.

CORPORACION DOMINICANA DE ELECTRICIDAD
PROGRAMA DE REHABILITACION PLANTAS TERMICAS
Préstamo BIRF–2949–DO

REHABILITACION MAYOR HAINA II

BIENES DE LA ENMIENDA Nº 2

13–Jan–94

| ITEM | CANT. | MWO | DESCRIPCION | Nº PARTE | P.U. US$ | P.U. RD$ | SUB–TOTAL US$ | SUB–TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|------|-------|-----|-------------|----------|----------|----------|---------------|---------------|-----------|-----------|-----|
| II–6 | | MMA9010 | AISLACION DE LAS TUBERIAS (ESTIMADO) | | | | | | 30,000.00 | | |
| | | | SUB–TOTAL BIENES BALANCE DE PLANTA | | | | | | 152,762.93 | 0.00 | |

REV. 2

4 de 19

BIENM2

REV. 2

13-Jan-94

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF-2949-DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **III.- CALDERA** | | | | | | | | |
| III–1 | | BOL3001 | **CUBIERTA DE LA CALDERA** | | | | | | 0.00 | 78,231.04 | |
| 1 | 220 | | Fl. profile U 8"x2"x2/16" | | | | | | | | |
| 2 | 100 | | Fl. H profile 6"x5"x¼" | | | | | | | | |
| 3 | 140 | | Fl. profile 12"x3"x¼" | | | | | | | | |
| 4 | 100 | | Fl. profile 6"x2"x3/16" | | | | | | | | |
| 5 | 60 | | Fl. profile 5"x2"x3/16" | | | | | | | | |
| 6 | 60 | | Fl. Angle 4"x4"x3/16" | | | | | | | | |
| 7 | 40 | | Fl. angle 5"x5"x3/8" | | | | | | | | |
| 8 | 120 | | Fl. angle 2"x2"x3/16" | | | | | | | | |
| 9 | 10 | | Flat sheet corten steel 4"x4"x3/16" | | | | | | | | |
| III–2 | | BOL3002 | **AISLACION DE LA CALDERA** | | | | | | 9,162.72 | | |
| 1 | 1500 | | Fe 6"x6"x¼" wire mesh to support insulation | | 6.11 | | 9,162.72 | | | | |
| III–3 | | BOL3021 | **VALVULA DE ALIVIO A SOPLADORES** | | | | | | 5,546.52 | | |
| 1 | 1 | | Válvula 1½"ø 1500# RF x3" 150# RF | | 5,546.52 | | 5547 | | | | |
| III–4 | | BCA3055 | **DUCTOS IARE–GASE DE LA CALDERA** | | | | | | 0.00 | 121,777.92 | |
| 1 | 360 | | Fl. Angle 2½"x2½"x3/16" | | | | | | | | |
| 2 | 460 | | Fl. profile 3"x1½"x3/16" | | | | | | | | |
| 3 | 360 | | Fl. H shape 4"x4"x3/16" | | | | | | | | |
| 4 | 40 | | Corten steel sheet 10"x4"x3/16" | | | | | | | | |
| 5 | 8 | | Corten steel sheet 10"x4"x1/8" | | | | | | | | |
| 6 | 1500 | | Fl. angle 2"x2"x3/16" | | | | | | | | |
| 7 | 300 | | Fl. H profile 3"x3"x3/16" | | | | | | | | |
| | | | **SUB–TOTAL BIENES CALDERA** | | | | | | 14,709.24 | 200,008.96 | |

*Handwritten notes:* Materiales a ser sustituidos de acuerdo a la Comunicación No. BA-KB-386-93 del 26 de Noviembre de 1993 del Consorcio.

*Idem a la nota de arriba.*

INMEL,s.a.

5 de 19

BIENM2

INMEL,s.a.

**CORPORACION DOMINICANA DE ELECTRICIDAD**
PROGRAMA DE REHABILITACION PLANTAS TERMICAS
Préstamo BIRF-2949-DO

**REHABILITACION MAYOR HAINA II**

BIENES DE LA ENMIENDA N° 2

13-Jan-94

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IV-1 | | EL4002 | **480V MOTOR CONTROL CENTER**<br>**GENERAL ELECTRIC** | | | | | | 26,311.32 | | |
| 1 | 5 | | Thed 60A, 600V, 3 poles | | 409.50 | | 2,047.50 | | | | |
| 2 | 5 | | Thed 40A, 600V, 3 poles | | 409.50 | | 2,047.50 | | | | |
| 3 | 5 | | Thed 30A, 600V, 3 poles | | 409.50 | | 2,047.50 | | | | |
| 4 | 5 | | Thed 20A, 600V, 3 poles | | 409.50 | | 2,047.50 | | | | |
| | | | CONTACTOR GENERAL ELECTRIC<br>4 POLES, SIZE 1, 600VAC,3PH,<br>CATALOG CR109C000XLA1 | | | | | | | | |
| 5 | 6 | | Sets movable contacts | | 219.24 | | 1,315.44 | | | | |
| 6 | 6 | | Sets fixed contacts | | 219.24 | | 1,315.44 | | | | |
| 7 | 6 | | Coils, 120 VAC, 60 Hz | | 97.02 | | 582.12 | | | | |
| | | | CONTACTOR GENERAL ELECTRIC<br>4 POLES, SIZE 1, 600VAC,3PH,<br>CATALOG CR206DO | | | | | | | | |
| 8 | 6 | | sets of fixed contacts | | 219.24 | | 1,315.44 | | | | |
| 9 | 6 | | sets of movable contacts | | 219.24 | | 1,315.44 | | | | |
| 10 | 6 | | Coils, 120 VAC, 60 Hz | | 97.02 | | 582.12 | | | | |
| 11 | 12 | | sets conection terminal G.E. | 973C119-H1 | 264.60 | | 3,175.20 | | | | |
| 12 | 12 | | sets conection terminal G.E. | 973C121-H1, | 264.60 | | 3,175.20 | | | | |
| 13 | 12 | | Fuse holder 30A, 250V, G.E. model 8411-3 | 162A1788/<br>PC19A46 | 90.72 | | 1,088.64 | | | | |
| 14 | 12 | | Control transformer G.E., 0.075 KVA<br>50 Hz, 480/230-115VAC<br>MODEL 9T 56Y1803-119A4246P16 | | 201.60 | | 2,419.20 | | | | |
| 15 | 6 | | Control transformer G.E., 0.015KVA, 60 Hz,<br>460/230-115 VAC, cat. CR-308XT 10413 | | 138.60 | | 831.60 | | | | |

**IV.- SISTEMA ELECTRICO**

REV. 2

INMEL,s.a.

13—Jan—94

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 6 | | Control transformer G.E., 0.3KVA, 60 Hz 460/230—115V | | 138.60 | | 831.60 | | | | |
| 17 | 30 | | Fuse 1 amp., 250 V, 14x50 mm LITTB fuse SLO—BLO, time delay dual element | | | 5.80 | | 173.88 | | | |
| IV—3 | | EL4003 | ELECTRICAL MOTORS CONDENSATE PUMP MOTOR G.E. | | | | | | 17,968.86 | | |
| 1 | 2 | | Complete motors | | 6,942.60 | | 13,885.20 | | | | |
| 2 | 2 | | Bearing 7222B | | 399.42 | | 798.84 | | | | |
| 3 | 2 | | Bearing 621527 | | 143.64 | | 287.28 | | | | |
| 4 | 10 | | Bearing 6203—2Z | | 8.19 | | 81.90 | | | | |
| 5 | 10 | | Bearing 6202—2Z | | 11.34 | | 113.40 | | | | |
| 6 | 2 | | Bearing 5210—KFF | | 45.36 | | 90.72 | | | | |
| 7 | 2 | | Bearing 6307—2Z | | 17.64 | | 35.28 | | | | |
| 8 | 2 | | GENERAL ELECTRIC MOTOR MODEL 5K—324BK320, SERIAL FC—1415B17 FRAME 324TS Fan blade | | 375.48 | | 750.96 | | | | |
| 9 | 1 | | GENERAL ELECTRIC MOTOR MODEL 5K—365BKI05, FRAME 365TS Fan blade | | 400.68 | | 400.68 | | | | |
| 10 | 3 | | G.E. condenser 45F275 60 Hz, 7.5 μf 370V, 366—410 V max, N° 111B286AA—10 | | | | | | | | |
| 11 | 1 | | GENERAL ELECTRIC MOTOR MODEL 5BC—26AC244B 1725 RPM, 1/20 HP, 125 VAC, 0.65A 55°C, SPL, SERIAL 1053 Complete motor | | 1,524.60 | | 1,524.60 | | | | |

7 de 19

BIENM2

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA II

## BIENES DE LA ENMIENDA N° 2

13—Jan—94

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB—TOTAL US$ | SUB—TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IV—4 | | EL4005 | **LIGHTING** | | | | | | 16,340.94 | | |
| 1 | 2 | | Complete breaker boxes 36 circuits with 20A breakers, G.E. or similar | | 3,024.00 | | 6048 | | | | |
| 2 | 50 | | Complete fluorescent light fixture type industrial with two (2) lamps 40W 48" long. | | 88.20 | | 4410 | | | | |
| 3 | 1 | | Halogen reflector 220V, 500W G.E. or similar | | 338.94 | | 339 | | | | |
| 4 | 10 | | Complete lamp mercury vapor, 175W, 120VAC 25° angle, type VmV J175 p/120 Crouse—Wind or similar | | 327.60 | | 3276 | | | | |
| 5 | 10 | | Complete lamp wit ballast 175W, 120V, pendant mount with protector | | 226.80 | | 2268 | | | | |
| IV—5 | | EL4005 | **LIGHTING** | | | | | | 7,812.00 | | |
| 1 | 1 | | ASCA emergency transfer switch 60 Hz 125.2 W DC 200°F, normal 120 Volts, 1ø, 2W 36246X | | 7,812.00 | | 7,812.00 | | | | |
| IV—8 | | EL4014 | DC STATION BATTERY BANK AND CHARGER EXIDE BATTERY UNITS CAT. # 78241 MODEL FTC—13 1010 AMP/HR RATING Flete Boston—Miami | | | | 1,240.00 | | 61,518.40 | | |
| 1 | 60 | | Complete units | | 913.50 | | 54,810.00 | | | | |
| 2 | 20 | | Fuses Ampiran or similar type 4 A13X350 350 amps, 130 volts, form 101 | | 40.32 | | 806.40 | | | | |
| 3 | 20 | | Westhinghouse Rectifier diode Ref. R6100128YA—05H9—8226 | | 59.22 | | 1,184.40 | | | | |
| 4 | 5 | | Cards electronics for C and D charger 480 Vac, 56 amp, 3ø, 60 Hz 132 Vdc, 200 amp, model ARR—130K, 200°F serial BES—B50140, TC50, 60 cells | | 695.52 | | 3,477.60 | | | | |

INMEL,s.a.

BIENM2

REV. 2

INMEL,s.a.

REV. 2

13—Jan—94

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB—TOTAL US$ | SUB—TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IV—9 | | EL4017 | PORTIC CRANE 18 TONS | | | | | | 17,347.68 | | |
| | | | CIRCULATING WATER | | | | | | | | |
| | | | WHITING SERIAL #10955—65646—50 | | | | | | | | |
| 1 | 1 | | Complete pendant mounted push buttom sta. | | 2,018.52 | | 2,018.52 | | | | |
| 2 | 5 | | Brush holder | | 176.40 | | 882.00 | | | | |
| 3 | 16 | | Brush | | 15.12 | | 241.92 | | | | |
| 4 | 16 | | Spring | | 10.08 | | 161.28 | | | | |
| 5 | 100 | | Ft. Flexible cable with 24 conductors # 12 | | 11.34 | | 1,134.00 | | | | |
| 6 | 3 | | Springs for collector | | 18.90 | | 56.70 | | | | |
| 7 | 6 | | Insulators for collector wheel power cable | | 17.64 | | 105.84 | | | | |
| 8 | 1 | | Complete resistence bank SR—1—10102 | | 753.48 | | 753.48 | | | | |
| | | | Resistor 1—01508—1, serial 755—800 | | | | | | | | |
| 9 | 1 | | Complete resistence bank L—1507—1, STR40624 | | 753.48 | | 753.48 | | | | |
| | | | control PERL 01508—01, serial 755—225 | | | | | | | | |
| 10 | 1 | | Complete resistor bank type SR—1—9980 | | 738.36 | | 738.36 | | | | |
| | | | resistor L—1507—1—STR40625 | | | | | | | | |
| | | | serial 757805 | | | | | | | | |
| 11 | 4 | | Brake coil Ac 125 V | | 370.44 | | 1,481.76 | | | | |
| 12 | 10 | | Strain insulator (FR—22—I—J) | | 84.42 | | 844.20 | | | | |
| 13 | 3 | | Contactors Westinghouse size 2 | | 792.54 | | 2,377.62 | | | | |
| | | | catalog A201K2CA, style 276A173G01 | | | | | | | | |
| 14 | 3 | | Contactos General Electric class 8965 | | 705.60 | | 2,116.80 | | | | |
| | | | type J06, serial A, 600VAC | | | | | | | | |
| 15 | 4 | | Timer furnace D—19992—2, catalog 55AA | | 608.58 | | 476.28 | | | | |
| 16 | 3 | | Overload relay | | 158.76 | | 476.28 | | | | |
| 17 | 2 | | Coils, A323—51, 110—115V, 60Hz | | 361.62 | | 723.24 | | | | |
| 18 | 2 | | Timer relay furnace 7130G, type PMT | | 661.50 | | 1,323.00 | | | | |
| | | | 500 Vac, bulletin 7313 | | | | | | | | |
| 19 | 86 | | Ft. angle 3"x2"x3/8" | | 5.04 | | 403.20 | | | | |
| 20 | 120 | | Ft. angle 4"x4"x3/8" | | 6.30 | | 756.00 | | | | |

SUB—TOTAL BIENES SIST. ELECTRICO

147,299.20 | 0.00

BIENM2

9 de 19

REV. 2

INMEL_s.a.

13-Jan-94

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
Préstamo BIRF-2949-DO

### REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **V.- INSTRUMENTACION** | | | | | | | | | | | |
| **V-1** | | IN5007X | **BOILER THERMOCOUPLES** | | | | | | 13,879.15 | | |
| 1 | 500 | | Ft. multiconductor cable PYCO type 36-IX-20-m, 20 AWG, type K | | 12.55 | | 6,276.69 | | | | |
| 2 | 1 | | Digital temperature register Leeds & Northrup Speedomatic 25000 Cat 25000-10-10-0-6-000-00-000 for thermocouple type K with 30 points inlet | | 7,308.00 | | 7,308.00 | | | | |
| 3 | 2 | | Boxes Chart paper | 677001 | 27.72 | | 55.44 | | | | |
| 4 | 6 | | Ribbon cartridge | 078913 | 32.45 | | 194.67 | | | | |
| 5 | 4 | | Battery | 74446 | 11.09 | | 44.35 | | | | |
| **V-2** | | IN5016 | **BECKMAN ANALIZER MODEL 900P PH** CAT # 190000, 100 MV | | | | | | 2,212.69 | | |
| | | | CONDUCTIVITY METER | | | | | | | | |
| 6 | 1 | | Conductivity meter Bailey TB1 model TB440, range three 0.1,0.10 | | 711.75 | | 711.75 | | | | |
| 7 | 1 | | Sampling cooler CALGON Corp. serial 192034, cat. 3531059 | | 1,072.69 | | 1,072.69 | | | | |
| 8 | | | Bailey TBI conductivity sensor serial 192034, cat. 3531059 | | 428.25 | | 428.25 | | | | |
| **V-3** | | IN-5032b | **MISCELANEOUS PARTS** | | | | | | 9,727.83 | 98,199.04 | (1) |
| | | | SWAGELOK tube fittings | | | | | | | | |
| 1 | 100 | | Male conector Cat. N° B-400-1-4 ½"x¼" | | 2.00 | | 200.34 | | | | |
| 2 | 25 | | Male conector Cat. N° B-600-1-4 3/8"x¼" | | 2.65 | | 66.15 | | | | |
| 3 | 25 | | Male conector Cat. N° B-600-1-6 3/8"x3/8" | | 3.02 | | 75.60 | | | | |
| 4 | 100 | | Male conector Cat. N° B-400-1-2 ½"x1/8" | | 2.00 | | 200.34 | | | | |
| 5 | 100 | | ...ons Ca. N° 400-6 (¼"o) | | 2.34 | | 234.36 | | | | |
| 6 | 100 | | Ft. tube ...OD | | 2.90 | | 289.80 | | | | |
| 7 | 25 | | Unions Tee Ca...-3 (1/4") | | 7.43 | | 185.85 | | | | |

REV. 2

INMEL, s.a.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

13—Jan—94

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 1500 | 8 | Ft. Tubing cooper 1/4" OD | | 1.70 | | 2,551.50 | | | | |
| 9 | 25 | 9 | Unions B–400–6 (1/4") | | 2.34 | | 58.59 | | | | |
| 10 | 25 | 10 | Male run Tee Cat. N° B–400–3–4TMT (¼"x¼") | | 7.06 | | 176.40 | | | | |
| 11 | 25 | 1 | Male elbow Cat. B–400–2–4 (¼"x¼") | | 4.54 | | 113.40 | | | | |
| 12 | 5000 | | Ft. cable duplex N°16 apantallado | | 0.54 | | 2,677.50 | | | | |
| 13 | 3000 | | Ft. tubo conduit rígido de ½"ø | | | 12.48 | | 37,440.00 | | | |
| 14 | 1000 | | Ft. tubo conduit rígido de 3/4"ø | | | 14.72 | | 14,720.00 | | | |
| 15 | 500 | | Ft. tubo conduit rígido de 1–½"ø | | | 33.92 | | 16,960.00 | | | |
| 16 | 100 | | Ft. angulares de 1–½"x1–½"x1/8" | | | 8.32 | | 832.00 | | | |
| 17 | 100 | | Ft. tubería de cobre de 3/8"ø | | 2.90 | | 289.80 | | | | |
| 18 | 200 | | Ft. tubería de cobre de 1/4"ø | | 1.70 | | 340.20 | | | | |
| 19 | 300 | | Ft. tubo conduit flexible liquid tigh ½"ø | | | 10.50 | | 3,148.80 | | | |
| 20 | 50 | | Ft. tubo conduit flexible liquid tigh 3/4"ø | | | 14.41 | | 720.64 | | | |
| 21 | 120 | | Conectores rectos de ½"ø | | | 17.28 | | 2,073.60 | | | |
| 22 | 6 | | Conectores rectos de 3/4"ø | | | 27.95 | | 167.68 | | | |
| 23 | 6 | | Conectores rectos de 1–½"ø | | | 99.84 | | 599.04 | | | |
| 24 | 20 | | Letras L de 3/4" | | | 69.12 | | 1,382.40 | | | |
| 25 | 130 | | Letras L de ½" | | | 53.76 | | 6,988.80 | | | |
| 26 | 20 | | Letras L de 1–½" | | | 217.34 | | 4,346.88 | | | |
| 27 | 200 | | Terminales eléctricos abiertos ½–14 | | | 2.30 | | 460.80 | | | |
| 28 | 2 | | Cajas de registro 10"x10"x6" | | | 332.80 | | 665.60 | | | |
| 29 | 5 | | Regletas de 12 posiciones para conexión | | | 57.60 | | 288.00 | | | |
| 30 | 200 | | Abrazaderas de ½" | | | 1.02 | | 204.80 | | | |
| 31 | 20 | | Abrazaderas de 3/4" | | | 1.60 | | 32.00 | | | |
| 32 | 10 | | Abrazaderas de 1–½" | | | 5.76 | | 57.60 | | | |
| 33 | 200 | | Ft. Angulares rectos perforados 1–½"x1–½"x1/16 | | | 20.48 | | 4,096.00 | | | |
| 34 | 300 | | Tornillos con contratuercas galvanizadas 1/4"ø x1" | | | 7.68 | | 2,304.00 | | | |
| 35 | 150 | | Arandelas planas para tornillos 1/4"ø | | | 2.56 | | 384.00 | | | |
| 36 | 300 | | Tie wrap | | | 1.09 | | 326.40 | | | |
| 37 | 150 | | Male elbow 90° Cat. B–400–2–2 | | 15.12 | | 2,268.00 | | | | |

(1) Los Bienes en RD$ incluyen el 8% del ITBI

BIENM2

REV. 2

INMEL, s.a.

**CORPORACION DOMINICANA DE ELECTRICIDAD**
**PROGRAMA DE REHABILITACION PLANTAS TERMICAS**
Préstamo BIRF–2949–DO

**REHABILITACION MAYOR HAINA II**

**BIENES DE LA ENMIENDA Nº 2**

13–Jan–94

| ITEM | CANT. | MWO | DESCRIPCION | Nº PARTE | P.U. US$ | P.U. RD$ | SUB–TOTAL US$ | SUB–TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V–4 | | | | | | | | | 11,321.14 | | |
| 1 | 1 | IN–5033X | COMBUSTION PRESSURE CONTROLLERS | | 1,279.15 | | 1,279.15 | | | | |
| | | | Fisher Pressure controller type 4160, serial 4619693 pressure 20 PSI material 316SS | | | | | | | | |
| 2 | 2 | | Fisher Pressure controller type 4164, serial 7179605 pressure supp. 20 PSI material SST | | 1,823.47 | | 3,646.94 | | | | |
| | | | PARTS REQUIRED | | | | | | | | |
| 3 | 3 | | Relay gasket | 1H2887X0012 | 85.05 | | 255.15 | | | | |
| 4 | 3 | | Relay gasket | 1C8974X0012 | 31.75 | | 95.26 | | | | |
| 5 | 2 | | "O" ring | 1C3762X06992 | 1.70 | | 3.40 | | | | |
| 6 | 3 | | Gasket | 1C328503012 | 0.86 | | 2.57 | | | | |
| 7 | 3 | | Output gage | 12A5447X012 | 17.01 | | 51.03 | | | | |
| 8 | 1 | | Supply gage | 14639135132 | 0.00 | | 0.00 | | | | |
| 9 | 2 | | Cover gasket | 1J407506432 | 3.40 | | 6.80 | | | | |
| 10 | 3 | | Relay tubing assem by | 1H6861000A2 | 34.02 | | 102.06 | | | | |
| 11 | 3 | | Compensator tubing assembly | 1H6870000A2 | 34.02 | | 102.06 | | | | |
| 12 | 3 | | Bellow assembly | 14A5726X022 | 192.78 | | 578.34 | | | | |
| 13 | 3 | | Gasket | 13970X0012 | 49.90 | | 149.69 | | | | |
| 14 | 1 | | Nozzle | 1D687506992 | 0.68 | | 2.04 | | | | |
| 15 | 1 | | "O" ring | 14639135132 | 0.00 | | 0.00 | | | | |
| 16 | 3 | | Sealing screw | 14A5721X012 | 3.97 | | 11.91 | | | | |
| 17 | 3 | | Tubing assembly | 145779X00A2 | | | 0.00 | | | | |
| 18 | 3 | | Tubing assembly | 145776X00A2 | | | 0.00 | | | | |
| 19 | 3 | | "O" ring | IN838706382 | 0.68 | | 2.04 | | | | |
| | | | MAXON SHUT–OFF VALVE Serial 77–M90–403 desc. 1"–760–2 Inlet pressure 600 PSI | | | | | | | | |

BIENM2

12 de 19

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF-2949-DO

## REHABILITACION MAYOR HAINA II

## BIENES DE LA ENMIENDA N° 2

13-Jan-94

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 6 | | Solenoid kit | | 83.16 | | 498.96 | | | | |
| 21 | 6 | | VCS signal switch | | 56.32 | | 337.93 | | | | |
| 22 | 6 | | VCS signal switch | | 170.10 | | 1,020.60 | | | | |
| 23 | 6 | | Limit switch snap-lock, model D2400 X-2SR | | | | | | | | |
| 24 | 12 | | Jamesbury valve, cat. 32FX4-B | 069-0072-00 | 264.60 | | 0.00 | | | | |
| 25 | 12 | | Limit switch xnap-lock, NAMCO EA-170-34100 | | | | 3,175.20 | | | | |
| V-5 | 4 | IN-5033X | COMBUSTION PRESSURE CONTROLLERS | | | | | | | | |
| 1 | | | Fumace pressure switch, Square D, class 9012, type AMW-1, range 0.25-2.5 PSI, max. press. 100 PSI | | 154.41 | | 617.65 | | 617.65 | | |
| V-6 | 1 | IN-5034X | TEMPERATURE SWITCHES | | | | | | | | |
| 1 | | | TURBINE EXHAUST TEMPERATURE SWITCH TS-124 Complete Temperature switch General Electric Cat. 6A 426 G 544 bulb 4' long, 3/8"s Capilar 6' long | | 1,764.00 | | 1,764.00 | | 2,746.80 | | |
| 2 | 1 | | COOLING WATER TEMPERATURE SWITCH TS-123 Complete temperature switch Unit Electric type PGG DA Range 100°F increase 99°F decrease | | 982.80 | | 982.80 | | | | |
| V-7 | 1 | IN-5034X | TEMPERATURE SWITCHES TURBINE CASING TEMPERATURE Turbine casing temperature controller LESLIE COLDER WARNER type DTP | | 1,929.06 | | 1,929.06 | | 1,929.06 | | |

INMEL,s.a.

BIENM2

13 de 19

REV. 2

REV. 2

13 –Jan –94

CORPORACION DOMINICANA DE ELECTRICIDAD
PROGRAMA DE REHABILITACION PLANTAS TERMICAS
Préstamo BIRF–2949–DO

REHABILITACION MAYOR HAINA II

BIENES DE LA ENMIENDA Nº 2

| ITEM | CANT. | MWO | DESCRIPCION | Nº PARTE | P.U. US$ | P.U. RD$ | SUB–TOTAL US$ | SUB–TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V–8 | | IN–5037X | FEED WATER CONTROL | | | | | | 5,739.30 | | |
| | | | PRESSURE TRANSMITTER CONTROL | | | | | | | | |
| 1 | 2 | | Pressure transmitter Unit Electric | | 107.73 | | 215.46 | | | | |
| | | | type J5, model 148 | | | | | | | | |
| | | | Range 12 – 40 PSI | | | | | | | | |
| 2 | 2 | | ASCO solenoid valve 125 VDC coil | | 236 | | 471.24 | | | | |
| | | | 3 way, 3/8"ø NPT | | | | | | | | |
| 3 | 2 | | Differential pressure switch | | 2,526.30 | | 5,052.60 | | | | |
| | | | BARTON ITT, model 289A | | | | | | | | |
| | | | range 0 –200" H2O, 125 VDC swp 3000 PSI | | | | | | | | |
| V–9 | | IN–5037X | HYDROGEN PLANT | | | | | | 3,579.72 | | |
| | | | Hydrogen Panel | | | | | | | | |
| 1 | 1 | | Complete hydrogen alarm PANALARM | | 1,839.60 | | 1,839.60 | | | | |
| | | | model758, 125 VDC, 9 (nine) points | | | | | | | | |
| 2 | 1 | | Complete hydrogen manifold MSI | | 1,740.12 | | 1,740.12 | | | | |
| | | | model 438C313 | | | | | | | | |
| V–10 | | IN–5038X | INSTRUMENTATION AIR | | | | | | 581.87 | | |
| | | | Reducer Station Air | | | | | | | | |
| 1 | 2 | | GDI Gas drying type O serial 2751, size 60 | | 131.17 | | 262.33 | | | | |
| | | | Temperature indicator ASHFORT | | | | | | | | |
| | | | range 50 –500°F, dial 3" | | | | | | | | |
| 2 | 2 | | lenght 4" back connetion 1/2"ø | | 55.82 | | 111.64 | | | | |
| | | | Pressure indicator ASHFORT, dial size 3" | | | | | | | | |
| 3 | 1 | | back connetion 1/4"ø | | 207.90 | | 207.90 | | | | |
| | | | Rotameter | | | | | | | | |

INMEL, s.a.

BIENM2

REV. 2

13 – Jan – 94

INMEL, s.a.

## CORPORACION DOMINICANA DE ELECTRICIDAD
### PROGRAMA DE REHABILITACION PLANTAS TERMICAS
Préstamo BIRF–2949–DO

### REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB–TOTAL US$ | SUB–TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V–11 | | IN–5039X | CONTROL VALVE POSITIONERS | | | | | | 8,547.59 | | |
| | | | MISCELANEOUS | | | | | | | | |
| | | | FISHER POSITIONERS | | | | | | | | |
| 1 | 1 | | Type 358U, suply 2.5 kg/cm² range 1.3 – 2 kg/cm² serial 60 9157 1 | | 749.07 | | 749.07 | | | | |
| 2 | 2 | | type 3560G V/P, supply 20 PSI range 9 –15 PSI serial 4598320 | | 687.08 | | 1,374.16 | | | | |
| 3 | 2 | | type 3560G V/P, supply 20 PSI range 9 –15 PSI serial 4283931 | | 749.07 | | 1,498.14 | | | | |
| 4 | 1 | | type 3560G V/P, supply 20 PSI range 9 –15 PSI serial 4619697 | | 687.08 | | 687.08 | | | | |
| 5 | 1 | | type 3560G G, supply 35 PSI range 3 –15 PSI, serial 4566440 | | 687.08 | | 687.08 | | | | |
| | | | BAILEY CONTROL VALVES POSITIONERS | | | | | | | | |
| | | | Bailey positioner control valve serial 5311450C2 | | | | | | | | |
| | | | PARTS REQUIRED | | | | | | | | |
| 6 | 10 | | Pilot valve | 5314879 –1 | 350.60 | | 3,505.95 | | | | |
| 7 | 10 | | Sealing stiip | 311304 –1 | 4.61 | | 46.12 | | | | |

BIENM2                                                                 15 de 19

REV. 2

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF-2949-DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA Nº 2

13-Jan-94

| ITEM | CANT. | MWO | DESCRIPCION | Nº PARTE | P.U. US$ | P.U. RD$ | SUB-TOTAL US$ | SUB-TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V-12 | | IN-5040X | TURBINE-GENERATOR GENERATOR ALARM PANEL MODEL 73B, 24 PTS. | | | | | | 8,937.18 | | |
| 1 | 1 | | Complete alarm panel PANALARM model 73B, alarm card 70SS IN flash card 70ST 2, 125 VDC, 24 points | | 3,559.50 | | 3,559.50 | | | | |
| 2 | 1 | | Vacuum switch Barksdale, model D2H-B18 | | 307.44 | | 307.44 | | | | |
| 3 | 2 | | Relay General Electric, cat. CR 120A D03141AA, 125 VDC | | 296.10 | | 592.20 | | | | |
| 4 | 3 | | Relay General Electric, cat. CR 120A C31441, 125 VDC | | 255.78 | | 767.34 | | | | |
| 5 | 6 | | Complete pneumatic actuator | | | | 0.00 | | | | |
| 6 | 4 | | HAGAN 4x5, swivel type positioner model 303 Pressure switch Square-D, class 9012 serial "C", max. pres. 240 PSI | | 742.14 | | 2,968.56 | | | | |
| 7 | 1 | | type GGH, range 5-36 PSI Pressure switch Square-D, class 9012 serial "C", type GHW-1, max. pres. 240 PSI | | 742.14 | | 742.14 | | | | |
| V-13 | | IN5042X | LEVEL INDICATORS STORAGE TANKS | | | | | | 9,127.44 | | |
| 1 | 2 | | Magnetic liquid level indicator Terguson model #1, side connection long 12", flange std. max. pressure 700 PSI Max. temperature 600°F Water flow | | 3,051.72 | | 6,103.44 | | | | |
| 2 | 4 | | Flanges std. | | 75.60 | | 302.40 | | | | |
| 3 | 30 | | Tubular cock valves 3/4"a | | 90.72 | | 2,721.60 | | | | |
| V-14 | | IN5047X | BOILER CONTROL PANEL | | | | | | 23,709.42 | | |
| 1 | 200 | | Complete indicating light Cutler-Hammer Cat. E20-10250T-181 | | 85.68 | | 17,136.00 | | | | |
| 2 | 100 | | Indicating lens Cutler-Hammer: Cat. E20-10250T-C1 Red | | 4.98 | | 497.70 | | | | |
| 3 | 100 | | Cat. E20-10250T-C2 Green | | 4.98 | | 497.70 | | | | |

REV. 2

INMEL s.a.

## CORPORACION DOMINICANA DE ELECTRICIDAD
### PROGRAMA DE REHABILITACION PLANTAS TERMICAS
Préstamo BIRF–2949–DO

### REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA Nº 2

13–Jan–94

| ITEM | CANT. | MWO | DESCRIPCION | Nº PARTE | P.U. US$ | P.U. RD$ | SUB–TOTAL US$ | SUB–TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 100 | | Cat. E20–10250T–C10 Amber | | 4.98 | | 497.70 | | | | |
| 5 | 100 | | Cat. E20–10250T–C6 White | | 4.98 | | 497.70 | | | | |
| 6 | 5 | | AGASTAT timer relay model 7022AC coil 120 VAC, 60 Hz, time range 1.5–5 secs | | 214.20 | | 1,071.00 | | | | |
| 7 | 5 | | Pneumatic time delay for type m relay Cutler–Hammer Nº D26mt serial A1 | | | | | | | | |
| 8 | 2 | | AGASTAT timer relay model 7012 PDLM time 5–50 secs, coil 120 VAC | | 163.80 | | 327.60 | | | | |
| 9 | 2 | | AGASTAT time delay model 7012 PBM time 0.5–5 secs, coil 120 VAC | | 214.20 | | 428.40 | | | | |
| 10 | 10 | | Cutler–Hammer type m relay Nº D23mB, serial A2, magnet & rear deck | | 66.78 | | 667.80 | | | | |
| 11 | 6 | | Cutler–Hammer type m relay Nº D26 MPR | | 15.12 | | 90.72 | | | | |
| 12 | 6 | | Cutler–Hammer type m relay Nº D26 MPL | | 20.48 | | 122.85 | | | | |
| 13 | 6 | | Cutler–Hammer type m relay Nº D26 MPS | | 20.48 | | 122.85 | | | | |
| 14 | 5 | | Cutler–Hammer serial A2 accesories front deck atachment | | 90.72 | | 453.60 | | | | |
| 15 | 5 | | Cutler–Hammer serial A2 Nº D26 MPF front poles marked F | | 143.64 | | 718.20 | | | | |
| 16 | 5 | | Cutler–Hammer type m relay accesories | | 115.92 | | 579.60 | | | | |
| V–15 | 1 | IN5050X | ATOMIZING STEAM CONTROL VALVE DP electronic transmitter BAILEY model BCN37210250, 0–300 PSI | | 1,184.40 | | 1,184.40 | | | | |
| 1 | 1 | | Caracterizable I/P pneumatic positioner BAILEY type AP73200I | | 1,521.49 | | 1,521.49 | | 4,607.88 | | |
| 3 | 1 | | BAILEY CPCO1001 controller | | 900.90 | | 900.90 | | | | |
| 4 | 1 | | BAILEY power supply 24VDC 1.9 AMP. | | 768.00 | | 768.00 | | | | |
| 5 | 1 | | 4TB9515–0015 panel mounting kit | | 31.50 | | 31.50 | | | | |
| 6 | 1 | | 3 valve manifold carbon steel M501CDT flange ½" | | 201.60 | | 201.60 | | | | |

17 de 19

BIENM2

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF–2949–DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA Nº 2

13–Jan–94

REV. 2

INMEL,s.a.

| ITEM V–16 | CANT. | MWO INS056X | DESCRIPCION | Nº PARTE | P.U. US$ | P.U. RD$ | SUB–TOTAL US$ | SUB–TOTAL RD$ | TOTAL US$ 15,304.31 | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TURBOGENERATOR TEMPEATURE SENSORS | | | | | | | | |
| 1 | 1 | | LEEDS & NORTRUP Speed–o–matic registrator 2 5000, 45 points inlet | | 7,056.00 | 7,056.00 | | | | | |
| 2 | 2 | | Boxes paper chart | | 56.70 | 113.40 | | | | | |
| 3 | 4 | | Thermocouple assem by type K quick connect dual lenght 12' 1/8'ø OD compression fitting 1/8" NPT 316SS | | 0.72 | 2.87 | | | | | |
| 4 | 4 | | Thermocouple assem by type K quick connect dual length 12' 1/4'ø OD compression fitting 1/4" NPT 316SS | | 10.71 | 42.84 | | | | | |
| 5 | 5 | | Thermocouple assem by cast iron protecting head type K chromel–alumel 1/4'ø lenght 6". 1/2" NPT, 304SS | | 22.68 | 113.40 | | | | | |
| 6 | 5 | | Thermowell stems lenght 6" conn. 1/2" NPT for thermocouple 1/4'ø OD 304SS | | 59.22 | 296.10 | | | | | |
| 7 | 5 | | Thermocouple assem by cast iron protecting head type K. 1/4'ø OD, lenght 12' 304SS | | 33.39 | 166.95 | | | | | |
| 8 | 5 | | Thermowell stems lenght 12" conn. 1/2" NPT for thermocouple 1/4'ø OD 304SS | | 60.48 | 302.40 | | | | | |
| 9 | 4 | | Thermocouple assem by with flexible extension 304SS lenght 20', type K chromel–alumel diam. 1/4" OD, lenght fitting compression 1/4" NPT | | 81.27 | 325.08 | | | | | |
| 10 | 250 | | Ft. multicable type K 12 pairs, 20 AWG 12 KX–20PP Omega | | 5.53 | 1,382.85 | | | | | |
| 11 | 250 | | Ft. multicable type K 8 pairs, 20 AWG 8 KX–20PP Omega | | 3.99 | 997.92 | | | | | |
| 12 | 500 | | Ft. calbe thermocouple type K duplex 20 AWG, EX–PP–K–20–TCD–P | | 0.69 | 346.50 | | | | | |
| 13 | 1 | | Juntion boxes explosion proof 12"x12">6" | | 1,745.10 | 1,745.10 | | | | | |
| 14 | 1 | | Junrion boxes explosion proof 10"x10">6" | | 1,222.20 | 1,222.20 | | | | | |
| 15 | 1 | | Junrion boxes explosion proof 8">8">6" | | 825.30 | 825.30 | | | | | |
| 16 | 5 | | Terminal block 12 points | | 15.12 | 75.60 | | | | | |
| 17 | 5 | | Thermocouple Alloy terminal block Omega Sets Alumel–BX–20 | | 12.60 | 63.00 | | | | | |

18 de 19

BIENM2

INMEL, s.a.

REV. 2

# CORPORACION DOMINICANA DE ELECTRICIDAD
## PROGRAMA DE REHABILITACION PLANTAS TERMICAS
### Préstamo BIRF—2949—DO

## REHABILITACION MAYOR HAINA II

### BIENES DE LA ENMIENDA N° 2

13—Jan—94

| ITEM | CANT. | MWO | DESCRIPCION | N° PARTE | P.U. US$ | P.U. RD$ | SUB—TOTAL US$ | SUB—TOTAL RD$ | TOTAL US$ | TOTAL RD$ | OBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 5 | | Sets Chromel cat. TLCH–20 | | 12.60 | 63.00 | | | | | |
| | | | Thermocouple space lugs | | | | | | | | |
| 19 | 5 | | Sets Chromel cat. CLCH–20 | | 16.38 | 81.90 | | | | | |
| 20 | 5 | | Sets Alumel CLAL–20 | | 16.38 | 81.90 | | | | | |
| V–17 | 1 | INS054X | FEEDWATER BYPASS CONTROL VALVE FISHER control valve type EHS–667 size 2" x 1", equal percent; rating: CL–1500 body material : WCB internal material 416SS actuator normally closed, 3 –15 psi | | 4,960.62 | | 4,960.62 | | 7,383.01 | | |
| 2 | 1 | | Valve positioner BAILEY I/P type AP 731000 | | 1,521.49 | | 1,521.49 | | | | |
| 3 | 1 | | Process comand controller BAILEY type CPC0100 | | 900.90 | | 900.90 | | | | |
| 4 | 1 | | Mounting kit Bailey 5327321–10 | | | | 0.00 | | | | |
| 5 | 1 | | Manual loading Bailey FL –110 | | | | 0.00 | | | | |
| | | | SUB–TOTAL BIENES INSTRUMENTACION | | | | | | 129,952.04 | 98,199.04 | |

| RESUMEN | US$ | RD$ |
|---|---|---|
| I. TURBOGENERADOR | 219,931.18 | 0.00 |
| II. BALANCE DE PLANTA | 152,762.93 | 0.00 |
| III. CALDERA | 14,709.24 | 200,008.96 |
| IV. SISTEMA ELECTRICO | 147,299.20 | 0.00 |
| V. INSTRUMENTACION Y CONTROL | 129,952.04 | 98,199.04 |
| TOTAL | 664,654.60 | 298,208.00 |

BIENM2

19 de 19

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

**NUMERO-TG1022X**                          **PLANTA - HAINA   UNIDAD - 2**

**SISTEMA -CONTROL  LUB. TURBOGENERADOR   NUMERO EQUIPO**

**DESCRIPCION DEL EQUIPO -BOMBA  AUXILIAR  DE LUBRICACION**

**REALIZADO POR - M. LOPEZ          FECHA: 12-05-93**

**DESCRIPCION DEL PROBLEMA:**

El sistema de Aceite de Lubricación requiere de una completa rehabilitación para reponer su rendimiento  operacional  y confiabilidad.

**DESCRIPCION DEL TRABAJO:**

1) Remover  la Bomba  Auxiliar  de Aceite  y su motor.

2) Desensamblar,  limpiar y verificar  todas las dimensiones  y tolerancias.

3) Realizar  una completa  rehabilitación para  restaurar  las dimensiones  y tolerancias originales  de diseño.

4) Reemplazar  o Reparar  todas  las partes  dañadas  o desgastadas.

5) Reensamblar,  instalar, ajustar  y acoplar  la bomba  con su motor.

6) Realizar  las pruebas  y ajustes  pre-operacionales  y operacionales  para  verificar  su rendimiento.  Registrar  los resultados.

Iniciales CDE _____

Iniciales  Contratista _____

MEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-TG1023X                     PLANTA - HAINA   UNIDAD - 2

SISTEMA -SIST. LUB. TURBOGENERADOR     NUMERO EQUIPO

DESCRIPCION DEL EQUIPO -BOMBA DE LUBRICACION DE EMERGENCIA (AC)

REALIZADO POR -D. JONES              FECHA: 29-04-93

### DESCRIPCION DEL PROBLEMA:

En el proceso de preparación de los documentos de licitación faltó incluir la relación de trabajos en la bomba auxiliar de aceite de lubricación (AC) de la turbina, la cual requiere restaurarse a sus condiciones de diseño. También se omitió la Lista de Partes de Repuestos (SPL) para su rehabilitación.

### DESCRIPCION DEL TRABAJO:

1.  Desmontar y desensamblar la bomba auxiliar para lubricación (AC). Realizar las inspecciones y mediciones que permitan determinar los componentes desgastados y fuera de tolerancia.

2.  Realizar la rehabilitación completa de la bomba.

3.  Durante el reensamble dar los ajustes recomendados por el fabricante y probar su giro de forma manual, bañando de lubricante los cojinetes para evit..    deterioro prematuro.

4.  Reensamblar la bomba y realizar el acople con su motor.

    Ejecutar las pruebas operacionales para verificar la presión en la descarga y el flujo de aceite lubricante.

    Poner en operación la bomba de acuerdo al procedimiento recomendado tomando en cuenta el proceso de puesta en marcha de la Unidad.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a.

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO

NUMERO-MMM9010X

PLANTA - HAINA  UNIDAD - 2

SISTEMA -BALANCE DE PLANTA          NUMERO EQUIPO

DESCRIPCION DEL EQUIPO -          AISLACION DE TUBERIAS

REALIZADO POR -   J. NOVA          FECHA:

DESCRIPCION DEL PROBLEMA:

Las tuberias de los diferentes sistemas del Area de Balance de Planta requieren la colocación de material aislante para la óptima operación de la Unidad.

DESCRIPCION DEL TRABAJO:

1.     Remover el aislamiento de las tuberias y equipos que se encuentre dañado o en malas condiciones.

2.     Reponer el material aislante de cada tuberia y equipo con el espesor necesario para optimizar la operación de la unidad.

3.     Colocar la camisa protectora de aluminio para protección del aislante en los casos donde se requiera.

Iniciales CDE _____

INMEL,s.a

# CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-MMM9011X                          **PLANTA - HAINA   UNIDAD - 2**

SISTEMA -BALANCE DE PLANTA              **NUMERO EQUIPO**

DESCRIPCION DEL EQUIPO - TUBERIAS  DE DRENAJES  DE SISTEMAS

REALIZADO POR -        J. NOVA              **FECHA:**

## DESCRIPCION DEL PROBLEMA:

Las tuberias de drenaje de los sistemas de la planta requieren su reemplazo para restaurar las condiciones originales de operación.

## DESCRIPCION DEL TRABAJO:

1.   Remover  las tuberías de drenaje de los siguientes sistemas de la planta :
     -   Vapor principal
     -   Extracciones de la turbina
     -   Vapor auxiliar
     -   Agua de aliemtnación y condensado
     -   Miceláneos

2.   Reistalar tuberías nuevas con sus respectivas válvulas y accesorios utilizando los procedimientos de soldadura según las normas y códigos de la AWS.

3.   Proteger las tuberías con aislamiento apropiado.

4.   Realizar pruebas de fugas en las tuberías.

Iniciales CDE _____

Iniciales Contratista _____

INMEL, s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO - MMM9012X                          PLANTA - HAINA  UNIDAD - 2

SISTEMA - BALANCE DE PLANTA                NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - REJILLAS FIJAS CANAL DE SUCCION BOMBA
                         AGUA DE CIRCULACION #3

REALIZADO POR -     J. NOVA              FECHA:

### DESCRIPCION DEL PROBLEMA:

El canal de entrada de la bomba de agua de circulación #3, requiere la construcción e instalación de rejillas fijas en la succión.

### DESCRIPCION DEL TRABAJO:

1.    Desmantelar las rejillas existentes.

2.    Habilitar todas las condiciones para la instalación de nuevas rejillas fijas.

3.    Construir e instalar las rejillas fijas según los planos y diagramas originales de construcción.

4.    Aplicar pintura anticorrosiva a toda la estructura.

5.    Realizar las reparaciones necesarias en la estructura de hormigón, si es necesario.

*No incluido en este precio de D-2 (ENMIENDA) y será cotizado posteriormente. Será pagado con los fondos de Contingencia.*

Iniciales CDE

Iniciales Contratista _____

INMEL,s.a.

# CORPORACION DOMINICANA DE ELECTRICIDAD
# ORDEN DE TRABAJO DE MANTENIMIENTO

NUMERO-MMM9013X                          PLANTA - HAINA  UNIDAD - 2

SISTEMA -BALANCE DE PLANTA          NUMERO EQUIPO

DESCRIPCION DEL EQUIPO -      SOPORTES DE LAS TUBERIAS

REALIZADO POR -   J. NOVA               FECHA:

DESCRIPCION DEL PROBLEMA:

Los soportes de las tuberías correspondientes a las áreas de Balance de Planta y el Turbogenerador se encuentran en malas condiciones, por lo que requieren de su reparación o reemplazo.

DESCRIPCION DEL TRABAJO:

1.      Remover los soportes de tuberías que se encuentren en malas condiciones.

2.      Inspeccionar los soportes y reemplazar las partes dañadas o desgastadas.

3.      Reemplazar los soportes cuya reparación no sea viable.

4.      Reinstalar los soportes reparados.

4.      Realizar los ajustes y calibraciones de acuerdo a los rangos de operación.

5.      Hacer las pruebas correspondientes.

Iniciales CDE _____
Iniciales Contratista _____

GENERACION, TRANSMISION Y DISTRIBUCION, S.A.
G T D, S.A.

| ORDEN DE TRABAJO INTERNA | | OTI No: EL-4005X |
|---|---|---|
| PLANTA: C.T. RIO HAINA | UNIDAD: 2 | SIST.: ELECTRICO |
| EQUIPO: SISTEMA DE ILUMINACION. | | REF.: MWO EL4005 |

DESCRIPCION DEL PROBLEMA:

Durante el proceso de rehabilitación del  sistema  de  iluminación
se determinó que para garantizar la máxima confiabilidad de  dicho
sistema, era mandatorio el reemplazo de componentes que  acusaban
cierto nivel de deterioro, y que por tanto limitarían la vida útil
de los mismos.

DESCRIPCION DEL TRABAJO:

1) Instalar (2) cajas de 36 circuitos, c/Brkrs de 20 A.

2) Instalar (50) lámparas fluorescentes de 2 x 40 W, 48" Long.

3) Instalar (1) reflector de halógeno de 50 W.

4) Instalar (10) lámparas de mercurio de 175 W.

5) Instalar (10) lámparas de 175 W, 120 V.

/OTIGTDx

| Supervisor Proyecto: | Gerente Proyecto: | Fecha: |
|---|---|---|
| Braulio Hiciano M. | Ing. Frank Nuñez R. | Sept. 23, 1993 |

G. T. D., S. A.
GENERACION, TRANSMISION
& DISTRIBUCION, S.A.

INMEL, s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-EL-4017X                          PLANTA - HAINA   UNIDAD - 2

SISTEMA - SISTEMA ELECTRICO          NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - PUENTE GRUA 18 TONS.

REALIZADO POR -        J. NOVA              FECHA: 23-06-93

### DESCRIPCION DEL PROBLEMA:

El puente grúa de 18 toneladas de la Unidad requiere de trabajos adicionales para su completa rehabilitación.

### DESCRIPCION DEL TRABAJO:

6.    Completar la rehabilitación del sistema electrico para control, mando y fuerza de la grúa.

7.    Dar mantenimiento a los contactores, resistencias y accesorios del sistema eléctrico.

8.    Reemplazar las piezas dañadas o desgastadas.

9.    Lavar, secar y barnizar los motores eléctricos. Cambiar sus rodamientos.

10.   Restaurar las escaleras, barandas, vigas, soportes estructuras y mecanismos de accionamiento.

11.   Verificar la correcta operación de los cables, ganchos, ruedas colectoras, reductores de velocidad y aisladores.

12.   Reensamblar, alinear y realizar las pruebas a frenos, cables y motores.

                          (sigue)

                                        Iniciales CDE _____

                                        Iniciales Contratista _____

INMEL, s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

continuación EL-4017X....

13.   Probar el recorrido del carro para su correcta operación.

14.   Aplicar imprimidor y pintura de terminado a toda la estructura del puente grúa.

Iniciales CDE _____

Iniciales Contratista _____

INMEL, s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-EL-4022X . . .  . . . . . . **PLANTA** HAINA  UNIDAD 2

SISTEMA-SISTEMA ELECTRICO          NUMERO EQUIPO

DESCRIPCION DEL EQUIPO- EXTRACTORES DE AIRE

**REALIZADO POR** -      J. NOVA              **FECHA:** 29-06-93

### DESCRIPCION DEL PROBLEMA:

Los extractores de aire del techo de la caldera y del edificio de la planta requieren rehabilitarse para su correcta operación.

### DESCRIPCION DEL TRABAJO:

1.    Suministrar e instalar tres (3) extractores completos para el edificio de la planta.

2.    Instalar las mallas protectoras.

3.    Desmontar los dos (2) extractores del techo de la caldera.

4.    Realizar la rehabilitación completa a los extractores del techo de la caldera.

5.    Reinstalar y realizar las conexiones eléctricas.

6.    Probar todos los extractores de aire para su correcta operación.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-EL-4024X                          PLANTA - HAINA   UNIDAD - 2

SISTEMA -SISTEMA ELÉCTRICO          NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - MOTORES   BOMBAS   DE   LAVADO   MALLAS
                          GIRATORIAS   AGUA  DE  CIRCULACION

REALIZADO POR -      J. NOVA              FECHA: 25-07-93

### DESCRIPCION DEL PROBLEMA:

Los motores de las bombas de lavado de ls mallas giratorias requieren de una rehabilitació n completa para restaurar el sistema a su condición original.

### DESCRIPCION DEL TRABAJO:

1.   Suplir e instalar dos (2) motores para cada bomba de lavado de las mallass giratorias del sistema de agua de circulación.

2.   Realizar la conexiones eléctricas desde los paneles locales de fuerza y control utilizando las tuberias y accesorios necesarios.

3.   Acoplar los motores, alinear, balancear y realizar las pruebas operacionales.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5007X                          - PLANTA - HAINA  UNIDAD - 2

SISTEMA -INSTRUMENTACION            NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - TERMOPARES  DE LA CALDERA

REALIZADO POR -        J. NOVA            FECHA: 18-08-93

DESCRIPCION DEL PROBLEMA:

Los termopares de la caldera requieren de su conexión con los equipos supervisorios e indicadores de la sala de control.

DESCRIPCION DEL TRABAJO:

4.    Realizar la conexión de los termopares y su alambrado con los dispositivos y registradores de control, proteción y alarmas.

5.    Realizar la instalación, conexión y alambrado de los RTD con sus dispositivos de control, indicación, proteción y ajuste.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

**NUMERO-IN-5031X**                         **PLANTA - HAINA   UNIDAD - 2**

**SISTEMA -INSTRUMENTACION**          **NUMERO EQUIPO**

**DESCRIPCION DEL EQUIPO -** TRANSMISORES  DE PRESION

**REALIZADO POR -**       J. NOVA           **FECHA:** 06-06-93

**DESCRIPCION DEL PROBLEMA:**

Los transmisores de presión de la Unidad requieren calibración y ajuste para restaurarles la confiablidad en la operación.

**DESCRIPCION DEL TRABAJO:**

1.     Desmontar, limpiar e inspeccionar ocho (8) transmisores de presión.

2.     Reemplazar  las partes dañadas o desgastadas.

3.     Reessamblar  e instalar los transmisores de presión en el sistema

4.     Realizar la calibración y ajustes según los rangos de operación y las normas aplicables.

5.     Realizar pruebas operacionales y registrar los resultados.

Iniciales  CDE _____

Iniciales  Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5022X               PLANTA HAINA  UNIDAD 2

SISTEMA-INSTRUMENTACION        NUMERO EQUIPO

DESCRIPCION DEL EQUIPO-  CONTROLADORES DE NIVEL

REALIZADO POR -      J. NOVA           FECHA:06-06-93

DESCRIPCION DEL PROBLEMA:

La MWO 5022 contempla la ejecución de trabajos a seis (6) controladores. Para restaurar los equipos a su condición de operación original es necesario darle mantenimiento a todos los controladores de la unidad.

DESCRIPCION DEL TRABAJO:

1.     Desmontar, limpiar e inspeccionar cinco (5) controladores de nivel de la unidad.

2.     Reemplazar las partes dañadas o desgastadas. Reemplazar los controladores, si es necesario.

3.     Reessamblar e instalar los controladores de nivel.

4.     Realizar la calibración y ajustes según los rangos de operación y las normas aplicables.

5.     Realizar pruebas operacionales y registrar los resultados.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5033X                                        PLANTA - HAINA   UNIDAD - 2

SISTEMA -MISCELANEOS                    NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - CONTROLADORES   LOCALES  DE  PRESION

REALIZADO POR -          J. NOVA              FECHA: 18-08-93

**DESCRIPCION DEL PROBLEMA:**

Los controladores  locales de presión requiern de ajuste y calibración para restaurar su operación a la condición original.

**DESCRIPCION DEL TRABAJO:**

1.      Remover, limpiar e inspeccionar los controladores  locales de presión.

2.      Abrir y calibrar los controladores  según los rangos de operación.

3.      Reemplazar  las partes dañadas o desgastadas.

4.      Reinstalar  los controladores  locales y realizar las pruebas y ajustes operacionales.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5034X                                PLANTA - HAINA   UNIDAD - 2

SISTEMA -MISCELANEOS                 NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - INTERRUPTORES   DE TEMPERATURA

REALIZADO POR -        J. NOVA                FECHA: 06-06-93

**DESCRIPCION DEL PROBLEMA:**

Los interruptores de temperatura de los sistemas de la Unidad, requieren de inspección y calibracion.

**DESCRIPCION DEL TRABAJO:**

1.      Desmontar, limpiar e inspeccionar los interruptores de temperatura de la Unidad.

2.      Calibrar los interruptores de temperatura de acuerdo a los rangos operacionales según las normas aplicables.

3.      Reemplazar los interruptores de temperatura dañados.

4.      Reinstalar y probar con la Unidad en operación. Preparar informe con los resultados.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5037X                          PLANTA - HAINA   UNIDAD - 2

SISTEMA -MISCELANEOS                NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - PANEL DE HIDROGENO

REALIZADO POR -        J. NOVA                FECHA: 18-08-93

DESCRIPCION DEL PROBLEMA:

El nuevo panel de hidrógeno require su instalación y conexión con los componentes y accesorios de control.

DESCRIPCION DEL TRABAJO:

1.     Remover el panel existente y reinstalar el nuevo panel de hidrógeno.

2.     Realizar la conexión con todos los dispositivos de control y protección.

3.     Realizar las pruebas de alarma, disparo y protección en conexión con los quipos de control.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5039X                           PLANTA - HAINA  UNIDAD - 2

SISTEMA -INSTRUMENTACION            NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - POSICIONADORES    DE   LAS   VALVULAS   DE
                                 CONTROL

REALIZADO POR -        J. NOVA              FECHA: 18-08-93

**DESCRIPCION DEL PROBLEMA:**

Los posicionadores de las válvulas de control de la unidad, requieren de ajuste y calibración
para restaurarlos a sus condiciones originales de operación.

**DESCRIPCION DEL TRABAJO:**

1.      Remover, limpiar e inspeccionar los posicionadores de las válvulas de control.

2.      Remplazar las partes dañadas o desgastadas.

3.      Realizar los ajustes y calibraciones según los rangos de operación de los
        posicionadores.

4.      Reinstalar y realizar las pruebas operacionales con las válvulas en operación.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

**NUMERO-IN-5040X**                    **PLANTA - HAINA   UNIDAD - 2**

**SISTEMA -INSTRUMENTACION**          **NUMERO EQUIPO**

**DESCRIPCION DEL EQUIPO -** PANEL DE ALARMA DEL TURBOGENERADOR

**REALIZADO POR -**        J. NOVA          **FECHA:** 18-08-93

**DESCRIPCION DEL PROBLEMA:**

El panel de alarma del turbogenerador requiere de instalación y calibración.

**DESCRIPCION DEL TRABAJO:**

1.      Remover el panel de alarma existente e instalar el nuevo panel del turbogenerador.

2.      Realizar todas las conexiones de disparos y alarmas según los valores de los dispositivos de control.

3.      Realizar las pruebas operacionales de indicación o audición de alarma, así como los disparos del nuevo panel con los equipos de la planta.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

**NUMERO-IN-5041X**                    **PLANTA - HAINA   UNIDAD - 2**

**SISTEMA -AGUA DE ALIMENTACION**      **NUMERO EQUIPO**

**DESCRIPCION DEL EQUIPO -** SISTEMA   DE   CONTROL   DEL   AGUA   DE
ALIMENTACION

**REALIZADO POR -**      J. NOVA          **FECHA:** 06-06-93

**DESCRIPCION DEL PROBLEMA:**

El sistema de control del agua de alimentación requiere de una completa rehabilitación
para restaurarlo a sus condiciones operacionales.

**DESCRIPCION DEL TRABAJO:**

1.    Desmontar, limpiar e inspeccionar el sistema de control del agua de alimentación.

2.    Reemplazar los componentes dañados y reparar los que presenten daños menores.

3.    Reinstalar los transmisores, presostatos, termostatos, válvulas de control y vávulas
      neumaticas.

4.    Verificar su correcta operación con los demas componentes del sistema de control.

5.    Calibrar y ajustar según los rangos de operación de acuerdo a las normas aplicables.

6.    Probar el sistema con la unidad en servicio. Preparar informe de los resultados para
      fines de ajustes posteriores.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

**NUMERO-IN-5042X**                         **PLANTA - HAINA   UNIDAD - 2**

**SISTEMA -INSTRUMENTACION**          **NUMERO EQUIPO**

**DESCRIPCION DEL EQUIPO - INDICADORES  VISUALES**

**REALIZADO POR -**     J. NOVA          **FECHA:** 18-08-93

**DESCRIPCION DEL PROBLEMA:**

Los indicadores visuales de la Unidad requieren de inspección y reparación para restaurarlos a sus condiciones originales de operación.

**DESCRIPCION DEL TRABAJO:**

1.   Remover e inspeccionar los indicadores visuales de la Unidad.

2.   Realizar el ajuste y la calibración según los valores de operación.

3.   Reemplazar las partes dañadas o desgastadas.

4.   Reinstalar los indicadores.

5.   Realizar las pruebas locales y operacionales.

Iniciales CDE _____

Iniciales Contratista _____

INMEL, s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5044X                              PLANTA - HAINA   UNIDAD - 2

SISTEMA -COMBUSTIBLES                    NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - VALVULAS DE CORTE DE COMBUSTIBLE

REALIZADO POR -        J. NOVA              FECHA: 18-08-93

### DESCRIPCION DEL PROBLEMA:

Las válvulas de corte de combustible requieren de calibración y ajuste para retornarla a su condición original de operación.

### DESCRIPCION DEL TRABAJO:

1.     Remover, abrir e inspeccionar las válvulas de corte de combustible de la Unidad.

2     Cambiar las partes dañadas o desgastadas.

3.     Reensamblar, reinstalar y calibrar las válvulas.

4.     Ajustar las válvulas según sus rangos de operación.

5.     Realizar las pruebas operacionales.

Iniciales CDE _____

Iniciales Contratista _____

INMEL,s.a

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO (OTM)

NUMERO-IN-5046X                           PLANTA - HAINA   UNIDAD - 2

SISTEMA -TURBINA                    NUMERO EQUIPO

DESCRIPCION DEL EQUIPO - CONTROLADOR   DEL ESCAPE DE LA TURBINA

REALIZADO POR -        J. NOVA                FECHA: 18-08-93

DESCRIPCION DEL PROBLEMA:

La Unidad no tiene instalado el controlador del escape de la turbina.

DESCRIPCION DEL TRABAJO:

1.    Instalar y ajustar el controlador del escape de la turbina según su rango de operación original.

2.    Ralizar las pruebas operacionales del controlador.

Iniciales CDE _____

Iniciales Contratista _____

**INMEL,s.a.**

# CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO

NUMERO-IN-5050X                    PLANTA - HAINA  UNIDAD - 2

SISTEMA -INSTRUMENTACION           NUMERO EQUIPO

DESCRIPCION DEL EQUIPO -    VALVULA DE CONTROL DE VAPOR DE ATOMIZACION DEL
                           COMBUSTIBLE

REALIZADO POR -    J. NOVA              FECHA: 23-09-93

**DESCRIPCION DEL PROBLEMA:**

La nueva válvula de vapor de atomización del combustible requiere de la instalación de un transmisor y posicionador para su correcta operación.

**DESCRIPCION DEL TRABAJO:**

1.    Realizar la instalación y el cableado del transmisor de presión, el posicionador y la estación de control de la válvula de control del vapor de atomización del combustible.

2.    Realizar la conexión con los demás dispositivos de control para su operación remota desde la sala de control.

3.    Realizar la calibración, ajustes y pruebas del sistema de acuedo con los rangos de opeación.

Iniciales CDE _____
Iniciales Contratista _____

**INMEL, s.a.**

## CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO

NUMERO-IN-5054X                              PLANTA - HAINA  UNIDAD - 2

SISTEMA -INSTRUMENTACION                  NUMERO EQUIPO

DESCRIPCION DEL EQUIPO -        VALVULA DE CONTROL DEL DESVIO DEL CONTROL DEL
                                 AGUA DE ALIMENTACION

REALIZADO POR -    J. NOVA                FECHA: 23-09-93

**DESCRIPCION DEL PROBLEMA:**

El sistema de control del agua de alimentación requiere de la instalación de una válvula de control en la derivación de la válvula de control principal.

**DESCRIPCION DEL TRABAJO :**

1.    Instalar una válvula de control, posicionador y estación en la sala de control del desvío del control del agua de alimentación.

2.    Realizar el cableado y la conexión de la válvula con los demás dispositivos de control.

3.    Realizar los ajustes y calibración de la válvual según sus rangos de operación.

4.    Realizar las pruebas operacionales de acuerdo a los códigos y normas aplicables.

Iniciales CDE _____
Inciales Contratista _____

INMEL,s.a.

# CORPORACION DOMINICANA DE ELECTRICIDAD
## ORDEN DE TRABAJO DE MANTENIMIENTO

NUMERO-IN-5056X                                    PLANTA - HAINA  UNIDAD - 2

SISTEMA -TURBOGENERADOR                      NUMERO EQUIPO

DESCRIPCION DEL EQUIPO -        DETECCION  DE  LA  TEMPERATURA  DEL  METAL  DEL
                                TURBOGENERADOR


REALIZADO POR -    J. NOVA                   FECHA: 23-09-93


**DESCRIPCION DEL PROBLEMA:**

El sistema de vigilancia y alarma del turbogenerador requiere de la instalación de sensores de la temperatura en diferentes posiciones de la Unidad.


**DESCRIPCION DEL TRABAJO :**

1.    Realizar el cableado y la conexión en los puntos de registro de la temperatura en el turbogenerador, como sigue :

      -     Superficies interna y externa de la caja de válvulas
      -     Superficies interna y externa de la primera etapa
      -     Metal de los cojinetes 1,2,3 y 4
      -     Metal del cojinete de empuje activo lado arriba (izquierdo y derecho)
      -     Metal del cojinete de empuje inactivo lado arriba (izquierdo y derecho)
      -     Entrada y salida del vapor de sello
      -     Escape de la turbina
      -     Drenaje del aceite de lubricación

2.    Preparar las condiciones para la instalación de los termopares, registradores y dispositivos de medición del turbogenerador.

3.    Realizar los ajustes y calibración de los dispositivos de control y medición, según los rangos operacionales.

4.    Realizar la pruebas operacionales de los indicadores y alarma en cada punto.


                                           Iniciales CDE _____
                                           Inciales Contratista _____



# *Corporación Dominicana de Electricidad*



### PROYECTO DE REHABILITACION DEL SECTOR ELECTRICO PRESTAMO BIRF 2949-D0
#### Unidad Ejecutora del Proyecto - UEP

## *ACUERDOS SOBRE DEUDAS CONTRATO HN2-01-90-001, HAINA 11-BIRF-2949 DO.*

1.- *Los valores totales indicados en este cuadro "Resumen de las facturas pendientes de pago del Consorcio Eesco Aalborg" anexo, de US$1,956,856.78 dolares más RD$8,878.485.93 pesos representan para la CDE los montos originales de la deuda, sin incluir interés. El Consorcio discrepa y estipula que debe aumentarse en la suma de US$84,000.00, correspondientes a la reclamación por los servicios de Administración Técnica durante la ejecución de las Enmiendas del Contrato.*

2.- *La CDE solicita la deducción de RD$500,267.12 por bienes y servicios de reparación de la Bomba de agua de alimentación a caldera dentro del periodo de garantía.*

3.- *Intereses por pago retrasado según cláusula 16.7 del contrato.*

*La Corporación ha presentado un cuadro con el "Cálculo de los intereses por mora correspondiente a las facturas pendientes de pago del Contrato Base, Enmiendas y Adicionales", por un monto de RD$7,241,943.80 hasta el 31 de diciembre de 1996. El Consorcio presentó el 13 de mayo de 1997 sus facturas correspondientes a dicho interes por mora por un monto de US$1,236,078.12 dolares más RD$5,299,425.62 pesos calculados hasta el 31 de diciembre de 1996.*

*Para el cálculo de estos intereses la Corporación considera que no debe incluirse en la cifra base ni la bonificación por potencia US$661,200.00 ni los gastos generales de Administración del Contrato principal por US$638,198.40.*

/...

Unidad Ejecutora del Proyecto -UEP

Para el Consorcio, ambos valores deben también ser incluídos en la cifra base de cálculo en virtud de las cláusulas 16.5 y 16.4 porque estos valores se convirtieron en deuda (pago retrasado) cuando la Corporación no pudo hacer el pago correspondiente y ha aceptado esta deuda.


Ing. Arístidénes Rosario G.
Coordinador General UEP

Ing. Francisco J. Espaillat
UEP


Ing. Máximo Gómez
UEP

Ing. Alberto Campagña
Besco Aalborg


Ing. Aquileo Nieto
Besco Aalborg

CONSORCIO
Besco      AALBORG


Firmado en dos originales en fecha 10 de julio de 1997, en la Unidad Ejecutora de Proyectos-CDE-BIRF.


mma/

# RESUMEN DE LAS FACTURAS PENDIENTES DE PAGO
## DEL CONSORCIO BESCO AALBORG

| CONCEPTO | NETO A PAGAR | |
|---|---|---|
| | US$ | RD$ |
| CONTRATO BASE | 34,113.39 | 2,216,803.83 |
| ENMIENDA I | 393,352.22 | 1,272,177.19 |
| ENMIENDA II | 188,856.77 | 1,137,688.60 |
| ADICIONALES | 10,236.00 | 823,449.31 |
| RECLAMACIONES | 1,330,298.40 | 3,428,367.00 |
| TOTAL | 1,956,856.78 | 8,878,485.93 |

10 de Julio de 1997

D:\FELIXREL-BESC.WK4



## Corporación Dominicana de Electricidad

### REPUBLICA DOMINICANA

CJ-1585/99

Santo Domingo, D. N.
21 de Junio del 1999

JUL 1 - 1999

Señor
**Ing. Rhadamés Segura**
Secretario de Estado
Administrador General
Su Despacho

**Asunto: Cierre de los Contratos de Elecnor, S. A., Besco, Inc., Iemsrca, Unión Fenosa, S. A., Fiat Avio Servinca**

Distinguido Ing. Segura:

De conformidad con los términos de la Décimo Primera Resolución ctada por nuestro Consejo Directivo en su reunión celebrada el 1ro. de junio de 998, Acta No. 1249, muy cortésmente les estamos remitiendo a su consración, el resultado del análisis final de lo indicado en el asunto.

Las conclusiones de este Comité, habiendo visto previamente informes (anexo) remitidos por nuestros delegados sobre las reclamacione esentadas por los contratistas, son las siguientes:

- **Reconocer como deuda a Elecnor, S. A.** por concepto de abilitación-Expansión de Líneas de Transmisión de Santo Domingo, montos de US$214,710.97 (Doscientos Catorce Mil Setecientos Diez Dól con 97/100) y RD$3,130,578.98 (Tres Millones Ciento Treinta Mil Quiniento enta y Ocho Pesos con 98/100).

- **Reconocer como deuda hacia Besco Aalborg** por Sumi de Bienes y Servicios para la Rehabilitación y Puesta en Servicio de Hai s montos de US$1,956,856.78 (Un Millón Novecientos Cincuenta y S Ochocientos Cincuenta y Seis Dólares con 78/100), RD$8,878,485 cho Millones Ochocientos Setenta y Ocho Mil Cuatrocientos Ochenta o Pesos con 93/100) y RD$8,380,624.27 (Ocho Millones Tresc Ochenta Mil Seiscientos Veinticuatro Pesos con 27/100) por conce intereses por mora.



# *Corporacion Dominicana de Electricidad*

### REPUBLICA DOMINICANA
### ADMINISTRACION GENERAL

Núm.- 3389

- 7 JUL, 1999

Señores
Lic. Aracelis Medina, Contralor General;
Lic. Rosanna Montilla, Directora Admva.
y Financiera de la Unidad Corporativa;
Dr. Joaquín O. Guerrero H., Consultor Jurídico
Corporación Dominicana de Electricidad
C I U D A D.-

Estimados señores:

Para su conocimiento y fines correspondientes, les transcribimos a continuación los términos de la **DECIMOCUARTA RESOLUCION**, dictada por nuestro Consejo Directivo, en su reunión celebrada el 1 de julio de 1999, Acta No. 1302:

RS
LML*y
Res1302

**DECIMOCUARTA RESOLUCION:** Vista la comunicación No. 1585/99, de fecha 21 de junio de 1999, del Consultor Jurídico, mediante la cual remite el resultado del análisis realizado al cierre de los contratos de **Elecnor, S. A.; Besco, Inc.; Iemserca; Unión Fenosa, S. A. Y Fiat Avio Servinca**, se resuelve acoger las recomendaciones formuladas en el mismo y, al efecto se autoriza:

I.   Reconocer como deuda a Elecnor, S. A. por concepto de Rehabilitació Expansión de Líneas de Transmisión de Santo Domingo, los montos US$214,710.97 y RD$3,130,578.98;

II.  Reconocer como deuda a Besco Aalborg por suministro de bienes y servi para la rehabilitación y puesta en servicio de Haina II, los montos US$1,956,856.78 y RD$8,380,624.27;

III. Reconocer como deuda a Unión Fenosa, S. A por el contrato de Ases Proyecto Asistencia Técnica Integral, las sumas de US$927,( RD$895,458.22;



*Corporacion Dominicana de Electricidad*

R E P U B L I C A   D O M I N I C A N A

*Año de Lucha Contra La Pobreza*

CG- 829

2 5 OCT 2001

Señores
Consorcio BESCO/AALBORG
Benigno F. Rojas #6
Edif. San Fco., Apto. 3 N
CIUDAD.

*Recibi*
*Oct 29/01*

Atención: Ing. Alberto Campagna

Referencia: Deuda por Servicios-Precapitalización de la CDE.

Distinguidos Señores:

Por este medio, tenemos a bien informarles que, de conformidad con lo dispuesto en el **Artículo 19 de la Ley 141-97**, sobre pasivos de las empresas públicas sujetas a **capitalización**, mediante Decreto 989-01 del 02/10/01, el Poder Ejecutivo autorizó el traspaso a la Secretaría de Estado de Finanzas, de la suma adeudada a ustedes al momento de la capitalización, por concepto de trabajos de rehabilitación de la Unidad Haina **IV**.

El monto enviado a Finanzas, asciende a **RD$41,479,719.68**, conforme se detalla en la relación anexa. Dicha suma está debidamente documentada y para fines de gestión de cobro favor dirigirse al Departamento de Deuda Pública de dicha Secretaría. En caso de discrepancia, referirse a nuestro Departamento de Contraloría.

Aprovechamos para expresarles nuestro agradecimiento, por su colaboración en este proceso de traspaso de deuda, y prometemos mantener una gestión permanente ante la Secretaría de Estado de Finanzas, hasta que sea liquidada la totalidad de la suma adeudada a ustedes.

Atentamente,

LIC. MARCELINO MERAN RODRIGUEZ
CONTRALOR GENERAL

CC: - Secretaría de Estado de Finanzas
     - Comisión Reforma Empresa Pública (CREP)

Ave. Independencia, Centro de los Héroes • Santo Domingo, D. N. • Aptdo. 1428
Tel: (809) 535-1100 • Fax (809) 535-7472
RNC 401-007673

